# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| Jiangsu Huari Webbing Leather Co., Ltd. | ) ) ) | |
| Plaintiff | ) ) | Case No. 23-cv-2605 |
| v. | ) ) ) | |
| Joes Identified in Schedule "A" | ) ) ) | |
| Defendants. | ) | |

## PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT AND NOTIFICATION AS TO AFFILIATES PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1

Plaintiff Jiangsu Huari Webbing Leather Co., Ltd., a nongovernmental corporate party makes the following disclosures pursuant to Federal Rules of Civil Procedure Rule 7.1:

1. No parent corporation owns 10% or more of the stock of Jiangsu Huari Webbing Leather Co., Ltd. No publicly held corporation owns 10% or more of the stock of Jiangsu Huari Webbing Leather Co., Ltd.

Dated: March 28, 2023

                                                  Respectfully submitted.

                                                  J. Zhang and Associates, P.C.

                                                  */s/ Jiyuan Zhang*
                                                  By: Jiyuan Zhang, Esq
                                                  136-20 38th Avenue, # 11G,
                                                  Flushing, NY 11354
                                                  Tel: 607-948-3339
                                                  contact@jzhanglaws.com

                                                  ***Attorney for Plaintiff***