## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

Jiangsu Huari Webbing  )
Leather Co., Ltd.  )
)
     Plaintiff  )    Case No. 23-cv-2605
)
     v.  )
)
Joes Identified in  )
Schedule "A"  )
)
     Defendants.  )

## PLAINTIFF'S *EX PARTE* APPLICATION
## TO TEMPORARILY FILE UNDER SEAL

Plaintiff, Jiangsu Huari Webbing Leather Co., Ltd respectfully submits this application to file under seal the following documents associated with the above referenced action until the hearing on Plaintiff's Application for an Order to Show Cause Why a Preliminary Injunction Should Not Issue or further order of the Court:

1) The **Schedule A, Exhibit A**, **Exhibit B**, **Exhibit C**, **Exhibit D**, and **Exhibit E** attached to Complaint, which identifies the patent-in-suit and defendants; and

2) The **Declaration of Jiyuan Zhang** in connection with Plaintiff's Complaint dated March 27, 2023, and its supporting **Exhibit D001 - Exhibit D162**, and **Exhibit B**, which identifies defendants.

Plaintiff has filed public-record versions of the documents redacted and concurrently herewith has provisionally filed the documents electronically under seal.

In this action, Plaintiff is requesting this *ex parte* relief based on claims for patent infringement. Sealing this portion of the file is necessary to prevent the Defendants from learning of these proceedings prior to the execution of a temporary restraining order. If Defendants were

to learn of these proceedings prematurely, the likely result would be the destruction of relevant documentary evidence and the hiding or transferring of assets to foreign jurisdictions, which would frustrate the purpose of the underlying law and would interfere with this Court's power to grant relief. Once a temporary restraining order or preliminary injunction has been served on the relevant parties and the requested actions are taken, Plaintiff will move to unseal this document.

Therefore, Plaintiff respectfully requests that the Court grants Plaintiff leave to file the Complaint, the Exhibits thereto, and the Schedule A; the Declaration of Jiyuan Zhang in connection with Plaintiff's Complaint dated March 27, 2023; the Exhibits in connection to the Declaration of Jiyuan Zhang in connection with Plaintiff's Complaint;. See, e.g., *Wowwee Group Ltd. et al v. Meirly, et al*, No. 1:18-cv-00706 Document # 7 (S.D.N.Y. Feb. 5, 2018) (granting application to seal); *Allstar Marketing v. _GB Housewear Store, et al*. No. 1:17-cv-07596 Document #22 (S.D.N.Y. Oct. 12, 2017) (same); *Spin Master Ltd. and Spin Master, Inc. v. Alan Yuan's Store, et al* No. 1:17-cv-07422 Document #19 (S.D.N.Y. Oct. 13, 2017) (same); *Kipling Apparel Corp. et al v. Rhys, et al* No. 16-cv-990 Document #14 (S.D.N.Y. Feb. 17, 2016) (same)


Dated  March 27, 2023
Queens, New York

        Respectfully submitted.

        J. Zhang and Associates, P.C.

        */s/ Jiyuan Zhang*
        Jiyuan Zhang, Esq
        136-20 38th Avenue, # 11G,
        Flushing, NY 11354
        607-948-3339
        contact@jzhanglaws.com