**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Jiangsu Huari Webbing Leather Co., Ltd. )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>Joes Identified in )<br>Schedule "A" )<br>)<br>Defendants. ) | Case No. 23-cv-2605 |

**[PROPOSED] ORDER ON PLAINTIFF'S *EX PARTE* APPLICATION
TO TEMPORARILY FILE UNDER SEAL**

Before the court is Plaintiff, Jiangsu Huari Webbing Leather Co., Ltd 's application to Temporarily File Under Seal the documents associated with the above-captioned action, including, but not limited to:

1) The **Schedule A, Exhibit A**, **Exhibit B**, **Exhibit C**, **Exhibit D**, and **Exhibit E** attached to Complaint, which identifies the patent-in-suit and defendants; and

2) The **Declaration of Jiyuan Zhang** in connection with Plaintiff's Complaint dated March 27, 2023, and its supporting **Exhibit D001 - Exhibit D162**, and **Exhibit B**, which identifies defendants.

Upon the reading of Plaintiff' ex parte application to temporarily file under seal, it is hereby

**ORDERED** that Plaintiff's *Ex Parte* Motion for Leave to Temporarily File Under Seal be GRANTED, and it is

**FURTHER ORDERED**, The Clerk of the Court is directed to maintain the documents associated with the above-captioned action and other accompanying fillings in this action under seal until the date Plaintiff is able to restrain Defendants' assets, or until such date the Court deems appropriate.

**SO ORDERED,**

Dated: March ___, 2023

New York, New York

                                                  _____
                                                  UNITED STATES DISTRICT JUDGE