UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JIANGSU HUARI WEBBING LEATHER CO., LTD.,<br><br>       Plaintiff,<br><br>-against-<br><br>JOE IDENTIFIED IN SCHEDULE A,<br><br>       Defendant. | 23-cv-2605 (JLR)<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

  On March 28, 2023, Plaintiff filed a Complaint (ECF No. 1), Motion to Seal (ECF No. 4), Motion for Alternative Service (ECF No. 5), and an Emergency Motion for Temporary Restraining Order (ECF No. 6) that referenced documents filed in redacted forms and under seal. No such documents were submitted for the Court to review. It is hereby ordered that by **Wednesday, March 29, 2023**, Plaintiff shall file the following documents on the docket:

- Schedule A, Exhibit A, Exhibit B, Exhibit C, Exhibit D, Exhibit E, Exhibit F, and Exhibit G,
- The Declaration of Jiyuan Zhang in connection with Plaintiff's Complaint dated March 27, 2023, and Exhibit D001 - Exhibit D162.

  Plaintiff may file any of these documents temporarily under seal for the Court's review.

  The Court will hold a video hearing on the Motion for a Temporary Restraining Order on **Friday, March 31, 2023 at 4:00 P.M.** Plaintiff shall file on the docket contact information for its counsel so that the Court may provide log-in information. The public listen-only line may be accessed by dialing Toll-Free Number: 877-336-1831 and using the Access Code: 5583342.

Dated: March 28, 2023
    New York, New York

                    SO ORDERED.

                    *Jennifer Rochon*
                    JENNIFER L. ROCHON
                    United States District Judge