# EXHIBIT B

# PATENT ASSIGNMENT COVER SHEET

Electronic Version v1.1  
Stylesheet Version v1.2  
EPAS ID: PAT6025544

| SUBMISSION TYPE: | NEW ASSIGNMENT |
| --- | --- |
| NATURE OF CONVEYANCE: | ASSIGNMENT |

## CONVEYING PARTY DATA

| Name | Execution Date |
| --- | --- |
| ZHAOGEN LIU | 03/20/2020 |

## RECEIVING PARTY DATA

| Name: | JIANGSU HUARI WEBBING LEATHER CO., LTD. |
| --- | --- |
| Street Address: | ERQIAO VILLAGE, SIXIANG TOWN, |
| Internal Address: | TAIZHOU DEVELOPMENT ZONE |
| City: | TAIZHOU |
| State/Country: | CHINA |
| Postal Code: | 225300 |

## PROPERTY NUMBERS Total: 1

| Property Type | Number |
| --- | --- |
| Application Number: | 16826225 |

## CORRESPONDENCE DATA

**Fax Number:**

*Correspondence will be sent to the e-mail address first; if that is unsuccessful, it will be sent using a fax number, if provided; if that is unsuccessful, it will be sent via US Mail.*

Phone: 408-384-9450  
Email: cye@treasure-ip.com  
Correspondent Name: TREASURE IP GROUP  
Address Line 1: 106 OAKLAND PL  
Address Line 4: LOS GATOS, CALIFORNIA 95032

| ATTORNEY DOCKET NUMBER: | 20207YWX |
| --- | --- |
| NAME OF SUBMITTER: | QING YE |
| SIGNATURE: | /Qing Ye/ |
| DATE SIGNED: | 03/21/2020 |

**Total Attachments: 3**  
source=20207YWX_exeAssign#page1.tif  
source=20207YWX_exeAssign#page2.tif  
source=20207YWX_exeAssign#page3.tif

Docket No. 20207YWX "Assignment Signature Page"
Walking flat belt having hanging exercise means

## ASSIGNMENT

WHEREAS I/We, the below named inventor(s),

Zhaogen LIU          of     China

hereby sell and assign to **Jiangsu Huari Webbing Leather Co., Ltd.**, whose post office address is Erqiao Village, Sixiang Town, Taizhou Development Zone, Jiangsu Province, China, 225300.hereinafter referred to as "Company", its successors and assigns our entire respective rights, titles and interests in and to the invention and improvements invented and originated by us and for United States Patent currently entitled:

**Walking flat belt having hanging exercise means**

Executed concurrently herewith,
and any and all applications for patent and patents therefrom in any and all countries, including all divisions, continuations, reexaminations and reissues thereof, and all rights of priority resulting from the filing of said United States application, and authorize and request any official whose duty it is to issue patents, to issue any patent on said inventions and improvements resulting therefrom to said Company, or its successors or assigns and agree that on request and without further consideration, but at the expense of said Company, we will communicate to said Company or its representatives or nominees any facts known to us respecting said inventions and improvements and testify in any legal proceeding, sign all lawful papers, execute all divisional, continuation, reexamination and reissue applications, make all rightful oaths and generally do everything possible to aid said Company, its successors, assigns, and nominees to obtain and enforce proper patent protection for said invention and its improvements in all countries.

AND We/I hereby authorize and request our/my agents, USPTO customer number 93229, whose address is 106 Oakland Pl, Los Gatos, CA 95032, to insert hereon any identification necessary or desirable for recordation of this document, including the filing date and application number of said application when known.

**PATENT
REEL: 052185 FRAME: 0820**

Docket No. 20207YWX "Assignment Signature Page"
Walking flat belt having hanging exercise means

AND We/I hereby covenant for ourselves/myself and our/my legal representatives, and agree with said Company, its successors and assigns, that We/I have granted no right or license to make, use, sell or offer to sell said improvements, to anyone except said Company, that prior to the execution of this assignment document, our/my right, title and interest in said improvements had not been otherwise encumbered, and that We/I have not and will not execute any instrument in conflict therewith;

AND We/I do hereby authorize and request the Director of the United States Patent and Trademark Office to issue any and all letters patent which may be granted upon said United States applications, or upon said improvements or any parts thereof when granted, to said Company.

Docket No. 20207YWX "Assignment Signature Page"
Walking flat belt having hanging exercise means

INVENTOR 1
Signature: _Zhaogen LIU_    Date: 03/20/2020
Zhaogen LIU

Witnessed by: _Yao JIANG_    Date: 03/20/2020
                Signature

                Yao JIANG
Printed Name of Witness

Witnessed by: _Jing CHEN_    Date: 03/20/2020
                Signature

                Jing CHEN
Printed Name of Witness

Page 3 of 3