# EXHIBIT D

| Comparison of the Joymor's Product Against Claim 1 of US Patent No. 11,478,673 | |
|---|---|
| **Element of Claim 1 of US Patent No. 11,478,673** | **Defendant's Product** |
| A walking flat belt, | |
| comprising a mounting member, | |
| a sling body, | |
| a hanging obstacle, | |

| Comparison of the Joymor's Product Against Claim 1 of US Patent No. 11,478,673 ||
|---|---|
| **Element of Claim 1 of US Patent No. 11,478,673** | **Defendant's Product** |
| and a connecting member | |
| wherein the mounting member is mounted to the sling body and comprises a rectangular shaped buckle and a flat strap to receive the rectangular shaped buckle | |
| the rectangular shaped buckle, including a mouthpiece element, made of a pair of horizontal members and a pair of vertical members and | |
| a partition element, located in the mouthpiece element | |

| Comparison of the Joymor's Product Against<br>Claim 1 of US Patent No. 11,478,673 ||
|---|---|
| **Element of Claim 1 of US Patent No. 11,478,673** | **Defendant's Product** |
| wherein two ends of the partition element are connected with the vertical members of the mouthpiece element to form one integral piece | |
| the partition element divides an area enclosed by the mouthpiece element to a first connection area and second connection area | |
| wherein one end of the flat strap passes through the first connection area, then passes over the partition element and then passes through the second connection area, and is connected with an other end of the flat strap | |

Pictures taken from https://www.amazon.com/JOYMOR-Upgraded-Obstacle-Gymnastics-Protectors/dp/B07WGTKQBZ/ref=sr_1_2?keywords=Ninja+Warrior+Obstacle+Course+for+Kids&m=A152VWP5I78W65&qid=1667621954&qu=eyJxc2MiOiI2LjI5IiwicXNhIjoiNi40MyIsInFzcCI6IjYuMjIifQ%3D%3D&s=merchant-items&sr=1-2&ufe=app_do%3Aamzn1.fos.006c50ae-5d4c-4777-9bc0-4513d670b6bc (last accessed, March 9, 2023)