# EXHIBIT G

| Comparison of the ACX Product Against Claim 1 of US Patent No. 11,478,673 ||
|---|---|
| **Element of Claim 1 of US Patent No. 11,478,673** | **Defendant's Product** |
| A walking flat belt, | |
| comprising a mounting member, | |
| a sling body, | |

| Comparison of the ACX Product Against Claim 1 of US Patent No. 11,478,673 ||
|---|---|
| **Element of Claim 1 of US Patent No. 11,478,673** | **Defendant's Product** |
| a hanging obstacle, | |
| and a connecting member | |
| wherein the mounting member is mounted to the sling body and comprises a rectangular shaped buckle and a flat strap to receive the rectangular shaped buckle | |
| the rectangular shaped buckle, including a mouthpiece element, made of a pair of horizontal members and a pair of vertical members and | |

| Comparison of the ACX Product Against Claim 1 of US Patent No. 11,478,673 ||
|---|---|
| **Element of Claim 1 of US Patent No. 11,478,673** | **Defendant's Product** |
| a partition element, located in the mouthpiece element | |
| wherein two ends of the partition element are connected with the vertical members of the mouthpiece element to form one integral piece | |
| the partition element divides an area enclosed by the mouthpiece element to a first connection area and second connection area | |

| Comparison of the ACX Product Against Claim 1 of US Patent No. 11,478,673 ||
|---|---|
| **Element of Claim 1 of US Patent No. 11,478,673** | **Defendant's Product** |
| wherein one end of the flat strap passes through the first connection area, then passes over the partition element and then passes through the second connection area, and is connected with an other end of the flat strap | |

Pictures are taken from
https://www.amazon.com/Slackline-Accessories-Obstacle-Backyard-Gymnastics/dp/B085TCBTWM/ref=sr_1_1?keywords=Ninja+Warrior+Obstacle+Course+for+Kids&m=AMTO2VC9UFXV9&qid=1667619539&qu=eyJxc2MiOiI2LjI5IiwicXNhIjoiNi40MyIsInFzcCI6IjYuMjIifQ%3D%3D&s=merchant-items&sr=1-1&ufe=app_do%3Aamzn1.fos.006c50ae-5d4c-4777-9bc0-4513d670b6bc, last accessed March 9, 2023