**EXHIBIT B**

**INFRINGING PRODUCT PICTURES**

| Def. No. | Def. Name | Infringing Product Pictures |
|----------|-----------|----------------------------|
| 1 | Jugader |  |



| 2 | ACX Inc |  |

| 3 | DRIPEX-US (a.k.a. DripexBaby-HS) |  |

| 4 | HOPEMZ |  |

| 5 | Autofonder |  |

| 6 | JOYMOR DIRECT |  |

| 7 | YOUYING TECH DEVELOPMENT LIMITED |  |

| 8 | NIOCC (a.k.a DripexBaby-SX) |  |

| 9 | JHYX |  |

| 10 | longshenghongus111 |  |

| 11 | hooroorDirect |  |

| 12 | Joylink Technology |  |
| --- | --- | --- |
| | | |

| 13 | Staruto |  |

| 14 | Suncity Direct |  |

| 15 | Falpro Direct |  |

| 16 | MDSTOP |  |

| 17 | wmyd |  |
| | | |

| 18 | Aveka US |  |

| 19 | PAOLFOX DIRECT |  |

| 20 | Xi Bei |  |
|----|--------|---|

| 21 | Cretee |  |

| 22 | RIVALLYCOOL |  |

| 23 | Perantlb Wholesale and Retail Supply |  |

| 24 | iHiKing |  |

| 25 | f7f9 |  |

| 26 | Exposed gear |  |

| 27 | Fediman |  |

| 28 | Unbrella |  |

| 29 | PKEPW |  |

| 30 | eboeee |  |



| 31 | US_GWDTRADE |  |
| --- | --- | --- |

| 32 | Yao Shun Toy |  |

| 33 | TUAHOO |  |

| 34 | doryoutdoor |  |

| 35 | aimall |  |

| 36 | Delicate Shop |  |

| 37 | DEALGOODS |  |

| 38 | Long Mall OL |  |

| 39 | Kegitantan |  |
| | |  |
| 40 | (intentionally deleted) | |

| 41 | Zipdiz |  |



| 42 | Sino Garden |  |
| --- | --- | --- |

| 43 | ZHKSY |  |

| 44 | I-Choice |  |



| 45 | Sportneer Direct |  |

| 46 | Lillian Imports |  |

| 47 | NinjaSafe |  |

| 48 | flybold |  |

| 49 | THUNDERBAY PRODUCTS |  |
| --- | --- | --- |

| 50 | BELONET |  |

| 51 | ZBPRESS |  |

| 52 | Elite Edu |  |

| 53 | Avican |  |



| 54 | Jasmin's Elite Store |  |

| 55 | Cateam |  |

| 56 | Edostory |  |

| 57 | SELL BELOW COST |  |

| 58 | GOLDBRIX |  |

| 59 | Kaspien |  |

| 60 | Cuhom |  |

| 61 | Aosom Direct |  |

| 62 | Trailblaze Products |  |
|---|---|---|
| 63 | Hyponix Brands. | |

| | | |
|---|---|---|
| | |  |
| 64 | TSJ ABC123 | |

| | | |
|---|---|---|
| | |  |
| 65 | toyssale | |

| | | |
|---|---|---|
| | |  |
| 66 | miocloset | |

| 67 | yaqinsale2021 |  |

| 68 | dairuirui122_3 |  |

| 69 | blitz_sale_17 |  |

| 70 | ccmiller931 |  |
| --- | --- | --- |

| 71 | musicman1a2a3a4 |  |

| | | |
|---|---|---|
| | |  |
| 72 | ynbargain | |

| | | |
|---|---|---|
| | |  |
| 73 | dotandbo_us | |

| | | |
|---|---|---|
| | |  |
| 74 | productpier | |

| | | |
|---|---|---|
| | |  |
| 75 | babymishkata | |

| | | |
|---|---|---|
| | |  |
| 76 | jess_nr5 | |

| | | |
|---|---|---|
| | |  |
| 77 | INTEY | |

| 78 | Jump Tastic Trampoline |  |

| | | |
|---|---|---|
| | |  |
| 79 | Aonuo Technology | |

| | | |
|---|---|---|
| | |  |
| 80 | KLOKICK | |

| | | |
|---|---|---|
| | |  |
| 81 | Clover-US | |

| | | |
|---|---|---|
| | |  |
| 82 | Shanghai fanting jixieshebei youxiangongsi | |

| | | |
|---|---|---|
| | |  |
| 83 | Zeeyh | |

| | | |
|---|---|---|
| | |  |
| 84 | Shenzhenshi Haimanjie Keji Youuxiangongsi | |

