## SCHEDULE A DEFENDANTS

| Def No. | Platform | Def. Name | Infringing URL |
|---|---|---|---|
| 1 | Amazon | Jugader | https://www.amazon.com/-/zh/dp/B08QMW9N94/ref=sr_1_2?m=AFWF700GUL5TF&marketplaceID=ATVPDKIKX0DER&qid=1665472772&s=merchant-items&sr=1-2 |
| 2 | Amazon | ACX Inc | https://www.amazon.com/Slackline-Accessories-Obstacle-Backyard-Gymnastics/dp/B085TCBTWM/ref=sr_1_1?crid=8HH303H59DU1&keywords=Ninja+Slackline+50%27+for+Kids+with+Monkey+Bar+%26+Ladder+Kit+%7C+9+Hanging+Accessories+Obstacle+Course+for+Backyard+%7C+Warrior+Climbing&qid=1665391642&sprefix=ninja+slackline+50%27+for+kids+with+monkey+bar+%26+ladder+kit+9+hanging+accessories+obstacle+course+for+backyard+warrior+climbing%2Caps%2C271&sr=8-1 |
| 3 | Amazon | DRIPEX-US (a.k.a. DripexBaby-HS) | https://www.amazon.com/Obstacle-%F0%9D%90%83%F0%9D%90%9E%F0%9D%90%A5%F0%9D%90%AE%F0%9D%90%B1%F0%9D%90%9E-Obstacles-Slacklines-Climbing/dp/B0B9X99Z56/ref=zg_bs_16184244011_sccl_88/131-2891912-5752708?pd_rd_i=B0B9X99Z56&th=1 |
| 4 | Amazon | HOPEMZ | https://www.amazon.com/Obstacle-Slacklines-Obstacles-Playground-Equipment/dp/B09VKGP9Y2/ref=sr_1_59?crid=3SOLRCN42TBFB&keywords=ninja+warrior+obstacle+course+for+kids&qid=1665395818&qu=eyJxc2MiOiI2LjI4IiwicXNhIjoiNi40MSIsInFzcCI6IjYuMTcifQ%3D%3D&sprefix=ninja+warrior%2Caps%2C312&sr=8-59 |
| 5 | Amazon | Autofonder | https://www.amazon.com/Autofonder-Slackline-Obstacles-Together-Ninja-Equipment/dp/B08NYJFGLD/ref=sr_1_83?crid=3SOLRCN42TBFB&keywords=ninja%2Bwarrior%2Bobstacle%2Bcourse%2Bfor%2Bkids&qid=1665395818&qu=eyJxc2MiOiI2LjI4IiwicXNhIjoiNi40MSIsInFzcCI6IjYuMTcifQ%3D%3D&sprefix=ninja%2Bwarrior%2Caps%2C312&sr=8-83&th=1 |
| 6 | Amazon | JOYMOR DIRECT | https://www.amazon.com/JOYMOR-Upgraded-Obstacle-Gymnastics-Protectors/dp/B07WGTKQBZ/ref=sr_1_86?crid=3SOLRCN42TBFB&keywords=ninja+warrior+obstacle+course+for+kids&qid=1665395818&qu=eyJxc2MiOiI2LjI4IiwicXNhIjoiNi40MSIsInFzcCI6IjYuMTcifQ%3D%3D&sprefix=ninja+warrior%2Caps%2C312&sr=8-86 |
| 7 | Amazon | YOUYING TECH DEVELOPMENT LIMITED | https://www.amazon.com/Redswing-Obstacle-Slackline-Climbing-Assemble/dp/B094F6KYJX/ref=sr_1_189?crid=32MTPUZV6ECXX&keywords=ninja+warrior+obstacle+course+for+kids&qid=1665454735&qu=eyJxc2MiOiI2LjI4IiwicXNhIjoiNi40MSIsInFzcCI6IjYuMTcifQ%3D%3D&sprefix=ninja+warrior+%2Caps%2C464&sr=8-189 |
| 8 | Amazon | NIOCC (a.k.a DripexBaby-SX) | https://www.amazon.com/Ninja-Warrior-Obstacle-Course-Kids/dp/B08CXRWN1X/ref=sr_1_5?crid=3S5PRQ0ZH5NUT&keywords=ninja%2Bwarrior%2Bobstacle%2Bcourse%2Bfor%2Bkids&qid=1665386774&qu=eyJxc2MiOiI2LjI4IiwicXNhIjoiNi40MSIsInFzcCI6IjYuMTcifQ%3D%3D&sprefix=ninja%2Bwarrior%2B%2Caps%2C377&sr=8-5&th=1 |
| 9 | Amazon | JHYX | https://www.amazon.com/Kawuneeche-Obstacle-Slackline-Accessories-Equipment/dp/B08JLK6LLL/ref=sr_1_2?crid=2DSPWY4B50HW9&ke |

| | | | |
|---|---|---|---|
| | | | ywords=Kawuneeche&qid=1665388670&qu=eyJxc2MiOiIyLjgxIiwicXNhIjoiMi41NCIsInFzcCI6IjIuNDUifQ%3D%3D&sprefix=kawuneeche%2Caps%2C288&sr=8-2 |
| 10 | Amazon | longshenghongus111 | https://www.amazon.com/NEEDUX-Obstacle-Obstacles-Slackline-Equipment/dp/B09MM2PW3P/ref=sr_1_1?crid=33PUGYAEUY1SV&keywords=NEEDUX&qid=1665389098&qu=eyJxc2MiOiIyLjA2IiwicXNhIjoiMS43MyIsInFzcCI6IjEuNTAifQ%3D%3D&sprefix=needux%2Caps%2C413&sr=8-1 |
| 11 | Amazon | hooroorDirect | https://www.amazon.com/hooroor-Ninja-Warrior-Obstacle-Course/dp/B08G4LCVZP/ref=sr_1_7?crid=3EA6JZCIXKD4&keywords=hooroor+Ninja+Warrior+Obstacle+Course+for+Kids-66FT+Slackline+with+Tree+Climbing+Rock+Holds%2C+Swing+Seat%2C+Monkey+Bars%2C+Rin&qid=1665392019&qu=eyJxc2MiOiItMC4wMSIsInFzYSI6IjAuMDAiLCJxc3AiOiIwLjAwIn0%3D&sprefix=hooroor+ninja+warrior+obstacle+course+for+kids-66ft+slackline+with+tree+climbing+rock+holds%2C+swing+seat%2C+monkey+bars%2C+rin%2Caps%2C266&sr=8-7 |
| 12 | Amazon | Joylink Technology | https://www.amazon.com/Rainbow-Craft-Obstacle-Accessories-Removable/dp/B08C559914/ref=zg_bs_16184244011_sccl_89/131-2891912-5752708?pd_rd_i=B08C559914&psc=1 |
| 13 | Amazon | Staruto | https://www.amazon.com/Staruto-Ninja-Warrior-Obstacle-Course/dp/B099PFTSMY/ref=sr_1_38?crid=3SOLRCN42TBFB&keywords=ninja+warrior+obstacle+course+for+kids&qid=1665393362&qu=eyJxc2MiOiI2LjI4IiwicXNhIjoiNi40MSIsInFzcCI6IjYuMTcifQ%3D%3D&sprefix=ninja+warrior%2Caps%2C312&sr=8-38 |
| 14 | Amazon | Suncity Direct | https://www.amazon.com/Slackline-Obstacle-Portable-Training-Equipment/dp/B07JFV7KTY/ref=sr_1_55?crid=3SOLRCN42TBFB&keywords=ninja+warrior+obstacle+course+for+kids&qid=1665395818&qu=eyJxc2MiOiI2LjI4IiwicXNhIjoiNi40MSIsInFzcCI6IjYuMTcifQ%3D%3D&sprefix=ninja+warrior%2Caps%2C312&sr=8-55 |
| 15 | Amazon | Falpro Direct | https://www.amazon.com/American-Obstacle-Slackline-Backyard-Gymnastic/dp/B08C24KSLV/ref=sr_1_84?crid=3SOLRCN42TBFB&keywords=ninja+warrior+obstacle+course+for+kids&qid=1665395818&qu=eyJxc2MiOiI2LjI4IiwicXNhIjoiNi40MSIsInFzcCI6IjYuMTcifQ%3D%3D&sprefix=ninja+warrior%2Caps%2C312&sr=8-84 |
| 16 | Amazon | MDSTOP | https://www.amazon.com/MDSTOP-Attachments-Warrior-Obstacle-Course/dp/B0B4DG82VV/ref=sr_1_121?crid=32MTPUZV6ECXX&keywords=ninja%2Bwarrior%2Bobstacle%2Bcourse%2Bfor%2Bkids&qid=1665453436&qu=eyJxc2MiOiI2LjI4IiwicXNhIjoiNi40MSIsInFzcCI6IjYuMTcifQ%3D%3D&sprefix=ninja%2Bwarrior%2B%2Caps%2C464&sr=8-121&th=1 |
| 17 | Amazon | wmyd | https://www.amazon.com/Genetic-Los-Angeles-Just-Smile-Kids-2x60ft/dp/B08T6KMS38/ref=sr_1_3_sspa?crid=47GD9YWBNDZD&keywords=Just.smile+Ninja+Slackline+Ninja+Warrior+Obstacle+Course+for+Kids-2x60ft+with+Swing%2C+Rope+Ladder%2CClimbing+Net%2CRing%2COutdoor&qid=1665390753&qu=eyJxc2MiOiIwLjkxIiwicXNhIjoiMC4wMCIsInFzcCI6IjAuMDAifQ%3D%3D&sprefix=just.smile+ninja+slackline+ninja+warrior+obstacle+course+for+kids-2x60ft+with+swing%2C+rope+ladder%2Cclimbing+net%2Cring%2Coutdoor+%2Caps%2C507&sr= |

