# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| Jiangu Huari Webbing Leather Co., Ltd. | ) ) ) | |
| Plaintiff | ) ) | Case No. 23-cv-2605 (JLR) |
| v. | ) ) ) | |
| Joes Identified in Schedule A | ) ) ) | |
| Defendants. | ) | |

## **NOTICE OF APPEARANCE**

To the Clerk and all counsel of record.

I am a member of this Court and appear as counsel for Plaintiff.

                                                    Steven Fairchild
                                                    Fairchild Law, LLC
                                                    170 Parkside Avenue, 3F
                                                    Brooklyn, NY 11226
                                                    steve@fairchildlegal.com
                                                    (703) 994-0193
                                                    Bar No.: SF1994