AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| Jiangsu Huari Webbing Leather Co., Ltd. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 23-cv-2605 (JLR) |
| Joes Identified in Schedule A | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Hyponix Brands Ltd.

Date:    04/14/2023

s/ Robert M. Isackson
*Attorney's signature*

Robert M. Isackson (RI 4303)
*Printed name and bar number*

Leason Ellis LLP
One Barker Avenue
White Plains, NY 10601
*Address*

isackson@leasonellis.com
*E-mail address*

(914) 821-1686
*Telephone number*

(914) 288-0023
*FAX number*