# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| Jiangsu Huari Webbing Leather Co., Ltd. | ) ) ) | |
| Plaintiff | ) ) | Case No. 23-cv-2605-JLR |
| v. | ) ) | |
| Joes Identified in Schedule "A" | ) ) ) | |
| Defendants. | ) | |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Jiangsu Huari Webbing Leather Co., Ltd. ("Plaintiff") hereby gives notice that this action is voluntarily dismissed. Defendant, Hyponix Brands (D063) has not served an answer or motion for summary judgment in this action. Accordingly, Plaintiff notices voluntary dismissal of this action, without prejudice. See Fed. R. Civ. P. 41(a)(1)(B).

Dated April 14, 2023
Queens, New York

                                                        Respectfully submitted.

                                                        */s/ Jiyuan Zhang*
                                                        _____
                                                        Jiyuan Zhang, Esq
                                                        J. Zhang and Associates, P.C,
                                                        136-20 38th Avenue, # 11G,
                                                        Flushing, NY 11354
                                                        607-948-3339
                                                        contact@jzhanglaws.com

                                                        ***Attorney for Plaintiff***