# J. ZHANG & ASSOCIATES, P.C.
JIYUAN ZHANG, ESQ



ATTORNEY AT LAW

136-20 38th Ave., #11G
Flushing NY 11354
+ 1 (607) 948 - 3339
contact@jzhanglaws.com

Dated: April 14, 2023

**VIA ECF**
Honorable Jennifer L. Rochon
United States District Court, S.D.N.Y.
40 Foley Square, Courtroom 20B
New York, New York 10007

Re:  Jiangsu Huari Webbing Leather Co., Ltd. v. Joes Identified in Schedule A
     Case No. 1:23-cv-02605-JLR
     Response to Opposition from Defendant Hyponix Brands Ltd (Dkt 15)

Dear Judge Rochon,

We represent Plaintiff, Jiangsu Huari Webbing Leather Co., Ltd ("Plaintiff") in the above-referenced action.

This letter is in response to the Opposition Letter filed by Defendant Hyponix Brands Ltd ("Hyponix") as Dkt 15. In that letter, Hyponix opposed the extension of the Temporary Restraining Order ("TRO") that this Court issued on April 4, 2023. The letter also outlined a non-infringement argument as to Hyponix. The letter did not mention the products of any other defendant.

Plaintiff has released Hyponix from this case without prejudice by filing a notice pursuant to F.R.C.P. 41. See, Dkt 16. We have also notified Amazon to fully reinstate their account.

Accordingly, Plaintiff believes that the non-infringement arguments raised by Hyponix are now moot. Moreover, since Hyponix is released from the case, it lacks standing to oppose any extension of the TRO as to any other defendant.

We thank the Court for its time and attention to this matter.

Dated  April 14, 2023
Queens, New York

                                                  Respectfully submitted.

*/s/ Jiyuan Zhang*
_____
Jiyuan Zhang, Esq
J. Zhang and Associates, P.C,
136-20 38th Avenue, # 11G,
Flushing, NY 11354
607-948-3339
contact@jzhanglaws.com


Steven Fairchild, Esq
Fairchild Law LLC
292 Powers St Suite 1B,
Brooklyn, NY 11211