

One Barker Avenue
White Plains, New York 10601

T   914.821.1686

isackson@leasonellis.com

**Robert M. Isackson**
PARTNER

April 14, 2023

**VIA ECF**

Honorable Jennifer L. Rochon, U.S.D.J.
United States District Court, S.D.N.Y.
500 Pearl Street, Courtroom 20B
New York, New York 10007

*Re: Jiangsu Huari Webbing Leather Co., Ltd. v. Joes Identified in Schedule A,* **No. 1:23-cv-02605-JLR**

Dear Judge Rochon,

Attached please find Defendant Hyponix Brands, Ltd.'s Application to Bring Personal Electronic Devices or General Purpose Computing Devices into the Courthouse for the April 17, 2023 hearing in the above-referenced matter.

Respectfully submitted,

Robert M. Isackson

cc:     Counsel of Record via ECF