UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

JIANGSU HUARI WEBBING
LEATHER CO., LTD.,

      **Plaintiff,**

Case No. 23-cv-2605

v.

JURY TRIAL DEMANDED

JOES IDENTIFIED IN
SCHEDULE "A",

      **Defendants.**

## NOTICE OF APPEARANCE

Please take notice that the undersigned hereby appears as attorney for Defendant #47 NINJA SAFE, a Defendant in the above captioned matter.

Dated: April 15, 2023.

      /s/ *Cory Jay Rosenbaum*
      (electronically signed)
      C.J. Rosenbaum, Esq.*
      Rosenbaum & Segall, P.C.
      780 Long Beach Blvd.
      Long Beach, New York 11561
      CJR@AmazonSellersLawyer.com
      212-256-1109
      NYS Bar #2669133

*Admitted to practice law in the State of New York as well as in the: Southern Dist. of New York; Eastern District of New York and Northern District of Illinois.