# IN THE UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JIANGSU HUARI WEBBING LEATHER CO., LTD., <br><br> Plaintiff, <br><br> v. <br><br> JOES IDENTIFIED IN SCHEDULE A, <br><br> Defendant. | Case No. 1:23-cv-02605-JLR |

## DECLARATION OF ROBERT M. ISACKSON

I, ROBERT M. ISACKSON, declare as follows:

1. I am a partner at Leason Ellis LLP ("Leason Ellis"), attorneys for Defendant Hyponix Brands, Ltd.

2. I am over 21 years of age and otherwise competent to make this declaration. My statements herein are based on my personal knowledge and review of documents in the case. I submit this declaration in support of Defendant Hyponix's opposition to Plaintiff's motion to extend the Temporary Restraining Order and for a preliminary injunction and the Hearing scheduled for April 17, 2023 in this action.

3. Attached hereto are excerpts from the file history of U.S. Patent Application No. 16/826,225 ("the '225 Application"). The '225 Application became U.S. Patent No. 11,478,673, issued to Plaintiff Jiangsu Huari Webbing Leather Co., Ltd. ("Plaintiff").

4. Attached hereto as Exhibit A is a true and correct copy of a Final Office Action, dated December 7, 2021, issued by the United States Patent and Trademark Office ("USPTO") during the prosecution of the '225 Application.

5. Attached hereto as Exhibit B is a true and correct copy of Plaintiff's Amendments to the '225 Application, filed March 6, 2022.

6. Attached hereto as Exhibit C is a true and correct copy of the Notice of Allowability of the '225 Application, issued by the USPTO on May 20, 2022.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: April 17, 2023

_____
Robert M. Isackson