# EXHIBIT B

20207YWX_2OAreply

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| Inventor(s): Zhaoge LIU | Art Unit: 3784 |
| Application No. 16/826,225 | Examiner: LETTERMAN, CATRINA A |
| Filed: 03/21/2021 | Confirmation No. 1065 |
| | Attorney Docket No.   20207YWX |

**Title: Walking flat belt having hanging exercise means**

## Amendments

This is to respond to the office action mailed on December 7, 2020.  Please amend the claims as the following.

**Amendments to the SPECIFICATION** begin on page 2 of this paper.

**Amendments to the DRAWINGS** begin on page 3 of this paper.

**Amendments to the claims** begin on page 4 of this paper.

**Remarks** begin on page 4 of this paper.

20207YWX_2OAreply

## **AMENDMENTS TO THE SPECIFATION**

Paragraph [0004] is amended so that the terminologies for reference characters in prior art are different from the reference characters of the present invention.

Paragraph [0008] is amended to better clarify the shape of the buckle.

ATTACHMENTS:   20207YWX_Spec_2OA_markup as amended specification showing markups

20207YWX_Spec_2OA_sub as clean specification as a substitute copy

20207YWX_2OAreply

## **AMENDMENTS TO THE DRAWINGS**

      Figure 1 has been amended to include re-numbered labels.

      Figure 10 has been amended to depict a hook, element 10, as requested in the Office Action with respect to claim 8.

ATTACHMENTS:    20207YWX_2OA_draw_annotated as showing markups

                           20207YWX_2OA_draw_replace as replacement sheet in a clean copy

## AMENDMENTS TO THE CLAIMS

The following listing of claims replaces all prior versions of claims.

**The listing of claims:**

1. (Currently amended) A walking flat belt having hanging exercise means, comprising
a mounting member, sling body, an obstacle, a ~~connection~~ <u>connecting</u> member;
wherein
the mounting member comprises a "曰" shaped buckle and a flat strap to receive the "曰" shaped buckle;
the "曰" shaped buckle, ~~includes~~ <u>including</u>
    a mouthpiece element, <u>made of a pair of horizontal members and a pair of vertical members</u> and
    a partition element, [[;]] ~~the partition element is~~ located in the mouthpiece element;
<u>wherein</u>
    two ends of the partition element are connected with <u>the vertical members of</u> the mouthpiece element to form one integral piece;

    the partition element divides an area enclosed by the ~~mouth piece~~ <u>mouthpiece</u> element to a first connection area and second connection area;
    one end of the flat strap passes through the first connection area, ~~followed by,~~ <u>then</u> passes ~~through~~ <u>over</u> the partition element and then passes through the second connection area, and is connected with an other end of the flat strap.

2. (Currently amended) The walking flat belt having hanging exercise means according to claim 1, characterized in that the sling body is provided with a plurality of mounting members; for each of the mounting member<u>s</u>, one end of the sling body passes through the first connection area of a first mounting member in a sequence, and is wound around the partition element <u>of</u> the first mounting member and then passes through the second connection area.

3. (Currently amended) The walking flat belt having hanging exercise means according to claim 1, characterized in that ~~the~~ both ends of the flat strap are connected by a sewn connection, rivet connection, or an adhesive connection.

4. (Currently amended) The walking flat belt having hanging exercise means according to claim 1, characterized in that said obstacle <u>is</u> connected to the sling body of the walking flat belt, by the flat strap.

5. (Currently amended) The walking flat belt having hanging exercise means according to claim 1 wherein the obstacle is one or more selected from a bail, monkey bars, swing, monkey boxing, boom, ladder, climb board, and climb net.

6. (Original) The walking flat belt having hanging exercise means according to claim 4, said connecting member is a closed ring, configured to be firmly held on the mounting member.

7. (Original) The walking flat belt having hanging exercise means according to claim 6, wherein a shape of the connecting member is any one of circular, elliptical, triangular, rectangular, and polygonal.

8. (Previously presented) The walking flat belt having hanging exercise means according to claim 6, wherein said connecting member is a carabiner or a hook.

