UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

**JIANGSU HUARI WEBBING
LEATHER CO., LTD.,**

      **Plaintiff,**

                                            Case No. 23-cv-2605

**v.**
**JOES IDENTIFIED IN
SCHEDULE "A",**

      **Defendants.**

_____/

## DECLARATION OF NIR WEINER IN SUPPORT OF MOTION TO DISSOLVE TEMPORARY INJUNCTION AND PREVENT ENTRY OF PERMANENT INJUNCTION

Nir Weiner, being duly sworn, declares the following to be true under the penalty of perjury:

1. I am a member of Defendant #47 NINJA SAFE ("Defendant") and I make this Declaration in support of the my motion to dissolve temporary injunction and prevent the entry of a permanent injunction. Everything stated herein is true and I would testify in conformity herewith if called to do so in person.

2. I received no notice of the hearing on the temporary injunction set by Plaintiff. I only learned about this issue from Amazon after my accounts were frozen and my listing removed. I also just learned of the hearing set for Monday, April 17th.

3. Defendant has no connections to New York, no residence, no business, no employees and no bank accounts. The store we operate on amazon is called NinjaSafe and the harm that Plaintiff is doing to us on that particular platform is the subject of this lawsuit.

4.      Plaintiff has grouped all Defendants and claimed we are selling items with an ASIN number B08GV5R3QF that infringe. However, our product is different and does not infringe. Further we have been selling this product since December, 2020, long before any patent was obtained by the Plaintiff in October, 2022.

5.      We currently have approximately $33,0000.00 frozen for a product that is 85% of our sales and this amount is increasing

6.      We are a Delaware company. Our brand has been in existence since 2020 and it has a 4.6 rating on Amazon.

Dated: April 16, 2023

_____
Nir Weiner