| | | |
|---|---|---|
| | |  |
| 85 | Joybuy | |

| 86 | BEST TOOL |  |

| 87 | RANIPOBO TECH |  |

| 88 | RRX |  |

| 89 | Kaprolife Ltd |  |

| 90 | MEHOME STORE |  |
|---|---|---|
| | | |

| 91 | SEAKOS |  |

| 92 | GoDecor |  |
| --- | --- | --- |

| 93 | ANKB |  |

| 94 | qingdaohuiyuanlifengshangmaoyouxiangongsi |  |

| 95 | Funnytoys |  |
| --- | --- | --- |

| 96 | Goorabbit |  |

| 97 | Gouguhanshu Nice LLC |  |

| 98 | Shen zhen shi de xing yang ke ji you xian gong si |  |

| 99 | Fuhongda STORE |  |
| --- | --- | --- |

| 100 | WEIHUIZE STORE |  |
| --- | --- | --- |

| 101 | Imere Mallet |  |
| --- | --- | --- |

| 102 | ChuHeDianZi |  |
|---|---|---|

| 103 | JSHHH |  |

| 104 | Vonluxe Zone |  |
| --- | --- | --- |

| 105 | BT DIRECT |  |

| 106 | haikoushipenghongmao yiyouxiangongsi |  |
| --- | --- | --- |

| 107 | Shenzhenshi haiyao dianzishangwu youxingongsi |  |
| | |  |

| 108 | Siauction |  |

| 109 | FreshTop |  |

| 110 | BestCollection |  |

| 111 | YICHAOFAN STORE |  |

| 112 | GoGames |  |

| 113 | BAYTOCARE |  |

| 114 | SalonMore |  |

| 115 | HomeDirect |  |

| 116 | SamyoHome |  |
| --- | --- | --- |

| 117 | Elite Store |  |
| --- | --- | --- |

| 118 | Taiga Marketing |  |

| 119 | Best Tech Discount |  |

| 120 | IM Beauty |  |

| 121 | Joybuy Express |  |

| 122 | Aosom |  |

| 123 | Amanda Wallen LLC |  |

| 124 | Joybuy Express |  |

| 125 | Joybuy Express |  |

| 126 | GreatVista Inc |  |

| 127 | Joybuy Express |  |



9 x Clasp

| 128 | Zimtown | |

| | |  |
|---|---|---|
| 129 | Breezy Goods LLC | |

| 130 | Costway |  |

| | | |
|---|---|---|
| | |  |
| 131 | NinjaSafe LLC | |

| | | |
|---|---|---|
| | |  |
| 132 | DreamsBe | |

| | | |
|---|---|---|
| | |  |
| 133 | UBesGoo | |

| | | |
|---|---|---|
| | |  |
| 134 | Ktaxon | |

| | | |
|---|---|---|
| | |  |
| 135 | HAPPY GIRL TRADING | |

| | | |
|---|---|---|
| | |  |
| 136 | VIK TECH | |

| | | |
|---|---|---|
| | |  |
| 137 | Shop On Down | |

| | | |
|---|---|---|
| | |  |
| 138 | Klo Kick | |

| | | |
|---|---|---|
| | |  |
| 139 | PITRAPSETUP | |

| | | |
|---|---|---|
| | |  |
| 140 | KODIAK STRAPS | |

17 x Buckle Straps

| | | |
|---|---|---|
| | | |
| 141 | c&g outdoors |  |

| | | |
|---|---|---|
| | |  |
| 142 | Winado | |
| | | |

| 143 | Ktaxon |  |

| 144 | Ubesgoo |  |

| 145 | Taizhou Kaikai Special Equipment Co., Ltd |  |

| 146 | Taizhou Senkang Protective Products Factory |  |

| 147 | Taizhou Anerte Rope Net Belt Co., Ltd. |  |

| 148 | Taizhou Harbor Security Technology Co., Ltd. |  |

| 149 | Taizhou Zhengfeng Thread Belt Co., Ltd. |  |

| 150 | Taizhou Intop Industry And Trading Co., Ltd. |  |

| 151 | Taizhou Chuangke Rope Network Co., Ltd. |  |

| 152 | Ningbo Dory Outdoors Co., Ltd. |  |
| --- | --- | --- |

| 153 | Suzhou Yifeite Sports Goods Co., Ltd |  |

| 154 | Qingdao Jinhuaxing Sports Products Co., Ltd. |  |

| 155 | Huzhou Weituo Toy Co., Ltd. |  |
|---|---|---|

| 156 | Eastony Industries (Ningbo) Co., Ltd. |  |
| --- | --- | --- |
| | | |

| 157 | Procircle Fitness Training Products (suzhou) Co., Ltd. |  |

| 158 | Suzhou Nuoweisi Gifts Co., Ltd. |  |
| | |  |

| 159 | Zhejiang Zhongsheng Amusement Equipment Co., Ltd. |  |
| | |  |

| 195 | Yiwu Feide Sports Goods Co., Ltd. |  |
|-----|-----------------------------------|----------------------|
|     |                                   |  |

| 161 | Ningbo Easy-Lifting Import & Export Co., Ltd. |  |
| --- | --- | --- |

| 162 | Ningbo Yibo Leisure Product Co., Ltd. |  |
| --- | --- | --- |
| | | |

| 163 | Shenzhen Lesterlighting Technology Company Limited |  |