| | | | |
|---|---|---|---|
| | | | 8-3-spons&psc=1&spLa=ZW5jcnlwdGVkUXVhbGlmaWVyPUEzVVI5UVhTVlRTUlQ2JmVuY3J5cHRlZElkPUEwNjQwNzk0MzVESVdkV1dON0g5VCZlbmNyeXB0ZWRBZElkPUEwOTMxNTk5TEtVSDlXVDY1QVVKJndpZGdldE5hbWU9c3BfYXRmJmFjdGlvbj1jbGlja1JlZGlyZWN0JmRvTm90TG9nQ2xpY2s9dHJ1ZQ== |
| 18 | Amazon | Aveka US | https://www.amazon.com/Bundle-Slackline-Obstacle-Adjustable-Backyard/dp/B09XQMPR5S/ref=sr_1_20?m=A1GRB0G9V6QK45&marketplaceID=ATVPDKIKX0DER&qid=1665473537&s=merchant-items&sr=1-20 |
| 19 | Amazon | PAOLFOX DIRECT | https://www.amazon.com/PAOLFOX-Warrior-Obstacle-Slackline-Trapeze/dp/B08DNB1HPW/ref=sxin_15_pa_sp_search_thematic_sspa?content-id=amzn1.sym.6b029eb3-7d41-4744-b45d-69fe835e098d%3Aamzn1.sym.6b029eb3-7d41-4744-b45d-69fe835e098d&crid=3SOLRCN42TBFB&cv_ct_cx=ninja+warrior+obstacle+course+for+kids&keywords=ninja+warrior+obstacle+course+for+kids&pd_rd_i=B08DNB1HPW&pd_rd_r=3dc01de3-c601-46da-bfe4-728c1483e5dc&pd_rd_w=Kq3nX&pd_rd_wg=BCq5e&pf_rd_p=6b029eb3-7d41-4744-b45d-69fe835e098d&pf_rd_r=GVXC9MN0WW8ZFG0BPJBX&qid=1665393362&qu=eyJxc2MiOiI2LjI4IiwicXNhIjoiNi40MSIsInFzcCI6IjYuMTcifQ%3D%3D&sprefix=ninja+warrior%2Caps%2C312&sr=1-2-a73d1c8c-2fd2-4f19-aa41-2df022bcb241-spons&psc=1&spLa=ZW5jcnlwdGVkUXVhbGlmaWVyPUEyNDI0MlZXR0cxNFZZJmVuY3J5cHRlZElkPUEwOTI5OTYxMzJIVlFBTExSWlJOOSZlbmNyeXB0ZWRBZElkPUEwODQ0MzkzUkg4VTRTTTkdPN1A0JndpZGdldE5hbWU9c3BfYzVhcmNoX3RoZW1hdGljJmFjdGlvbj1jbGlja1JlZGlyZWN0JmRvTm90TG9nQ2xpY2s9dHJ1ZQ== |
| 20 | Amazon | Xi Bei | https://www.amazon.com/Warrior-Obstacle-Course-Slackline-Accessories/dp/B0838F25SJ/ref=sr_1_53?crid=3SOLRCN42TBFB&keywords=ninja+warrior+obstacle+course+for+kids&qid=1665395818&qu=eyJxc2MiOiI2LjI4IiwicXNhIjoiNi40MSIsInFzcCI6IjYuMTcifQ%3D%3D&sprefix=ninja+warrior%2Caps%2C312&sr=8-53 |
| 21 | Amazon | Cretee | https://www.amazon.com/Slackline-Obstacle-Obstacles-Accessories-Equipment/dp/B08C53LRQ5/ref=sr_1_171?crid=32MTPUZV6ECXX&keywords=ninja+warrior+obstacle+course+for+kids&qid=1665454735&qu=eyJxc2MiOiI2LjI4IiwicXNhIjoiNi40MSIsInFzcCI6IjYuMTcifQ%3D%3D&sprefix=ninja+warrior+%2Caps%2C464&sr=8-171 |
| 22 | Amazon | RIVALLYCOOL | https://www.amazon.com/RIVALLYCOOL-Obstacle-Slackline-Adjustable-Obstacles/dp/B096Z5B49Y/ref=sr_1_289?crid=32MTPUZV6ECXX&keywords=ninja+warrior+obstacle+course+for+kids&qid=1665459287&qu=eyJxc2MiOiI2LjI4IiwicXNhIjoiNi40MSIsInFzcCI6IjYuMTcifQ%3D%3D&sprefix=ninja+warrior+%2Caps%2C464&sr=8-289 |
| 23 | Amazon | Perantlb Wholesale and Retail Supply | https://www.amazon.com/Perantlb-Kids-2x56ft-Slackline-Accessories-Swing%EF%BC%8CRope/dp/B09DGC9DCL/ref=sr_1_2?m=A11CNF8E4E93YH&marketplaceID=ATVPDKIKX0DER&qid=1665387083&s=merchant-items&sr=1-2 |
| 24 | Amazon | iHiKing | https://www.amazon.com/KING-RELAX-Obstacle-Slackline-Equipment/dp/B08VGG2WMP/ref=zg_bs_16184244011_sccl_19/131-2891912-5752708?pd_rd_i=B08VGG2WMP&th=1 |

| | | | |
|---|---|---|---|
| 25 | Amazon | f7f9 | https://www.amazon.com/Ninja-Warrior-Obstacle-Course-Outside/dp/B09GY72DX2/ref=zg_bs_16184244011_sccl_86/131-2891912-5752708?pd_rd_i=B09GY72DX2&psc=1 |
| 26 | Amazon | Exposed gear | https://www.amazon.com/Exposed-Gear-Warrior-Obstacle-Course/dp/B08MVDX324/ref=zg_bs_16184244011_sccl_97/131-2891912-5752708?pd_rd_i=B08MVDX324&psc=1 |
| 27 | Amazon | Fediman | https://www.amazon.com/Obstacle-Slackline-Obstacles-Backyard-Equipment/dp/B09MFLWW1K/ref=zg_bs_16184244011_sccl_99/131-2891912-5752708?pd_rd_i=B09MFLWW1K&th=1 |
| 28 | Amazon | Unbrella | https://www.amazon.com/Obstacle-Slackline-Backyard-NinjaLine-Gymnastic/dp/B089G33652/ref=sr_1_28_sspa?crid=3SOLRCN42TBFB&keywords=ninja+warrior+obstacle+course+for+kids&qid=1665393362&qu=eyJxc2MiOiI2LjI4IiwicXNhIjoiNi40MSIsInFzcCI6IjYuMTcifQ%3D%3D&sprefix=ninja+warrior%2Caps%2C312&sr=8-28-spons&psc=1&spLa=ZW5jcnlwdGVkUXVhbGlmaWVyPUEyNDI0MlZXR0cxNFZZJmVuY3J5cHRlZElkPUEwNTUwNDc0MlNJRjVJRUtlKWCZlbmNyeXB0ZWRBZElkPUEwOTkyNzI4M1VYVFpCQkkZCV0JJOSZ3aWRnZXROYW1lPXNwX210ZiZhY3Rpb249Y2xpY2tSZWRpcmVjdCZkb05vdExvZ0NsaWNrPXRydWU= |
| 29 | Amazon | PKEPW | https://www.amazon.com/AMCCM-Warrior-Obstacle-Slackline-Attachments/dp/B091HC5ZYC/ref=sr_1_40?crid=3SOLRCN42TBFB&keywords=ninja%2Bwarrior%2Bobstacle%2Bcourse%2Bfor%2Bkids&qid=1665393362&qu=eyJxc2MiOiI2LjI4IiwicXNhIjoiNi40MSIsInFzcCI6IjYuMTcifQ%3D%3D&sprefix=ninja%2Bwarrior%2Caps%2C312&sr=8-40&th=1 |
| 30 | Amazon | eboeee | https://www.amazon.com/Yoassi-Obstacle-Slackline-Children-Healthier/dp/B08CX9VW8D/ref=sr_1_75?crid=3SOLRCN42TBFB&keywords=ninja+warrior+obstacle+course+for+kids&qid=1665395818&qu=eyJxc2MiOiI2LjI4IiwicXNhIjoiNi40MSIsInFzcCI6IjYuMTcifQ%3D%3D&sprefix=ninja+warrior%2Caps%2C312&sr=8-75 |
| 31 | Amazon | US_GWDTRADE | https://www.amazon.com/kidwee-Warrior-Obstacle-Course-Outside/dp/B096BLNH7Y/ref=sr_1_90?crid=3SOLRCN42TBFB&keywords=ninja+warrior+obstacle+course+for+kids&qid=1665395818&qu=eyJxc2MiOiI2LjI4IiwicXNhIjoiNi40MSIsInFzcCI6IjYuMTcifQ%3D%3D&sprefix=ninja+warrior%2Caps%2C312&sr=8-90 |
| 32 | Amazon | Yao Shun Toy | https://www.amazon.com/BB-SCIENCE-Obstacle-Slackline-Obstacles/dp/B09V13KQPV/ref=sr_1_94?crid=3SOLRCN42TBFB&keywords=ninja+warrior+obstacle+course+for+kids&qid=1665395818&qu=eyJxc2MiOiI2LjI4IiwicXNhIjoiNi40MSIsInFzcCI6IjYuMTcifQ%3D%3D&sprefix=ninja+warrior%2Caps%2C312&sr=8-94 |
| 33 | Amazon | TUAHOO | https://www.amazon.com/Tuahoo-Gym-Slackline-Obstacles-Equipment/dp/B07QBHXZH7/ref=sr_1_103?crid=3SOLRCN42TBFB&keywords=ninja+warrior+obstacle+course+for+kids&qid=1665397668&qu=eyJxc2MiOiI2LjI4IiwicXNhIjoiNi40MSIsInFzcCI6IjYuMTcifQ%3D%3D&sprefix=ninja+warrior%2Caps%2C312&sr=8-103 |
| 34 | Amazon | doryoutdoor | https://www.amazon.com/HAPPYPIE-Equipment-Slackline-Obstacles-Gymnastics/dp/B09JFDWVYL/ref=sr_1_124?crid=32MTPUZV6ECXX&keywords=ninja+warrior+obstacle+course+for+kids&qid=1665453436& |