20207YWX_2OAreply

**Remarks**

This is to respond to the Office Action mailed on December 7, 2021 (hereinafter "the Office Action"). In this reply, claims 1-5 are amended. As a result, claims 1-8 are pending.

*Interview summary*

Applicant's representative thanks examiner Catrina Letterman and Loan Jimenez for conducting the telephone interview on December 14, 2021.

- Applicant representative discussed if the rejection is based on first offer for sale date of a product or the rejection is based on a first offer for sale date of the product. Rejection was noted in Office action as an NPL, then publication date of the NPL is actually either *May 2021* or unknown. Because content under amazon link changes over time.

- On slide page 2, Applicant's representative stated that a same product having a "日"type buckle and hanging assembly has a first available date of *July 30, 2021*.

- On slide page 4, Applicant's representative summarized facts under the amazon listing.
    - One picture associated with a customer feedback photo dated September 25th 2018 clearly shows a different product. But the examiner stated the position that the customer may have changed the product, and the picture alone cannot prove that the seller did not sell the product.
    - On the same customer feedback page, September 25, 2019 indicates that the photos of the products having "日"type buckle. But the Office stated she couldn't see the photo.

- Referring to the Exhibits submitted in the response to the first Office action, the Applicant's representative also gave the examiner a detailed summary and the time-event details:
- The first exhibit establishes the Applicant and the owner of Amazon are the supplier and the seller the relationship. Examiner agreed. But this does not prove that this product is obtained from the inventor.

- Applicant's representative pointed out in the Exhibits and Chat history, on 8/24/2018 Ziga stated that I am now selling such a product with a photo on page 11 of the slides, but the Examiner takes the position that Ziga was just saying that the product he was selling was like

this, this statement does not exclude that he is also selling the "日"type products at the same time.

- Applicant's representative further showed the Examiners, pages 13, 14 to 15 of the Slides, which summed up the discussions between Amazon's sellers and the inventor of this invention. However, the examiner stated that the 118 pages of chat history previously submitted was not readable at all. Even though the key events are summarized with time and reference of pages in the Chat History, these are inventor's statement. Examiner needs to read the Chat history by her directly.

- Examiner suggested to obtain a direct statement from the Amazon store owner to write a letter acknowledging that he obtained pictures and products from our applicant. But Applicant presented stated the inventor has tried but failed.

- The examiner agreed that the time and event outline is something that can be considered. Examiner suggested, in the exhibits, if screen captures of Chat History instead of page references are provided, the Office is willing to reconsider. Examiner agreed that Applicant's representative can email the submission materials to her first, and call to confirm that she can view the screen captures images clearly before officially submission.

- Examiner's supervisor also asked if "日" is a graphic symbol or not. Applicant's presentative explained it is a character in Chinese. Because the application is first filed in Chinese. It is like a T shape or L shape as in English.

Applicant's representative thanks examiner Catrina Letterman conducting the telephone interview on January 24, 2022.

- The examiner confirmed that the slides with exhibits are legible.

### *Drawings*

Element 10 in Figure 10 has been amended to illustrate the claimed feature of "a hook" in *claim 8*.

- Figure has been amended to replace element labels 1-7 with element labels 11-16.

### *Claim Objections*

The following informalities have been corrected.

- Claim 1, line 2, "a connection member" has been amended to "a connecting member."

- Claim 1, line 10, "mouth piece element" has been amended to "mouthpiece element--

- Claim 1, line 12, "followed by," has been amended to "then."

- Claim 1, line 13, "through the partition element" has been amended to "over the partition element."

- Claim 2, line 3, "mounting member, one end" has been amended to "mounting members, one end."

- Claim 2, lines 5-6, "the partition element the first mounting member" has been amended to "the partition element of the first mounting member."

- Claim 2, line 6, "the second connection area" has been amended to "the second connection area of the first mounting member."

- Claim 3, line 2, "the both ends" has been amended to "both ends--

- Claim 4, line 2, "said obstacle connected" has been amended to "said obstacle is connected."

### *Claim Rejections - 35 USC § 102*

<u>Summary of the Office Rejections</u>

*Claims 1-8 are rejected under 35 U.S.C. 102(a)(1) as being anticipated by SportsTrail Store (NPL, hereinafter SportsTrail).*

The Office rejected claims of the present invention using figures on page 10 of the Office action. Applicant respectfully disagrees.