| | | | |
|---|---|---|---|
| | | | qu=eyJxc2MiOiI2LjI4IiwicXNhIjoiNi40MSIsInFzcCI6IjYuMTcifQ%3D%3D&sprefix=ninja+warrior+%2Caps%2C464&sr=8-124 |
| 35 | Amazon | aimall | https://www.amazon.com/Aimall-Ninja-Warrior-Obstacle-Course/dp/B09W8Z7S15/ref=sr_1_176?crid=32MTPUZV6ECXX&keywords=ninja+warrior+obstacle+course+for+kids&qid=1665454735&qu=eyJxc2MiOiI2LjI4IiwicXNhIjoiNi40MSIsInFzcCI6IjYuMTcifQ%3D%3D&sprefix=ninja+warrior+%2Caps%2C464&sr=8-176 |
| 36 | Amazon | Delicate Shop | https://www.amazon.com/BITMEE-Ninja-Warrior-Obstacle-Course/dp/B09W225BS4/ref=sr_1_178?crid=32MTPUZV6ECXX&keywords=ninja+warrior+obstacle+course+for+kids&qid=1665454735&qu=eyJxc2MiOiI2LjI4IiwicXNhIjoiNi40MSIsInFzcCI6IjYuMTcifQ%3D%3D&sprefix=ninja+warrior+%2Caps%2C464&sr=8-178 |
| 37 | Amazon | DEALGOODS | https://www.amazon.com/SereneLifeHome-Slackline-Attachments-Accessories-SLSNJWR50/dp/B09WZHYG56/ref=sr_1_53?crid=3U3H5MTXBQA5E&keywords=ninja+warrior+obstacle+course+for+kids&qid=1678429156&sprefix=ninja+%2Caps%2C371&sr=8-53 |
| 38 | Amazon | Long Mall OL | https://www.amazon.com/MOOLINCO-Extendable-Weatherproof-Slackline-Attachments/dp/B0BJJF1JX8/ref=sr_1_69?crid=3U3H5MTXBQA5E&keywords=ninja+warrior+obstacle+course+for+kids&qid=1678429864&sprefix=ninja+%2Caps%2C371&sr=8-69 |
| 39 | Amazon | Kegitantan | https://www.amazon.com/Obstacle-Ultra-Durable-Slackline-Accessories-Backyard/dp/B08S34DSKN/ref=sr_1_102?crid=3U3H5MTXBQA5E&keywords=ninja+warrior+obstacle+course+for+kids&qid=1678430655&sprefix=ninja+%2Caps%2C371&sr=8-102 |
| 40 | Amazon | VOKSAFE | https://www.amazon.com/VOKSAFE-Hanging-Obstacle-Course-Weatherproof/dp/B096DG8Q4L/ref=sr_1_45?crid=VDONCHKBANCE&keywords=ninja%2Bwarrior%2Bobstacle%2Bcourse%2Bfor%2Bkids&qid=1678851964&sprefix=ninja%2Bwa%2Caps%2C612&sr=8-45&ufe=app_do%3Aamzn1.fos.006c50ae-5d4c-4777-9bc0-4513d670b6bc&th=1 |
| 41 | Amazon | Zipdiz | https://www.amazon.com/Zipdiz-Slackline-Obstacle-Course-Kids/dp/B0BCP3167R/ref=sr_1_152?crid=3U3H5MTXBQA5E&keywords=ninja+warrior+obstacle+course+for+kids&qid=1678431446&sprefix=ninja+%2Caps%2C371&sr=8-152 |
| 42 | Amazon | Sino Garden | https://www.amazon.com/Winslow-Slackline-Obstacle-Course-Extra/dp/B0B28X39C4/ref=sr_1_145?crid=3U3H5MTXBQA5E&keywords=ninja%2Bwarrior%2Bobstacle%2Bcourse%2Bfor%2Bkids&qid=1678431446&sprefix=ninja%2B%2Caps%2C371&sr=8-145&th=1 |
| 43 | Amazon | ZHKSY | https://www.amazon.com/AMOSTING-Obstacle-Backyard-Obstacles-Activities/dp/B0986Z5286/ref=sr_1_165?crid=3U3H5MTXBQA5E&keywords=ninja+warrior+obstacle+course+for+kids&qid=1678431446&sprefix=ninja+%2Caps%2C371&sr=8-165 |
| 44 | Amazon | I-Choice | https://www.amazon.com/Obstacle-Outside-34-Installation-Gameplay-Slackline/dp/B0BM8KWLDH/ref=sr_1_172?crid=3U3H5MTXBQA5E&keywords=ninja+warrior+obstacle+course+for+kids&qid=1678431446&sprefix=ninja+%2Caps%2C371&sr=8-172 |
| 45 | Amazon | Sportneer Direct | https://www.amazon.com/Sportneer-Slackline-Obstacle-Course-Kids/dp/B0BFQVNBH2/ref=sr_1_194?crid=3U3H5MTXBQA5E&keywords=ni |