### Response to *Response to Arguments*

With respect to the previous status that "Chat history between the Applicant and the store owner was provided, but was illegible."

On January 24th, 2022, Applicant representative called the Examiner and confirmed that the Chat history in the 34 pages of Exhibit is legible except that the clarity for slide 30 can be improved. Applicant representative sent a follow up email including enlarged pictures in original slide 30. Applicant representative also sent in the entire chat history as a reference. Applicant representative also recommended that zoom in the pdf document or pictures to 150% and 200% can improve the resolution if needed. It is respectfully requested that if the legibility of any part of the Exhibit and Chat History is an issued, as the Applicant representative has pleaded on December 14, 2021 interview, the Examiner is invited to contact the Applicant representative and she is willing to going through the document word by word.

In this reply, the Exhibit reference number inherit the same Exhibit reference number to maintain consistency.

The Exhibits are evidence extracted from the entire Chat history for the sole purpose to help the Office to outline the events. A few direct evidence is highlighted below.

**First,** it is respectfully submitted that a *different product* (2018 product) was sold at the alleged 2/19/2018.

The timed events summarized in Exhibit V proved that a *different product* (2018 product) is sold on amazon from 12/18/2017 to 11/30/2018. Page 27 of the Chat history showed that Ziga Kozelj confirms the current slackline, it does not have the new "日" design. Page 45 of the Chat history showed that how the 2018 product look like.)

**Second,** design of 1) new "日" buckle; and 2) flat strap assembly, is owned by the inventor and disclosed to the Ziga on 2018/12/19.

It is respectfully submitted that the product with new "日" design was invented to overcome the issue of having a pocket in the sling body. The design concept of 1) new "日" buckle; and 2) flat strap assembly was first disclosed to Ziga Kozelj on 12/19/2018. On Page 73 of Chat History, Ziga Kozelj confirmed the 2018 product has a pocket but the new product from the inventor eliminated the pocket.

on Page 87 of the Chat Hisotry, 01/03/2019, Ziga confirmed receipt of new product pictures.



**Third, it is respectfully submitted that Ziga acknowledged that** the product listed on the Amazon listing, the new product was not available on the date first available, 2/18/2018, provided on the Amazon listing but was put on amazon listing around 03/19/2019.

Page 87 of the Chat History, dated 2019/03/19, Applicant stated that Applicant's product was on amazon. Ziga confirmed that product had been removed from amazon and back to amazon on 3/19/2019; 2) this new product is different from 2018 product.

The exhibits accompanying this reply inherit the same title from previous reply.

Exhibit IV: Major events associated with the first product

Exhibit V: Pictures of the first product

Exhibit VI: Major events associated with the second product

Exhibit VII: Pictures of product under the amazon link of Exhibit I

It is respectfully requested that rejection on this ground to be withdrawn.

It is believed that all of the pending claims have been addressed. However, the absence of a reply to a specific rejection, issue, or comment, including the Office Action's characterizations of the art, does not signify agreement with or concession of that rejection, issue, or comment. In addition, because the arguments made above may not be exhaustive, there may be reasons for patentability of any or all pending claims (or other claims) that have not been expressed. Finally, nothing in this paper should be construed as intent to concede any issue with regard to any claim, except as specifically stated in this paper, and the amendment or cancellation of any claim does not necessarily signify concession of unpatentability of the claim prior to its amendment or cancellation. Applicant o applications.

### Conclusion

Applicant asserts that the pending claims are allowable. Their favorable reconsideration and allowance are respectfully requested. The Examiner is **invited** to telephone the undersigned to discuss any still outstanding matters with respect to the present application.

To the extent that there are any fees associated with this filing that are due but are not paid or are not able to be paid by a credit card mentioned elsewhere in this document, Applicants authorize the U.S. Patent and Trademark Office to charge any such fees to deposit account No. 50-5713.

Respectfully submitted,

Date: March 6, 2022

By: /Qing Ye/
Qing Ye
Reg. No. 64,657
Correspondence Address:

20207YWX_2OAreply

Customer Number 93229
4083849450