|    |        |                       |                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                              |
|----|--------|-----------------------|--------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|    |        |                       | nja+warrior+obstacle+course+for+kids&qid=1678431446&sprefix=ninja+%2Caps%2C371&sr=8-194                                                                                                                                                                                                                                                                                                                                                                                                                                                      |
| 46 | Amazon | Lillian Imports       | https://www.amazon.com/Ninja-Slackline-Obstacle-Course-Kids/dp/B07YX8YJHT/ref=sr_1_2?crid=1R66X9ELWIOMC&keywords=monkey+line&qid=1678851093&sprefix=momkey+line%2Caps%2C1324&sr=8-2                                                                                                                                                                                                                                                                                                                                                           |
| 47 | Amazon | NinjaSafe             | https://www.amazon.com/Ninja-Warrior-Obstacle-Course-Girls/dp/B08GV5R3QF/ref=sr_1_1_sspa?crid=3S5PRQ0ZH5NUT&keywords=ninja+warrior+obstacle+course+for+kids&qid=1665386436&qu=eyJxc2MiOiI2LjI4IiwicXNhIjoiNi40MSIsInFzcCI6IjYuMTcifQ%3D%3D&sprefix=ninja+warrior+%2Caps%2C377&sr=8-1-spons&psc=1&spLa=ZW5jcnlwdGVkUXVhbGlmaWVyPUEzMFc1QUZKWElMRjEzJmVuY3J5cHRlZElkPUEwNTM3NDM0MktLWEtGUUpSTU0zRSZlbmNyeXB0ZWRBZElkPUEwODQxMTQyMlhDWU5VTkVCQjTOCZ3aWRnZXROYW1lPXNwX2F0ZiZhY3Rpb249Y2xpY2tSZWRpcmVjdCZkb05vdExvZ0NsaWNrPXRydWU= |
| 48 | Amazon | flybold               | https://www.amazon.com/Slackline-Obstacles-Adjustable-Protectors-Instruction/dp/B07VGX37T7/ref=sr_1_60?crid=3S5PRQ0ZH5NUT&keywords=ninja+warrior+obstacle+course+for+kids&qid=1665388038&qu=eyJxc2MiOiI2LjI4IiwicXNhIjoiNi40MSIsInFzcCI6IjYuMTcifQ%3D%3D&sprefix=ninja+warrior+%2Caps%2C377&sr=8-60                                                                                                                                                                                                                                            |
| 49 | Amazon | THUNDERBAY PRODUCTS   | https://www.amazon.com/THUNDERBAY-Including-Obstacles-Adjustable-Protectors/dp/B089NMDQ2F/ref=sr_1_2?crid=1XS1HHSRKENQO&keywords=THUNDERBAY+40ft+Ninja+Slackline+Kit+Including+8+Hanging+Obstacles%2C&qid=1665389337&qu=eyJxc2MiOiIwLjU0IiwicXNhIjoiMC4wMCIsInFzcCI6IjAuMDAifQ%3D%3D&sprefix=adventurous+ninja+pulley+kit+for+kids+-+outdoor+fun+with+70+ft.%2Caps%2C509&sr=8-2                                                                                                                                                                |
| 50 | Amazon | BELONET               | https://www.amazon.com/Slackline-Adjustable-Obstacle-Including-Installation/dp/B097NSVY5X/ref=sr_1_4?crid=2IAZV84E9DVI3&keywords=BELONET+Ninja+Slackline+for+Kids+2x50+FT+-+34+Pieces+Adjustable+Hanging+Obstacle+Course+for+Children+Ages+5%2B%2C+Including+4.9+FT+Tree+Guard&qid=1665390912&qu=eyJxc2MiOiItMC4wMSIsInFzYSI6IjAuMDAiLCJxc3AiOiIwLjAwIn0%3D&sprefix=belonet+ninja+slackline+for+kids+2x50+ft+-+34+pieces+adjustable+hanging+obstacle+course+for+children+ages+5%2B%2C+including+4.9+ft+tree+guard%2Caps%2C281&sr=8-4           |
| 51 | Amazon | ZBPRESS               | https://www.amazon.com/ZBPRESS-Obstacle-Slackline-Complete-Accessories/dp/B0B1VX4VK6/ref=zg_bs_16184244011_sccl_15/131-2891912-5752708?pd_rd_i=B0B1VX4VK6&psc=1                                                                                                                                                                                                                                                                                                                                                                               |
| 52 | Amazon | Elite Edu             | https://www.amazon.com/Warrior-Obstacle-Slackline-Training-Accessories/dp/B0BH9GJB46/ref=sr_1_11?m=A2X0FWNCGLF8QP&marketplaceID=ATVPDKIKX0DER&qid=1665472312&s=merchant-items&sr=1-11                                                                                                                                                                                                                                                                                                                                                         |
| 53 | Amazon | Avican                | https://www.amazon.com/Sunnyglade-Warrior-Obstacle-Backyard-Accessories/dp/B091JTX72F/ref=zg_bs_16184244011_sccl_85/131-2891912-5752708?pd_rd_i=B091JTX72F&psc=1                                                                                                                                                                                                                                                                                                                                                                              |

| 54 | Amazon | Jasmin's Elite Store | https://www.amazon.com/Merrvey-Obstacle-Slackline-Accessories-Equipment/dp/B09FH3J5Q9/ref=sr_1_54?crid=3SOLRCN42TBFB&keywords=ninja+warrior+obstacle+course+for+kids&qid=1665393362&qu=eyJxc2MiOiI2LjI4IiwicXNhIjoiNi40MSIsInFzcCI6IjYuMTcifQ%3D%3D&sprefix=ninja+warrior%2Caps%2C312&sr=8-54 |
| --- | --- | --- | --- |
| 55 | Amazon | Cateam | https://www.amazon.com/Backyard-Obstacle-Training-Course-Slackline/dp/B084FFCF7D/ref=sr_1_5?crid=25HO0MK217JJ7&keywords=Cateam&qid=1665397556&qu=eyJxc2MiOiIxLjAwIiwicXNhIjoiMC45OSIsInFzcCI6IjAuMDAifQ%3D%3D&sprefix=cateam%2Caps%2C307&sr=8-5 |
| 56 | Amazon | Edostory | https://www.amazon.com/EDOSTORY-Obstacle-Complete-Slacklines-Climbing/dp/B0B45RSXM6/ref=sr_1_81?crid=3SOLRCN42TBFB&keywords=ninja+warrior+obstacle+course+for+kids&qid=1665395818&qu=eyJxc2MiOiI2LjI4IiwicXNhIjoiNi40MSIsInFzcCI6IjYuMTcifQ%3D%3D&sprefix=ninja+warrior%2Caps%2C312&sr=8-81 |
| 57 | Amazon | SELL BELOW COST | https://www.amazon.com/Sorbus-Warrior-Obstacle-Training-Slackline/dp/B08XC7H1BL/ref=sr_1_85?crid=3SOLRCN42TBFB&keywords=ninja+warrior+obstacle+course+for+kids&qid=1665395818&qu=eyJxc2MiOiI2LjI4IiwicXNhIjoiNi40MSIsInFzcCI6IjYuMTcifQ%3D%3D&sprefix=ninja+warrior%2Caps%2C312&sr=8-85 |
| 58 | Amazon | GOLDBRIX | https://www.amazon.com/GOLDBRIX-Kids-Ninja-Sackline-2x65/dp/B09DSBGQ86/ref=sr_1_89?crid=3SOLRCN42TBFB&keywords=ninja+warrior+obstacle+course+for+kids&qid=1665395818&qu=eyJxc2MiOiI2LjI4IiwicXNhIjoiNi40MSIsInFzcCI6IjYuMTcifQ%3D%3D&sprefix=ninja+warrior%2Caps%2C312&sr=8-89 |
| 59 | Amazon | Kaspien | https://www.amazon.com/JumpOff-Jo-Ninja-Obstacle-Course/dp/B08RLQ964D/ref=sr_1_5?crid=27N3SPKDU2N4P&keywords=JumpOff+Jo+nina+warrior+obstacle&qid=1665398177&qu=eyJxc2MiOiIxLjU4IiwicXNhIjoiMC4wMCIsInFzcCI6IjAuMDAifQ%3D%3D&sprefix=jumpoff+jo+nina+warrior+obstacle%2Caps%2C1328&sr=8-5 |
| 60 | Amazon | Cuhom | https://www.amazon.com/Obstacle-Backyard-Slacklines-Obstacles-Equipment/dp/B096Z9NLN1/ref=sr_1_117?crid=3SOLRCN42TBFB&keywords=ninja+warrior+obstacle+course+for+kids&qid=1665397668&qu=eyJxc2MiOiI2LjI4IiwicXNhIjoiNi40MSIsInFzcCI6IjYuMTcifQ%3D%3D&sprefix=ninja+warrior%2Caps%2C312&sr=8-117 |
| 61 | Amazon | Aosom Direct | https://www.amazon.com/Outsunny-Obstacle-Slackline-Gymnastic-Equipment/dp/B093D9GBNJ/ref=sr_1_162?crid=32MTPUZV6ECXX&keywords=ninja+warrior+obstacle+course+for+kids&qid=1665454735&qu=eyJxc2MiOiI2LjI4IiwicXNhIjoiNi40MSIsInFzcCI6IjYuMTcifQ%3D%3D&sprefix=ninja+warrior+%2Caps%2C464&sr=8-162 |
| 62 | Amazon | Trailblaze Products | https://www.amazon.com/Ninja-Warrior-Hanging-Obstacle-Course/dp/B07KSDSSS1/ref=sr_1_3_sspa?crid=3S5PRQ0ZH5NUT&keywords=ninja+warrior+obstacle+course+for+kids&qid=1665386774&qu=eyJxc2MiOiI2LjI4IiwicXNhIjoiNi40MSIsInFzcCI6IjYuMTcifQ%3D%3D&sprefix=ninja+warrior+%2Caps%2C377&sr=8-3-spons&psc=1&spLa=ZW5jcnlwdGVkUXVhbGlmaWVyPUEzQ00wV1QwUzEzOFBNJmVuY3J5cHRlZElkPUEwODU4NTEzUU0xRUNaMFBNR1NVJmVuY3J5cHRlZEFkSWQ9QTA3ODQxNjMzNERSSFozT0M1N0pGJndpZGdldE5hbWU9c3BfYX |

| | | | |
|---|---|---|---|
| | | | RmJmFjdGlvbj1jbGlja1JlZGlyZWN0JmRvTm90TG9nQ2xpY2s9dHJ1ZQ== |
| 63 | Amazon | Hyponix Brands. | https://www.amazon.com/Hyponix-Ninja-Warrior-Obstacle-Course/dp/B08XWH4YLV/ref=sr_1_2_sspa?crid=WDFTBPPSWX3U&keywords=ninja%2Bwarrior%2Bobstacle%2Bcourse%2Bfor%2Bkids&qid=1678429097&sprefix=ninja%2B%2Caps%2C529&sr=8-2-spons&spLa=ZW5jcnlwdGVkUXVhbGlmaWVyPUEyT00xNEllVFAzNTNTJmVuY3J5cHRlZElkPUEwNDIwNzE2TkxCN1M1VkpQQUxFJmVuY3J5cHRlZEFkSWQ9QTAwMDk2OTUyRUI1UzRPMk5VVUxXJndpZGdldE5hbWU9c3BfYXRmJmFjdGlvbj1jbGlja1JlZGlyZWN0JmRvTm90TG9nQ2xpY2s9dHJ1ZQ&th=1 |
| 64 | Amazon | TSJ ABC123 | https://www.amazon.com/Slackline-Weatherproof-Featuring-Adjustable-Obstacles/dp/B07JNJGPHS/ref=sr_1_98?crid=3U3H5MTXBQA5E&keywords=ninja+warrior+obstacle+course+for+kids&qid=1678429864&sprefix=ninja+%2Caps%2C371&sr=8-98 |
| 65 | Ebay | toyssale | https://www.ebay.com/itm/133948021716?hash=item1f2fec9bd4:g:t54AAOSwBbdho9Gs&amdata=enc%3AAQAHAAAA8CuNdNZHM2nY80E%2B9tpH95rJdKBdWNZSGZbjt6BJoBPjxBf4%2BA9n1TKAAH%2BjmjwSrL6r5sn2qiD6%2BXa98nQwSHH%2Fw%2Fnl%2FUNnf6xPWMivsF%2B%2BxDK8MiHM4TtLw2n4Pb4bT6ZCE3kswBXS7lQGLeM0gFpPMC3bJRuzvNxv43avsOLa5QqJk6N1QkixIbZWo4ESjs9zMQ08%2FpAJewnQLeObkkU83666soXa%2FDS1XyjiErA9Z8U0H6rMTOEnHOun6ncDjqNk%2BhN6mcNyJI0MPERjZDu4zYVxbg2758eFJa0qbx0zGVY%2B1XFReWoua6Y%2F0QgL2Q%3D%3D%7Ctkp%3ABk9SR7qyzrb5YA |
| 66 | Ebay | miocloset | https://www.ebay.com/itm/125526304236?hash=item1d39f365ec:g:F~gAAOSwzXxjLLD6&amdata=enc%3AAQAHAAAAoBgPZSGtrTcBFgMDZO521EaAoNAIhnrjXSNpQ9d%2Ftu6NTzuqfixidx85RriSW3j3qY61s5EPwoyskiZv5zr07UD5Kmc6HxeQSSHn4Iw01Wr1wHa574ZHnSyfNZxrH4IE6FZHKFkCAY%2Fi7P4ypphbfoSTA0KjK4z3tH0UtK%2FmiaIbdYQq%2F%2B2yjRwZAjOimL2uLktPggHA71brXd2lqUOagBg%3D%7Ctkp%3ABk9SR7iyzrb5YA |
| 67 | Ebay | yaqinsale2021 | https://www.ebay.com/itm/194438253969?epid=7051231825&hash=item2d456c4d91:g:dZwAAOSwyNdhG4CH&amdata=enc%3AAQAHAAAAoGKn5632DECpWTvSbj9PkL6MsZ31LV2f2ZMmvc2H9eHEkeLSkFltIh53ZN%2BUV06CgGyP%2B2wzJhposXVXUawFP1fB2i%2Fcsbc7tXkRj8%2FDadDOfy8O015arjoQGNmhbUSpGHeHJF2hhL4qUx2DOrh9n8fzBW7PJh8pMT8PyVHLYVHwwFjmjuESD1g7hkJxHTM0s1dZlV4X3LDgxAbxROC3CM8%3D%7Ctkp%3ABk9SR7qyzrb5YA |
| 68 | Ebay | dairuirui122_3 | https://www.ebay.com/itm/185217903381?hash=item2b1fd8eb15:g:QBkAAOSwR0dhvAi6&amdata=enc%3AAQAHAAAA4Jo3YEH6pvWeUzSIKMK0mT2OYQWs1WjCAvzKoq3dUr4dWs2sFbM5WtGAesPjzRAvUskv75w7ADVLwuAfr3dZDP2GayyQ88bSmwLTPuOqMAdeuDrrhxF4514y%2B3axasffVpjS2IVFUSvNMOJiTKYWKHGgt3JGwHbbqSfvn898Twgckx7pbRWnvvRRs6hZCeUmlSXD4wrzy%2FzgFQ%2BhQvJlD0QBQZBU7JlAfsqIPpNw7jNhJ2hE03sb4rRfDdpaHhKZdZ2lEYyBJhyd0Ml9rUcmKR%2F8a8zZzVN7RyYJDPgoXv1M%7Ctkp%3ABk9SR7qyzrb5YA |
| 69 | Ebay | blitz_sale_17 | https://www.ebay.com/itm/284991589702?hash=item425ad28d46:g:uBMAAOSwuGFjPbw5 |

| | | | |
|---|---|---|---|
| 70 | Ebay | ccmiller931 | https://www.ebay.com/itm/175155733305?hash=item28c8186339:g:iGYAAOSwyR9iCBtC&amdata=enc%3AAQAHAAAA4OkQ1UoLmWrlgYtpTNNxnR2YDKSgg3LAXihUWxDnI%2FC8dC5h9eMDVJZt9gqZAh%2FNItVb6PXA%2B%2FO%2B7PyNR%2BdsRH1Eox1X7yn24OI137WcgYW8cGk0HPY5rMpn8YiyEc8oaflAmZw2SgW35QQLWysh3t8BTZxt9pSsJ9VLyYmGLA2rq%2BjKiUQe5cezRJqwytiDQM1yVIrf189EpOchqheZGiKUhiCF8bWqYxxszzm7x9fQ%2FVEZutpLzf21nHKCso%2B9n%2Fta3TJtBA5KVEM0JABUMzHrpqKGHQwDRMkvonP3Dv3%2B%7Ctkp%3ABk9SR7ayzrb5YA |
| 71 | Ebay | musicman1a2a3a4 | https://www.ebay.com/itm/115421011665?hash=item1adfa0ded1:g:xFkAAOSwoDBipOqD&amdata=enc%3AAQAHAAAAoH2H8aVm4vmz2E0D9zXO%2B%2Flr7O9gkJByvHmJULklRB3bYRKxafVhIe%2FW6DX0nbVt0G1avqmAhdtJXB3TS%2BxrvWrouYB%2F0GIw6bxGHVIr4BG%2FMVoYi9kKfLXOPB%2FIxfghzK8O%2F2XsI8R7OXuDcR2g3UPxCpoigtP8avuvhdpgVTyux9LutX5p1YOcKnrXv3p7mDUbaCdpf2q26cKKS0gV35Y%3D%7Ctkp%3ABk9SR7iyzrb5YA |
| 72 | Ebay | ynbargain | https://www.ebay.com/itm/393893023161?hash=item5bb5da8db9:g:Aw4AAOSwcURh7HYB&amdata=enc%3AAQAHAAAsPEcBJTPpXSsICGzGIS4hS%2FSvwZCSBLDB32HcV%2ByjAl03QxOmvVgz3vcjQPrcVV2xFcVLOZGAJ0zpiIibD8UkC3lnr%2BSEVLxR8iUtNdijq3gruRF9mXNfLD4mUJuyEIZWOaDnmXueSKwZ3D4faZ8pTsC2EnSpBLoAgaqdv1ZLMau%2BLSVAJasoI%2BRx%2F14r0rHpXri06Kx8D7e%2FH8IQ6wtdodF3NcbKN1pKV3Kb9j7wdKo%7Ctkp%3ABk9SR7iyzrb5YA |
| 73 | Ebay | dotandbo_us | https://www.ebay.com/itm/204117903160?hash=item2f86600738:g:6yMAAOSwYJBjRekL&amdata=enc%3AAQAHAAAA4D4sbYZ4G%2BtDYrm6oGDBYS0u1YfcK063neCAub8sRAdcao4g5l8gNzDx%2FkEb7dP9qvE5AbYDRd7Pyd6Pz6cc45MnJpw45YjeUpU8JERNWBpVpbC48Vy0lpQCrRuouOyWombNOwOKDF5cJBGFCqc%2Brd6Md1LHV%2FVYROBjCWVJhbk10iugJsz8W3AHkL9rQ2aSbtoJ6%2BMzbCJkFvBElkDS2gd1oUIM%2BtEHLy8%2BCB5qsmgFbxiPyCNxBEqyvX6WUSiq8zvZZrX97vb662BSDwqjVs9%2BJ1BrVB13IPQBjwRE89yZ%7Ctkp%3ABk9SR7qyzrb5YA |
| 74 | Ebay | productpier | https://www.ebay.com/itm/114866183028?hash=item1abe8edb74:g:SKYAAOSwOrdhhAUa&amdata=enc%3AAQAHAAAA4Pej6SmkbMmc211%2BHj4AmerReST5lq9v1bLc9vMLKH6EEdtdS9rhwtoegV7NT64x%2B92jNjkJJzogilx%2FILo9rMtbbKSX6NNAWTOdnI0prJSKnSTfWQCi5pxb2jdSA8zYFYteqKrv0zHe47XXZD%2FDvoTuALpG62TzIwjaNGY3GTGuen9EBqypWJC7pSP%2BPQLPcsqEUGLuKOC240QQNUxSOZELC5U55QWOnTPYRa%2B8QqPrBlC2uQbArpP46Kxg7OIaVk6gPI%2F7aElEUj3sD0aaA6ICGR4CDkkwreuF2bQhKGct%7Ctkp%3ABk9SR6TX67n5YA |
| 75 | Ebay | babymishkata | https://www.ebay.com/itm/265270137926?hash=item3dc3551446:g:QMQAAOSwHkVhGetr&amdata=enc%3AAQAHAAAA4DGcRiDPB5i2i9XpTRzwf2e4Kkk6JAuLA%2Bu5q5oExOadBFPj4WW0Pty9ZRHKeOyBuTBKykuZtfjSlC1thHat7ODPPnNTZ1Up5D3dsfJpekcNXsiwzxKBrAYQc1NOTK%2FSZcpC%2FRE64WavQw5Py42yPB%2BuiHPdJ67U8M1I5OmzlEw8mV%2B8D5BdBh9jIMfjK5kytKX%2BnBMoOO5i7QejXuzCsgi8xKDIvF7%2BefRMc0eUTowAuD6dCxTZIYyCkxk7X069m%2FvLJjiH |

| | | | |
|---|---|---|---|
| | | | 1UMOGwO8SfxXfb6LFJNhOkbdDgym88hKzn5E%7Ctkp%3ABFBMpNfruflg |
| 76 | Ebay | jess_nr5 | https://www.ebay.com/itm/403928049724?hash=item5e0bfce83c:g:A~4AAOSwwAhjQNz3&amdata=enc%3AAAQAHAAAA4BSl28l8Y2%2BsDFJCDD%2FS21%2BKjP7VA6hD5a6hZnIioyi7xAKHdU0ysyaSeSWlHDZb1ETm5XPNKXHhV%2BxawOCuv%2BbhUKftMPaoypDra%2FR8x%2FAkw00C8OroAugarReheatZWQN4uvqc5o8TVXeyZChtU6YZjVhxx%2BotatG6OzRkp6bsrM5MY1ycJbMHEGvaGIsr3XPBam4H4qtUA2nT7J3bbfQeAw1gGEbGukOgjazxMD57FTTPLmyEF4Gb795Mt9JOX3KJZvkpo6Bs%2F6KwY7pRv%2BZvsIp8mtAUbE3rDatiDi4D%7Ctkp%3ABk9SR7ayzrb5YA |
| 77 | Walmart | INTEY | https://www.walmart.com/ip/SIMBR-Ninja-Warrior-Obstacle-Course-Kids-8-Accessories-Outdoor-Play-Equipment-50ft-Slackline-Have-Fun-Backyard-Train-American-Monkey-Bars/615546400 |
| 78 | Walmart | Jump Tastic Trampoline | https://www.walmart.com/ip/JumpTastic-50Ft-Ninja-Warrior-Obstacle-Course-Monkey-bars-Rope-Ladder-Swing-Accessories-Backyard-Outdoor-Training-Equipment-Kids/158270134 |
| 79 | Walmart | Aonuo Technology | https://www.walmart.com/ip/Dripex-50FT-Ninja-Warrior-Obstacle-Course-for-Kids-10-Obstacles-with-2-Slacklines-Gift-for-3-12-Girls-Boys/1767236671 |
| 80 | Walmart | KLOKICK | https://www.walmart.com/ip/KLOKICK-50FT-Ninja-Warrior-Obstacle-Course-with-Belt-Swing-for-Kids-Ninja-Slackline-with-10-Accessories-Double-Line-Design/537728975 |
| 81 | Walmart | Clover-US | https://www.walmart.com/ip/Gasky-55FT-Ninja-Warrior-Obstacle-Course-16-Accessories-Adjustable-Buckles-Tree-Protectors-Carry-Bag-Kids-Have-Fun-Capacity-1320-lbs-Backyards-Outdoo/292624204 |
| 82 | Walmart | Shanghai fanting jixieshebei youxiangongsi | https://www.walmart.com/ip/SHZOND-Ninja-Warrior-Obstacle-Course-Kids-50-Slackline-14-Most-Complete-Accessories-Fun-Strength-Balance-Training-Ninja-Kids-Outside/1806608135 |
| 83 | Walmart | Zeeyh | https://www.walmart.com/ip/Ninja-Warrior-Obstacle-Course-Kids-Slackline-Kit-50-with-8-Accessories-Monkey-Bars-Gymnastics-Rings-Bridge-Obstacle-Line-Training-Equipment-Backyard-/479809031 |
| 84 | Walmart | Shenzhenshi Haimanjie Keji Youuxiangongsi | https://www.walmart.com/ip/Catinbow-Kids-Slackline-Hanging-Obstacle-Course-Set-Warrior-Training-Equipment-for-Backyard-Outdoor-Playground/490576717 |
| 85 | Walmart | Joybuy | https://www.walmart.com/ip/Zeni-Slackline-kit-Outdoor-for-Kids-Warrior-Obstacle-Course-Tree-Hanging-Obstacles-Training-Equipment-Set-for-Backyard/971999555 |
| 86 | Walmart | BEST TOOL | https://www.walmart.com/ip/2X50Ft-Ninja-Warrior-Obstacle-Course-For-Kids-2-Slackline-17-Removable-Buckle-Loops-12-Attachments-Outside/1851156049 |
| 87 | Walmart | RANIPOBO TECH | https://www.walmart.com/ip/Tukinala-Ninja-Line-Warrior-Obstacle-Course-for-Kids-Outside-Tree-Hanging-Obstacles-Line-Play-Set-for-Backyard-Tree-Training-Equipment-Outdoor-Play/839329959 |
| 88 | Walmart | RRX | https://www.walmart.com/ip/Comie-Ninja-Warrior-Obstacle-Course-Kids-54FT-Slack-line-12-Accessories-Kids-Ladder-Gym-Rings-Monkey-Bars-Rope-Knots-Ninja-Line-Line/624240955 |

| | | | |
|---|---|---|---|
| 89 | Walmart | Kaprolife Ltd | https://www.walmart.com/ip/Ninja-Warrior-Obstacle-Course-Kit-Kids-52FT-Double-Lines-Most-Complete-Accessories-Kids-Horizontal-Bar-Gymnastics-Ring-Rope-Ladder/261531197 |
| 90 | Walmart | MEHOME STORE | https://www.walmart.com/ip/LOVECOM-Ninja-Warrior-Obstacle-Course-Kids-Backyard-Spy-Kit-Monkey-Bars-Climbing-Dome-Tree-Training-Equipment/707276871 |
| 91 | Walmart | SEAKOS | https://www.walmart.com/ip/Ninja-Warrior-Obstacle-Course-Kids-11-Durable-Obstacles-50ft-Slackline-Outdoor-Hanging-Play-Equipment-Train-American-Kids-Toys-480-lbs-Load/1863348573?athbdg=L1700 |
| 92 | Walmart | GoDecor | https://www.walmart.com/ip/GoDecor-40-Ninja-Obstacle-Course-Kit-for-Kids-28-PCS-Ninja-Warrior-Course-with-Storage-Bag/480253377 |
| 93 | Walmart | ANKB | https://www.walmart.com/ip/FSXUOLIPI-Ninja-Warrior-Obstacle-Course-Kids-2x55Ft-Slackline-Climbing-Net-Rope-Ladder-Trapeze-Swing-Monkey-Bars-Outside/1764509187 |
| 94 | Walmart | qingdaohuiyuanlifengshangmaoyouxiangongsi | https://www.walmart.com/ip/50FT-Ninja-Line-Kids-Ninja-Warrior-Obstacle-Course-Ninja-Slack-Line-with-Climbing-Rope-Swing-Set/1878513161?athbdg=L1700 |
| 95 | Walmart | Funnytoys | https://www.walmart.com/ip/Funnytoys-Warrior-Obstacle-Course-for-Kids-Slackline-kit-Outdoor-Ninja-Course-Tree-Hanging-Obstacles-Training-Equipment-Set-for-Backyard/770922507 |
| 96 | Walmart | Goorabbit | https://www.walmart.com/ip/Ninja-Warrior-Obstacle-Course-Kids-50ft-Slackline-w-Monkey-Bars-Bonus-Seat-Swing-Gym-Rings-More-Obstacles-Adjustable-Positions-Perfect-Training/515666874 |
| 97 | Walmart | Gouguhanshu Nice LLC | https://www.walmart.com/ip/Kepooman-Kids-Slackline-Hanging-Obstacle-Course-Kit-for-Backyard-Multi-color/762625262 |
| 98 | Walmart | Shen zhen shi de xing yang ke ji you xian gong si | https://www.walmart.com/ip/Senjay-Outdoor-Backyard-Ninja-Obstacle-Course-Line-Hanging-Obstacles-Adjustable-Buckles-Tree-Protectors-Carrying-Bag-Warrior-Training-Equipment-Kids-/1280239843 |
| 99 | Walmart | Fuhongda STORE | https://www.walmart.com/ip/Outdoor-Backyard-Ninja-Obstacle-Course-Line-Hanging-Obstacles-Adjustable-Buckles-Tree-Protectors-Carrying-Bag-Warrior-Training-Equipment-Kids-XH/812678714 |
| 100 | Walmart | WEIHUIZE STORE | https://www.walmart.com/ip/LHCER-Outdoor-Backyard-Ninja-Obstacle-Course-Line-Hanging-Obstacles-Adjustable-Buckles-Tree-Protectors-Carrying-Bag-Warrior-Training-Equipment-Kids/1290713512 |
| 101 | Walmart | Imere Mallet | https://www.walmart.com/ip/Clearance-Backyard-Obstacle-Training-Course-Hanging-Monkey-Bars-Swing-Wooden-Ladder-Climbing-Rope-Ninja-Warrior-Equipment-Gift-Set-Kids/1884163189 |
| 102 | Walmart | ChuHeDianZi | https://www.walmart.com/ip/Kid-Teen-Adult-Slackline-Bar-Kit-Tree-Hanging-Obstacles-Line-Accessories-Play-Set-Outdoor-Ninja-Warrior-Obstacle-Course-Training-Equipment-Backyard-A/561406186?athbdg=L1700 |
| 103 | Walmart | JSHHH | https://www.walmart.com/ip/JSHHH-Ninja-Warrior-Obstacle-Course-Kids-2-x-Slackline-50-with-12-Accessories-Kids-Including-Swings-Rope-ladders-Rings-etc/1523962820 |
| 104 | Walmart | Vonluxe Zone | https://www.walmart.com/ip/Costzon-Ninja-Warrior-Obstacle-Course-Kids-50-Slackline-Kit-w-7-Hanging-Obstacles-9-Adjustable-Buckles-330lbs-Capacity-Nylon-Training-Equipment-Backy/1540748195 |

| | | | |
|---|---|---|---|
| 105 | Walmart | BT DIRECT | https://www.walmart.com/ip/HISTOYE-Ninja-Warrior-Obstacle-Course-Kids-Backyard-Spy-Kit-Monkey-Bars-Climbing-Dome-Tree-Training-Equipment/644311073 |
| 106 | Walmart | haikoushipenghongmaoyiyouxiangongsi | https://www.walmart.com/ip/PENGZHOU-Ninja-Slackline-Warrior-Obstacle-Course-Kids-2x60ft-Swing-Rope-Ladder-Climbing-Net-Ring-Outdoor-Training-Equipment-Set-Backyard/1123562060 |
| 107 | Walmart | Shenzhenshi haiyao dianzishangwu youxingongsi | https://www.walmart.com/ip/MAXZER-Ninja-Warrior-Obstacle-Course-Kids-Slackline-52-11-Accessories-Kids-Includes-Swing-Net-Rope-Ladder-Slackline-Gymnastic-Bar-Become/1987930280 |
| 108 | Walmart | Siauction | https://www.walmart.com/ip/Ninja-Warrior-Obstacle-Course-For-Kids-50Ft-Slackline-With-12-Accessories-Kids-Fabulous-Training-Equipment-Outside-Backyard/1051615060 |
| 109 | Walmart | FreshTop | https://www.walmart.com/ip/Mirabranlly-Slackline-Bar-Kit-Outdoor-Tree-Hanging-Obstacles-Training-Kit-with-Monkey-Bar-and-Swinging-Obstacles-Line-Accessories-for-Kids-Adults/381423526 |
| 110 | Walmart | BestCollection | https://www.walmart.com/ip/SHY-50FT-Ninja-Warrior-Obstacle-Course-for-Kids-with-Saucer-Swing-Colorful-Net-Climbing-Ladder-Ninja-Wheel-Monkey-Bars-Gym-Rings/1004836174?athbdg=L1700 |
| 111 | Walmart | YICHAOFAN STORE | https://www.walmart.com/ip/EOTVIA-Outdoor-Backyard-Ninja-Obstacle-Course-Line-Hanging-Obstacles-Adjustable-Buckles-Tree-Protectors-Carrying-Bag-Warrior-Training-Equipment-Kids-/933222320 |
| 112 | Walmart | GoGames | https://www.walmart.com/ip/50FT-Ninja-Obstacle-Course-Ninja-Course-with-Belt-Swing-for-Kids-Double-Line-Ninja-Slackline-with-10-Accessories-Clearance/716055497 |
| 113 | Walmart | BAYTOCARE | https://www.walmart.com/ip/BaytoCare-Ninja-Hanging-Obstacle-Course-for-Children-Adults-Backyard-Activities/283066035?athbdg=L1700 |
| 114 | Walmart | SalonMore | https://www.walmart.com/ip/SalonMore-Slackline-Kit-Ninja-Obstacle-Course-Line-Kit-Backyard-Activity-Blue/627918928 |
| 115 | Walmart | HomeDirect | https://www.walmart.com/ip/HomeDirect-Portable-52-5Ft-Ninja-Slackline-Monkey-Bar-Ladder-Kit-Kids-Gym-Swinging-Obstacle-Course-Set/424612916 |
| 116 | Walmart | SamyoHome | https://www.walmart.com/ip/SamyoHome-Ninja-Hanging-Obstacle-Course-for-Backyard-Family-Fun/695529400?athbdg=L1700 |
| 117 | Walmart | Elite Store | https://www.walmart.com/ip/Coreus-Ninja-Warrior-Obstacle-Course-for-Kids-Slackline-52-Ft/782851803 |
| 118 | Walmart | Taiga Marketing | https://www.walmart.com/ip/WonkaWoo-619629044687-Ninja-Warrior-Obstacle-Course-Rope-Set-for-Kids-42-ft-Line-with-Swing/813678214 |
| 119 | Walmart | Best Tech Discount | https://www.walmart.com/ip/Ninja-Obstacle-Course-Most-Complete-Warrior-Course-Kids-2X65FT-Slacklines-Climbing-Net-Swing-Ladder-Wheel-Monkey-Bars-Gym-Rings-Rope-Knots/1419910923 |
| 120 | Walmart | IM Beauty | https://www.walmart.com/ip/US-IN-STOCK-Warrior-Obstacle-Course-Kids-2X50FT-Double-Ninja-Slackline-Most-Complete-Accessories-Kids-Swing-Trapeze-Rope-Ladder-Arm-Trainer/747819271 |
| 121 | Walmart | Joybuy Express | https://www.walmart.com/ip/Ninja-Warrior-Obstacle-Course-for-Kids-Outdoor-Backyard-Course-Training-Set-2x56FT-Double-Ninja-Slackline-with-Adjustabl/1226319889 |

| | | | |
|---|---|---|---|
| 122 | Walmart | Aosom | https://www.walmart.com/ip/Outsunny-Ninja-Warrior-Obstacle-Course-Kids-46ft-Slackline-w-Monkey-Bar-Gymnastic-Ring-Fist-Holds-Ropes-Training-Equipment-Backyard-Outdoor/577905075?athbdg=L1700 |
| 123 | Walmart | Amanda Wallen LLC | https://www.walmart.com/ip/Ninja-Warrior-Obstacle-Course-for-Kids-54-Ninja-Slack-line/243254192 |
| 124 | Walmart | Joybuy Express | https://www.walmart.com/ip/Ninja-Warrior-Obstacle-Course-for-Kids-11-Durable-Obstacles-and-50ft-Slackline-Outdoor-Hanging-Play-Equipment-Train-a-A/1503942634 |
| 125 | Walmart | Joybuy Express | https://www.walmart.com/ip/Ninja-Warrior-Obstacle-Course-for-Kids-Outdoor-Backyard-Course-Training-Set-2x56FT-Double-Ninja-Slackline-with-Adjustabl/1278648413 |
| 126 | Walmart | GreatVista Inc | https://www.walmart.com/ip/Tukinala-Obstacle-Course-Ninja-Warrior-Kids-Zipline-Kits-Backyard-Most-Complete-Accessories-Portable-Slackline-Monkey-Bar-Ladder-Intro-Kit/845993259 |
| 127 | Walmart | Joybuy Express | https://www.walmart.com/ip/Mgaxyff-Outdoor-Backyard-Ninja-Obstacle-Course-Line-Hanging-Obstacles-Adjustable-Buckles-Tree-Protectors-Carrying-Bag-Warrior-Training-Equipment-Kids/1124518133 |
| 128 | Walmart | Zimtown | https://www.walmart.com/ip/Zimtown-Ninja-Warrior-Obstacle-Course-Line-Kit-40-Slackline-7-Hanging-Obstacles/219224504 |
| 129 | Walmart | Breezy Goods LLC | https://www.walmart.com/ip/Backyard-Ninja-Warrior-Hanging-Obstacle-Course-Slackline-Monkey-Bars-Kit-59ft/226846920 |
| 130 | Walmart | Costway | https://www.walmart.com/ip/Ninja-Obstacle-Course-Line-Kit-for-Kids-50FT-Ninja-Slackline-Kit/910391330 |
| 131 | Walmart | NinjaSafe LLC | https://www.walmart.com/ip/NinjaSafe-Obstacle-Course-Kids-Outdoor-Toys-Ages-5-Includes-10-Obstacles-50ft-Slackline-Easy-Setup-Ninja-Durable-Safe-Materials/673578331 |
| 132 | Walmart | DreamsBe | https://www.walmart.com/ip/Ninja-Hanging-Obstacle-Course-Portable-40-Slackline-Monkey-Bar-Kit-8-Swinging-Obstacles-Climbing-Rope-4-Rings-3-Bars-250lb-Capacity-Backyard-Playgrou/983775631 |
| 133 | Walmart | UBesGoo | https://www.walmart.com/ip/UBesGoo-Ninja-Line-Jungle-Swing-Set-40-Hanging-Obstacle-Course-Slackline/303782955?athbdg=L1700 |
| 134 | Walmart | Ktaxon | https://www.walmart.com/ip/Ktaxon-Ninja-Hanging-Obstacle-Course-for-Backyard-Family-Fun/128911746?athbdg=L1700 |
| 135 | Walmart | HAPPY GIRL TRADING | https://www.walmart.com/ip/Winado-Ninja-Slackline-Kit-Obstacle-Course-Line-Jungle-Swing-Set-Family-Backyard-Game/785069643?athbdg=L1700 |
| 136 | Walmart | VIK TECH | https://www.walmart.com/ip/Piscis-Obstacle-Course-for-Kids-Obstacle-Training-Slackline-Kit-Ninja-Line-Training-Equipment-for-Backyard-Outdoor/587709908 |
| 137 | Walmart | Shop On Down | https://www.walmart.com/ip/50-Feet-Ninja-Obstacle-Course-Line-Kit-for-Kids/1887214736 |
| 138 | Wayfair | Klo Kick | https://www.wayfair.com/outdoor/pdp/klo-kick-50ft-ninja-warrior-obstacle-course-boki1020.html |
| 139 | Wayfair | PITRAPSETUP | https://www.wayfair.com/outdoor/pdp/pitrapsetup-ninja-warrior-obstacle-course-double-slackline-swing-set-htra1006.html |
| 140 | Wayfair | KODIAK STRAPS | https://www.wayfair.com/outdoor/pdp/kodiak-straps-ninja-warrior-obstacle-swing-set-kdia1001.html |

| | | | |
|---|---|---|---|
| 141 | Wayfair | c&g outdoors | https://www.wayfair.com/outdoor/pdp/c-g-outdoors-childrens-ninja-line-52-foot-ninja-warrior-obstacle-course-cbut1508.html |
| 142 | Wayfair | Winado | https://www.wayfair.com/outdoor/pdp/winado-ninja-hanging-obstacle-course-wiio3420.html |
| 143 | Wayfair | Ktaxon | https://www.wayfair.com/outdoor/pdp/ktaxon-slackline-bar-ktax5770.html |
| 144 | Wayfair | Ubesgoo | https://www.wayfair.com/outdoor/pdp/ubesgoo-30-piece-hanging-obstacle-course-for-kids-set-ubeo3089.html |
| 145 | Alibaba | Taizhou Kaikai Special Equipment Co., Ltd | https://www.alibaba.com/product-detail/Fun-Backyard-Outdoor-Kids-Monkey-Bar_1600271189068.html?spm=a2700.galleryofferlist.normal_offer.d_image.745e6018h6cJ9K |
| 146 | Alibaba | Taizhou Senkang Protective Products Factory | https://www.alibaba.com/product-detail/Outdoor-Slackline-ninja-warrior-Obstacle-Course_1600169603229.html?spm=a2700.shop_plgr.41413.34.258b5ee2qMYp4N |
| 147 | Alibaba | Taizhou Anerte Rope Net Belt Co., Ltd. | https://www.alibaba.com/product-detail/Kids-Swinging-Course-Set-Bars-Fists_62542836800.html?spm=a2700.galleryofferlist.normal_offer.d_title.609042d6FOZcB7 |
| 148 | Alibaba | Taizhou Harbor Security Technology Co., Ltd. | https://www.alibaba.com/product-detail/Kids-Outdoor-Slackline-Monkey-Bar-Kit_1600383760754.html?spm=a2700.galleryofferlist.normal_offer.d_title.609042d6FOZcB7 |
| 149 | Alibaba | Taizhou Zhengfeng Thread Belt Co., Ltd. | https://www.alibaba.com/product-detail/Double-Ninja-Slackline-Obstacle-Course-for_1600436674727.html?spm=a2700.shop_plser.41413.13.1aba66b7qO8zzx |
| 150 | Alibaba | Taizhou Intop Industry And Trading Co., Ltd. | https://www.alibaba.com/product-detail/Outdoor-Hanging-Rope-Training-Accessories-Ninja_1600086280510.html?spm=a2700.shop_pl.41413.15.45b52b5c8Pt3n5 |
| 151 | Alibaba | Taizhou Chuangke Rope Network Co., Ltd. | https://www.alibaba.com/product-detail/Hot-Sale-At-Low-Prices-Sports_1600263980574.html?spm=a2700.galleryofferlist.normal_offer.d_image.2fc942d7JgjrKG |
| 152 | Alibaba | Ningbo Dory Outdoors Co., Ltd. | https://www.alibaba.com/product-detail/Outdoor-ninja-slackline-ninja-warrior-obstacle_60830151575.html?spm=a2700.galleryofferlist.normal_offer.d_title.129a5a8cFodTBy |
| 153 | Alibaba | Suzhou Yifeite Sports Goods Co., Ltd | https://www.alibaba.com/product-detail/FLYFIT-Child-Playground-Backyard-Monkey-knot_1600341488353.html?spm=a2700.galleryofferlist.normal_offer.d_title.36205a8cLGRmMO |

| | | | |
|---|---|---|---|
| 154 | Alibaba | Qingdao Jinhuaxing Sports Products Co., Ltd. | https://www.alibaba.com/product-detail/Portable-Ninja-Warrior-obstacle-Course-hanging_1600382100641.html?spm=a2700.galleryofferlist.normal_offer.d_title.98847c3byGzbbM |
| 155 | Alibaba | Huzhou Weituo Toy Co., Ltd. | https://www.alibaba.com/product-detail/Warrior-Obstacle-Course-Training-Equipment-46_1600610042496.html?spm=a2700.shop_pl.41413.11.24d045dfIsKKTB |
| 156 | Alibaba | Eastony Industries (Ningbo) Co., Ltd. | https://www.alibaba.com/product-detail/Ninja-Slackline-Monkey-Bars-Kit-upto_1600095327945.html?spm=a2700.details.0.0.52856665KtwXmA |
| 157 | Alibaba | Procircle Fitness Training Products (suzhou) Co., Ltd. | https://www.alibaba.com/product-detail/Climbing-Rope-Ladder-Training-Line-Tree_1600265506943.html?spm=a2700.galleryofferlist.normal_offer.d_title.1ef36dc1geg0tX |
| 158 | Alibaba | Suzhou Nuoweisi Gifts Co., Ltd. | https://www.alibaba.com/product-detail/Swing-Ladder-Ninja-Wheel-Monkey-Bars_1600331695077.html?spm=a2700.galleryofferlist.normal_offer.d_title.2ca57c3b43HRtP |
| 159 | Alibaba | Zhejiang Zhongsheng Amusement Equipment Co., Ltd. | https://www.alibaba.com/product-detail/50ft-Ninja-slaceline-kit-training-obstacle_1600315020347.html?spm=a2700.galleryofferlist.normal_offer.d_title.1abd42d7rnIZ5h |
| 160 | Alibaba | Yiwu Feide Sports Goods Co., Ltd. | https://www.alibaba.com/product-detail/FDFIT-Ninja-Slackline-Warrior-Obstacle-Course_1600459390304.html?spm=a2700.galleryofferlist.normal_offer.d_title.47535a8cDQZyl9 |
| 161 | Alibaba | Ningbo Easy-Lifting Import & Export Co., Ltd. | https://www.alibaba.com/product-detail/New-Arrival-Outdoor-Sports-Slackline-Slackline_60517159991.html?spm=a2700.details.0.0.25c661bc5W52D4 |
| 162 | Alibaba | Ningbo Yibo Leisure Product Co., Ltd. | https://www.alibaba.com/product-detail/Ninja-Warrior-Obstacle-Training-Line-Course_1600595673786.html?spm=a2700.galleryofferlist.0.0.5f2916bc9IZaP2 |
| 163 | Alibaba | Shenzhen Lesterlighting Technology Company Limited | https://www.alibaba.com/product-detail/Obstacle-Course-Kit-Slack-line-Hanging_1700004360038.html?spm=a2700.galleryofferlist.0.0.5f2916bc9IZaP2 |