UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JIANGSU HARI WEBBING LEATHER CO. LTD., <br><br> Plaintiff, <br><br> -against- <br><br> JOES IDENTIFIED IN SCHEDULE "A", <br><br> Defendants. | 23-CV-2605 (JLR) <br><br> **ORDER** |

JENNIFER L. ROCHON, United States District Judge:

  This Court previously entered a Temporary Restraining Order on April 4, 2023 restraining the Defendants listed in "Schedule A" and Amazon.  *See* ECF No. 12 ("TRO" or "Temporary Restraining Order").  On April 13, 2023, Plaintiff requested an extension of the Temporary Restraining Order.  ECF No. 13.  Between April 14, 2023 and April 17, 2023, four Defendants appeared in this action and opposed the extension of the Temporary Restraining Order and/or Plaintiff's Motion for a Preliminary Injunction.  *See* ECF Nos. 14-15, 16, 18, 23-29, and 31.

  For the reasons stated on the record during the April 17, 2023 Conference, the Court finds that good cause for an extension of the TRO has not been shown pursuant to Federal Rule of Civil Procedure 65(b)(2) and therefore, the Court DENIES the request to extend the Temporary Restraining Order.  The TRO expires pursuant to its original terms on April 18, 2023 and all restraints and expedited relief shall be lifted as of that date.  *See* TRO at 9.

  Plaintiff shall serve a copy of this order, and the attached Notice, on Amazon.com and all other platforms or entities that it served with the original TRO.  Consistent with the representation made by Plaintiff's counsel during the hearing on April 17, 2023, Plaintiff's counsel shall also email Amazon.com and any other platforms or entities originally served

with the original TRO to advise them that the TRO has expired and the sites and accounts of the Defendants in Schedule A should no longer be frozen.

No preliminary injunction shall be granted at this time because, among other things, Plaintiff has requested that the preliminary injunction hearing be rescheduled given that Defendants have not yet been served and/or notified.  ECF No. 13.  Should Plaintiff seek to renew its application for a preliminary injunction, it must move with respect to individual Defendants with specific information regarding each Defendant, rather than through a group pleading with representative examples as it did in its initial application, given that each product, Defendant, and circumstance of sale may be different.

For the reasons set forth during the April 17, 2023 hearing, the Court also concluded that sealing of the docket is no longer justified.  The Clerk is directed to unseal all documents filed in this case such as ECF No. 8, ECF No. 9, ECF No. 10, and ECF No. 12.

Dated: April 18, 2023
       New York, New York

                                        SO ORDERED.

*Jennifer Rochon*
JENNIFER L. ROCHON
United States District Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JIANGSU HARI WEBBING LEATHER CO. LTD., <br><br> Plaintiff, <br><br> -against- <br><br> JOES IDENTIFIED IN SCHEDULE "A", <br><br> Defendants. | 23-CV-2605 (JLR) <br><br> **NOTICE** |

JENNIFER L. ROCHON, United States District Judge:

    On April 17, 2023, this Court denied a request to extend a Temporary Restraining Order against the Defendants listed in the attached Schedule A and Amazon.com. Accordingly, the Temporary Restraining Order against these Defendants and Amazon.com expired on April 18, 2023. Therefore, there are no longer any Court-ordered restraints upon the 163 Defendants and Amazon.com or any other platform to which the TRO was served.

Dated: April 18, 2023
        New York, New York

                                                            *Jennifer Rochon*
                                                         JENNIFER L. ROCHON
                                                         United States District Judge

## SCHEDULE A DEFENDANTS

| Def No. | Platform | Def. Name | Infringing URL |
|---|---|---|---|
| 1 | Amazon | Jugader | https://www.amazon.com/-/zh/dp/B08QMW9N94/ref=sr_1_2?m=AFWF700GUL5TF&marketplaceID=ATVPDKIKX0DER&qid=1665472772&s=merchant-items&sr=1-2 |
| 2 | Amazon | ACX Inc | https://www.amazon.com/Slackline-Accessories-Obstacle-Backyard-Gymnastics/dp/B085TCBTWM/ref=sr_1_1?crid=8HH303H59DU1&keywords=Ninja+Slackline+50%27+for+Kids+with+Monkey+Bar+%26+Ladder+Kit+%7C+9+Hanging+Accessories+Obstacle+Course+for+Backyard+%7C+Warrior+Climbing&qid=1665391642&sprefix=ninja+slackline+50%27+for+kids+with+monkey+bar+%26+ladder+kit+9+hanging+accessories+obstacle+course+for+backyard+warrior+climbing%2Caps%2C271&sr=8-1 |
| 3 | Amazon | DRIPEX-US (a.k.a. DripexBaby-HS) | https://www.amazon.com/Obstacle-%F0%9D%90%83%F0%9D%90%9E%F0%9D%90%A5%F0%9D%90%AE%F0%9D%90%B1%F0%9D%90%9E-Obstacles-Slacklines-Climbing/dp/B0B9X99Z56/ref=zg_bs_16184244011_sccl_88/131-2891912-5752708?pd_rd_i=B0B9X99Z56&th=1 |
| 4 | Amazon | HOPEMZ | https://www.amazon.com/Obstacle-Slacklines-Obstacles-Playground-Equipment/dp/B09VKGP9Y2/ref=sr_1_59?crid=3SOLRCN42TBFB&keywords=ninja+warrior+obstacle+course+for+kids&qid=1665395818&qu=eyJxc2MiOiI2LjI4IiwicXNhIjoiNi40MSIsInFzcCI6IjYuMTcifQ%3D%3D&sprefix=ninja+warrior%2Caps%2C312&sr=8-59 |
| 5 | Amazon | Autofonder | https://www.amazon.com/Autofonder-Slackline-Obstacles-Together-Ninja-Equipment/dp/B08NYJFGLD/ref=sr_1_83?crid=3SOLRCN42TBFB&keywords=ninja%2Bwarrior%2Bobstacle%2Bcourse%2Bfor%2Bkids&qid=1665395818&qu=eyJxc2MiOiI2LjI4IiwicXNhIjoiNi40MSIsInFzcCI6IjYuMTcifQ%3D%3D&sprefix=ninja%2Bwarrior%2Caps%2C312&sr=8-83&th=1 |
| 6 | Amazon | JOYMOR DIRECT | https://www.amazon.com/JOYMOR-Upgraded-Obstacle-Gymnastics-Protectors/dp/B07WGTKQBZ/ref=sr_1_86?crid=3SOLRCN42TBFB&keywords=ninja+warrior+obstacle+course+for+kids&qid=1665395818&qu=eyJxc2MiOiI2LjI4IiwicXNhIjoiNi40MSIsInFzcCI6IjYuMTcifQ%3D%3D&sprefix=ninja+warrior%2Caps%2C312&sr=8-86 |
| 7 | Amazon | YOUYING TECH DEVELOPMENT LIMITED | https://www.amazon.com/Redswing-Obstacle-Slackline-Climbing-Assemble/dp/B094F6KYJX/ref=sr_1_189?crid=32MTPUZV6ECXX&keywords=ninja+warrior+obstacle+course+for+kids&qid=1665454735&qu=eyJxc2MiOiI2LjI4IiwicXNhIjoiNi40MSIsInFzcCI6IjYuMTcifQ%3D%3D&sprefix=ninja+warrior+%2Caps%2C464&sr=8-189 |
| 8 | Amazon | NIOCC (a.k.a DripexBaby-SX) | https://www.amazon.com/Ninja-Warrior-Obstacle-Course-Kids/dp/B08CXRWN1X/ref=sr_1_5?crid=3S5PRQ0ZH5NUT&keywords=ninja%2Bwarrior%2Bobstacle%2Bcourse%2Bfor%2Bkids&qid=1665386774&qu=eyJxc2MiOiI2LjI4IiwicXNhIjoiNi40MSIsInFzcCI6IjYuMTcifQ%3D%3D&sprefix=ninja%2Bwarrior%2B%2Caps%2C377&sr=8-5&th=1 |
| 9 | Amazon | JHYX | https://www.amazon.com/Kawuneeche-Obstacle-Slackline-Accessories-Equipment/dp/B08JLK6LLL/ref=sr_1_2?crid=2DSPWY4B50HW9&ke |

| | | | |
|---|---|---|---|
| | | | ywords=Kawuneeche&qid=1665388670&qu=eyJxc2MiOiIyLjgxIiwicXNhIjoiMi41NCIsInFzcCI6IjIuNDUifQ%3D%3D&sprefix=kawuneeche%2Caps%2C288&sr=8-2 |
| 10 | Amazon | longshenghongus111 | https://www.amazon.com/NEEDUX-Obstacle-Obstacles-Slackline-Equipment/dp/B09MM2PW3P/ref=sr_1_1?crid=33PUGYAEUY1SV&keywords=NEEDUX&qid=1665389098&qu=eyJxc2MiOiIyLjA2IiwicXNhIjoiMS43MyIsInFzcCI6IjEuNTAifQ%3D%3D&sprefix=needux%2Caps%2C413&sr=8-1 |
| 11 | Amazon | hooroorDirect | https://www.amazon.com/hooroor-Ninja-Warrior-Obstacle-Course/dp/B08G4LCVZP/ref=sr_1_7?crid=3EA6JZCIXKD4&keywords=hooroor+Ninja+Warrior+Obstacle+Course+for+Kids-66FT+Slackline+with+Tree+Climbing+Rock+Holds%2C+Swing+Seat%2C+Monkey+Bars%2C+Rin&qid=1665392019&qu=eyJxc2MiOiItMC4wMSIsInFzYSI6IjAuMDAiLCJxc3AiOiIwLjAwIn0%3D&sprefix=hooroor+ninja+warrior+obstacle+course+for+kids-66ft+slackline+with+tree+climbing+rock+holds%2C+swing+seat%2C+monkey+bars%2C+rin%2Caps%2C266&sr=8-7 |
| 12 | Amazon | Joylink Technology | https://www.amazon.com/Rainbow-Craft-Obstacle-Accessories-Removable/dp/B08C559914/ref=zg_bs_16184244011_sccl_89/131-2891912-5752708?pd_rd_i=B08C559914&psc=1 |
| 13 | Amazon | Staruto | https://www.amazon.com/Staruto-Ninja-Warrior-Obstacle-Course/dp/B099PFTSMY/ref=sr_1_38?crid=3SOLRCN42TBFB&keywords=ninja+warrior+obstacle+course+for+kids&qid=1665393362&qu=eyJxc2MiOiI2LjI4IiwicXNhIjoiNi40MSIsInFzcCI6IjYuMTcifQ%3D%3D&sprefix=ninja+warrior%2Caps%2C312&sr=8-38 |
| 14 | Amazon | Suncity Direct | https://www.amazon.com/Slackline-Obstacle-Portable-Training-Equipment/dp/B07JFV7KTY/ref=sr_1_55?crid=3SOLRCN42TBFB&keywords=ninja+warrior+obstacle+course+for+kids&qid=1665395818&qu=eyJxc2MiOiI2LjI4IiwicXNhIjoiNi40MSIsInFzcCI6IjYuMTcifQ%3D%3D&sprefix=ninja+warrior%2Caps%2C312&sr=8-55 |
| 15 | Amazon | Falpro Direct | https://www.amazon.com/American-Obstacle-Slackline-Backyard-Gymnastic/dp/B08C24KSLV/ref=sr_1_84?crid=3SOLRCN42TBFB&keywords=ninja+warrior+obstacle+course+for+kids&qid=1665395818&qu=eyJxc2MiOiI2LjI4IiwicXNhIjoiNi40MSIsInFzcCI6IjYuMTcifQ%3D%3D&sprefix=ninja+warrior%2Caps%2C312&sr=8-84 |
| 16 | Amazon | MDSTOP | https://www.amazon.com/MDSTOP-Attachments-Warrior-Obstacle-Course/dp/B0B4DG82VV/ref=sr_1_121?crid=32MTPUZV6ECXX&keywords=ninja%2Bwarrior%2Bobstacle%2Bcourse%2Bfor%2Bkids&qid=1665453436&qu=eyJxc2MiOiI2LjI4IiwicXNhIjoiNi40MSIsInFzcCI6IjYuMTcifQ%3D%3D&sprefix=ninja%2Bwarrior%2B%2Caps%2C464&sr=8-121&th=1 |
| 17 | Amazon | wmyd | https://www.amazon.com/Genetic-Los-Angeles-Just-Smile-Kids-2x60ft/dp/B08T6KMS38/ref=sr_1_3_sspa?crid=47GD9YWBNDZD&keywords=Just.smile+Ninja+Slackline+Ninja+Warrior+Obstacle+Course+for+Kids-2x60ft+with+Swing%2C+Rope+Ladder%2CClimbing+Net%2CRing%2COutdoor&qid=1665390753&qu=eyJxc2MiOiIwLjkxIiwicXNhIjoiMC4wMCIsInFzcCI6IjAuMDAifQ%3D%3D&sprefix=just.smile+ninja+slackline+ninja+warrior+obstacle+course+for+kids-2x60ft+with+swing%2C+rope+ladder%2Cclimbing+net%2Cring%2Coutdoor+%2Caps%2C507&sr= |

| | | | |
|---|---|---|---|
| | | | 8-3-spons&psc=1&spLa=ZW5jcnlwdGVkUXVhbGlmaWVyPUEzVVI5UVhTVlRTUlQ2JmVuY3J5cHRlZElkPUEwNjQwNzk0MzVESVdkV1dON0g5VCZlbmNyeXB0ZWRBZElkPUEwOTMxNTk5TEtVSDlXVDY1QVVKJndpZGdldE5hbWU9c3BfYXRmJmFjdGlvbj1jbGlja1JlZGlyZWN0JmRvTm90TG9nQ2xpY2s9dHJ1ZQ== |
| 18 | Amazon | Aveka US | https://www.amazon.com/Bundle-Slackline-Obstacle-Adjustable-Backyard/dp/B09XQMPR5S/ref=sr_1_20?m=A1GRB0G9V6QK45&marketplaceID=ATVPDKIKX0DER&qid=1665473537&s=merchant-items&sr=1-20 |
| 19 | Amazon | PAOLFOX DIRECT | https://www.amazon.com/PAOLFOX-Warrior-Obstacle-Slackline-Trapeze/dp/B08DNB1HPW/ref=sxin_15_pa_sp_search_thematic_sspa?content-id=amzn1.sym.6b029eb3-7d41-4744-b45d-69fe835e098d%3Aamzn1.sym.6b029eb3-7d41-4744-b45d-69fe835e098d&crid=3SOLRCN42TBFB&cv_ct_cx=ninja+warrior+obstacle+course+for+kids&keywords=ninja+warrior+obstacle+course+for+kids&pd_rd_i=B08DNB1HPW&pd_rd_r=3dc01de3-c601-46da-bfe4-728c1483e5dc&pd_rd_w=Kq3nX&pd_rd_wg=BCq5e&pf_rd_p=6b029eb3-7d41-4744-b45d-69fe835e098d&pf_rd_r=GVXC9MN0WW8ZFG0BPJBX&qid=1665393362&qu=eyJxc2MiOiI2LjI4IiwicXNhIjoiNi40MSIsInFzcCI6IjYuMTcifQ%3D%3D&sprefix=ninja+warrior%2Caps%2C312&sr=1-2-a73d1c8c-2fd2-4f19-aa41-2df022bcb241-spons&psc=1&spLa=ZW5jcnlwdGVkUXVhbGlmaWVyPUEyNDI0MlZXR0cxNFZZJmVuY3J5cHRlZElkPUEwOTI5OTYxMzJlVlFBTExSWlJOOSZlbmNyeXB0ZWRBZElkPUEwODQ0MzkzUkg4VTRTTTkkPN1A0JndpZGdldE5hbWU9c3Bfc2VhcmNoX3RoZW1hdGljJmFjdGlvbj1jbGlja1JlZGlyZWN0JmRvTm90TG9nQ2xpY2s9dHJ1ZQ== |
| 20 | Amazon | Xi Bei | https://www.amazon.com/Warrior-Obstacle-Course-Slackline-Accessories/dp/B0838F25SJ/ref=sr_1_53?crid=3SOLRCN42TBFB&keywords=ninja+warrior+obstacle+course+for+kids&qid=1665395818&qu=eyJxc2MiOiI2LjI4IiwicXNhIjoiNi40MSIsInFzcCI6IjYuMTcifQ%3D%3D&sprefix=ninja+warrior%2Caps%2C312&sr=8-53 |
| 21 | Amazon | Cretee | https://www.amazon.com/Slackline-Obstacle-Obstacles-Accessories-Equipment/dp/B08C53LRQ5/ref=sr_1_171?crid=32MTPUZV6ECXX&keywords=ninja+warrior+obstacle+course+for+kids&qid=1665454735&qu=eyJxc2MiOiI2LjI4IiwicXNhIjoiNi40MSIsInFzcCI6IjYuMTcifQ%3D%3D&sprefix=ninja+warrior+%2Caps%2C464&sr=8-171 |
| 22 | Amazon | RIVALLYCOOL | https://www.amazon.com/RIVALLYCOOL-Obstacle-Slackline-Adjustable-Obstacles/dp/B096Z5B49Y/ref=sr_1_289?crid=32MTPUZV6ECXX&keywords=ninja+warrior+obstacle+course+for+kids&qid=1665459287&qu=eyJxc2MiOiI2LjI4IiwicXNhIjoiNi40MSIsInFzcCI6IjYuMTcifQ%3D%3D&sprefix=ninja+warrior+%2Caps%2C464&sr=8-289 |
| 23 | Amazon | Perantlb Wholesale and Retail Supply | https://www.amazon.com/Perantlb-Kids-2x56ft-Slackline-Accessories-Swing%EF%BC%8CRope/dp/B09DGC9DCL/ref=sr_1_2?m=A11CNF8E4E93YH&marketplaceID=ATVPDKIKX0DER&qid=1665387083&s=merchant-items&sr=1-2 |
| 24 | Amazon | iHiKing | https://www.amazon.com/KING-RELAX-Obstacle-Slackline-Equipment/dp/B08VGG2WMP/ref=zg_bs_16184244011_sccl_19/131-2891912-5752708?pd_rd_i=B08VGG2WMP&th=1 |

| | | | |
|---|---|---|---|
| 25 | Amazon | f7f9 | https://www.amazon.com/Ninja-Warrior-Obstacle-Course-Outside/dp/B09GY72DX2/ref=zg_bs_16184244011_sccl_86/131-2891912-5752708?pd_rd_i=B09GY72DX2&psc=1 |
| 26 | Amazon | Exposed gear | https://www.amazon.com/Exposed-Gear-Warrior-Obstacle-Course/dp/B08MVDX324/ref=zg_bs_16184244011_sccl_97/131-2891912-5752708?pd_rd_i=B08MVDX324&psc=1 |
| 27 | Amazon | Fediman | https://www.amazon.com/Obstacle-Slackline-Obstacles-Backyard-Equipment/dp/B09MFLWW1K/ref=zg_bs_16184244011_sccl_99/131-2891912-5752708?pd_rd_i=B09MFLWW1K&th=1 |
| 28 | Amazon | Unbrella | https://www.amazon.com/Obstacle-Slackline-Backyard-NinjaLine-Gymnastic/dp/B089G33652/ref=sr_1_28_sspa?crid=3SOLRCN42TBFB&keywords=ninja+warrior+obstacle+course+for+kids&qid=1665393362&qu=eyJxc2MiOiI2LjI4IiwicXNhIjoiNi40MSIsInFzcCI6IjYuMTcifQ%3D%3D&sprefix=ninja+warrior%2Caps%2C312&sr=8-28-spons&psc=1&spLa=ZW5jcnlwdGVkUXVhbGlmaWVyPUEyNDI0MlZXR0cxNFZZJmVuY3J5cHRlZElkPUEwNTUwNDc0MlINJRjVJRUtITklKWCZlbmNyeXB0ZWRBZElkPUEwOTkyNzI4M1VYVFpCCQkZCV0JJOSZ3aWRnZXROYW1lPXNwX210ZiZhY3Rpb249Y2xpY2tSZWRpcmVjdCZkb05vdExvZ0NsaWNrPXRydWU= |
| 29 | Amazon | PKEPW | https://www.amazon.com/AMCCM-Warrior-Obstacle-Slackline-Attachments/dp/B091HC5ZYC/ref=sr_1_40?crid=3SOLRCN42TBFB&keywords=ninja%2Bwarrior%2Bobstacle%2Bcourse%2Bfor%2Bkids&qid=1665393362&qu=eyJxc2MiOiI2LjI4IiwicXNhIjoiNi40MSIsInFzcCI6IjYuMTcifQ%3D%3D&sprefix=ninja%2Bwarrior%2Caps%2C312&sr=8-40&th=1 |
| 30 | Amazon | eboeee | https://www.amazon.com/Yoassi-Obstacle-Slackline-Children-Healthier/dp/B08CX9VW8D/ref=sr_1_75?crid=3SOLRCN42TBFB&keywords=ninja+warrior+obstacle+course+for+kids&qid=1665395818&qu=eyJxc2MiOiI2LjI4IiwicXNhIjoiNi40MSIsInFzcCI6IjYuMTcifQ%3D%3D&sprefix=ninja+warrior%2Caps%2C312&sr=8-75 |
| 31 | Amazon | US_GWDTRADE | https://www.amazon.com/kidwee-Warrior-Obstacle-Course-Outside/dp/B096BLNH7Y/ref=sr_1_90?crid=3SOLRCN42TBFB&keywords=ninja+warrior+obstacle+course+for+kids&qid=1665395818&qu=eyJxc2MiOiI2LjI4IiwicXNhIjoiNi40MSIsInFzcCI6IjYuMTcifQ%3D%3D&sprefix=ninja+warrior%2Caps%2C312&sr=8-90 |
| 32 | Amazon | Yao Shun Toy | https://www.amazon.com/BB-SCIENCE-Obstacle-Slackline-Obstacles/dp/B09V13KQPV/ref=sr_1_94?crid=3SOLRCN42TBFB&keywords=ninja+warrior+obstacle+course+for+kids&qid=1665395818&qu=eyJxc2MiOiI2LjI4IiwicXNhIjoiNi40MSIsInFzcCI6IjYuMTcifQ%3D%3D&sprefix=ninja+warrior%2Caps%2C312&sr=8-94 |
| 33 | Amazon | TUAHOO | https://www.amazon.com/Tuahoo-Gym-Slackline-Obstacles-Equipment/dp/B07QBHXZH7/ref=sr_1_103?crid=3SOLRCN42TBFB&keywords=ninja+warrior+obstacle+course+for+kids&qid=1665397668&qu=eyJxc2MiOiI2LjI4IiwicXNhIjoiNi40MSIsInFzcCI6IjYuMTcifQ%3D%3D&sprefix=ninja+warrior%2Caps%2C312&sr=8-103 |
| 34 | Amazon | doryoutdoor | https://www.amazon.com/HAPPYPIE-Equipment-Slackline-Obstacles-Gymnastics/dp/B09JFDWVYL/ref=sr_1_124?crid=32MTPUZV6ECXX&keywords=ninja+warrior+obstacle+course+for+kids&qid=1665453436& |

| | | | |
|---|---|---|---|
| | | | qu=eyJxc2MiOiI2LjI4IiwicXNhIjoiNi40MSIsInFzcCI6IjYuMTcifQ%3D%3D&sprefix=ninja+warrior+%2Caps%2C464&sr=8-124 |
| 35 | Amazon | aimall | https://www.amazon.com/Aimall-Ninja-Warrior-Obstacle-Course/dp/B09W8Z7S15/ref=sr_1_176?crid=32MTPUZV6ECXX&keywords=ninja+warrior+obstacle+course+for+kids&qid=1665454735&qu=eyJxc2MiOiI2LjI4IiwicXNhIjoiNi40MSIsInFzcCI6IjYuMTcifQ%3D%3D&sprefix=ninja+warrior+%2Caps%2C464&sr=8-176 |
| 36 | Amazon | Delicate Shop | https://www.amazon.com/BITMEE-Ninja-Warrior-Obstacle-Course/dp/B09W225BS4/ref=sr_1_178?crid=32MTPUZV6ECXX&keywords=ninja+warrior+obstacle+course+for+kids&qid=1665454735&qu=eyJxc2MiOiI2LjI4IiwicXNhIjoiNi40MSIsInFzcCI6IjYuMTcifQ%3D%3D&sprefix=ninja+warrior+%2Caps%2C464&sr=8-178 |
| 37 | Amazon | DEALGOODS | https://www.amazon.com/SereneLifeHome-Slackline-Attachments-Accessories-SLSNJWR50/dp/B09WZHYG56/ref=sr_1_53?crid=3U3H5MTXBQA5E&keywords=ninja+warrior+obstacle+course+for+kids&qid=1678429156&sprefix=ninja+%2Caps%2C371&sr=8-53 |
| 38 | Amazon | Long Mall OL | https://www.amazon.com/MOOLINCO-Extendable-Weatherproof-Slackline-Attachments/dp/B0BJJF1JX8/ref=sr_1_69?crid=3U3H5MTXBQA5E&keywords=ninja+warrior+obstacle+course+for+kids&qid=1678429864&sprefix=ninja+%2Caps%2C371&sr=8-69 |
| 39 | Amazon | Kegitantan | https://www.amazon.com/Obstacle-Ultra-Durable-Slackline-Accessories-Backyard/dp/B08S34DSKN/ref=sr_1_102?crid=3U3H5MTXBQA5E&keywords=ninja+warrior+obstacle+course+for+kids&qid=1678430655&sprefix=ninja+%2Caps%2C371&sr=8-102 |
| 40 | Amazon | VOKSAFE | https://www.amazon.com/VOKSAFE-Hanging-Obstacle-Course-Weatherproof/dp/B096DG8Q4L/ref=sr_1_45?crid=VDONCHKBANCE&keywords=ninja%2Bwarrior%2Bobstacle%2Bcourse%2Bfor%2Bkids&qid=1678851964&sprefix=ninja%2Bwa%2Caps%2C612&sr=8-45&ufe=app_do%3Aamzn1.fos.006c50ae-5d4c-4777-9bc0-4513d670b6bc&th=1 |
| 41 | Amazon | Zipdiz | https://www.amazon.com/Zipdiz-Slackline-Obstacle-Course-Kids/dp/B0BCP3167R/ref=sr_1_152?crid=3U3H5MTXBQA5E&keywords=ninja+warrior+obstacle+course+for+kids&qid=1678431446&sprefix=ninja+%2Caps%2C371&sr=8-152 |
| 42 | Amazon | Sino Garden | https://www.amazon.com/Winslow-Slackline-Obstacle-Course-Extra/dp/B0B28X39C4/ref=sr_1_145?crid=3U3H5MTXBQA5E&keywords=ninja%2Bwarrior%2Bobstacle%2Bcourse%2Bfor%2Bkids&qid=1678431446&sprefix=ninja%2B%2Caps%2C371&sr=8-145&th=1 |
| 43 | Amazon | ZHKSY | https://www.amazon.com/AMOSTING-Obstacle-Backyard-Obstacles-Activities/dp/B0986Z5286/ref=sr_1_165?crid=3U3H5MTXBQA5E&keywords=ninja+warrior+obstacle+course+for+kids&qid=1678431446&sprefix=ninja+%2Caps%2C371&sr=8-165 |
| 44 | Amazon | I-Choice | https://www.amazon.com/Obstacle-Outside-34-Installation-Gameplay-Slackline/dp/B0BM8KWLDH/ref=sr_1_172?crid=3U3H5MTXBQA5E&keywords=ninja+warrior+obstacle+course+for+kids&qid=1678431446&sprefix=ninja+%2Caps%2C371&sr=8-172 |
| 45 | Amazon | Sportneer Direct | https://www.amazon.com/Sportneer-Slackline-Obstacle-Course-Kids/dp/B0BFQVNBH2/ref=sr_1_194?crid=3U3H5MTXBQA5E&keywords=ni |

| | | | |
|---|---|---|---|
| | | | nja+warrior+obstacle+course+for+kids&qid=1678431446&sprefix=ninja+%2Caps%2C371&sr=8-194 |
| 46 | Amazon | Lillian Imports | https://www.amazon.com/Ninja-Slackline-Obstacle-Course-Kids/dp/B07YX8YJHT/ref=sr_1_2?crid=1R66X9ELWIOMC&keywords=monkey+line&qid=1678851093&sprefix=momkey+line%2Caps%2C1324&sr=8-2 |
| 47 | Amazon | NinjaSafe | https://www.amazon.com/Ninja-Warrior-Obstacle-Course-Girls/dp/B08GV5R3QF/ref=sr_1_1_sspa?crid=3S5PRQ0ZH5NUT&keywords=ninja+warrior+obstacle+course+for+kids&qid=1665386436&qu=eyJxc2MiOiI2LjI4IiwicXNhIjoiNi40MSIsInFzcCI6IjYuMTcifQ%3D%3D&sprefix=ninja+warrior+%2Caps%2C377&sr=8-1-spons&psc=1&spLa=ZW5jcnlwdGVkUXVhbGlmaWVyPUEzMFc1QUZKWElMRjEzJmVuY3J5cHRlZElkPUEwNTM3NDM0MktLWEtGUUpSTU0zRSZlbmNyeXB0ZWRBZElkPUEwODQxMTQyMlhDDWU5VTkVCQjBTOCZ3aWRnZXROYW1lPXNwX2F0ZiZhY3Rpb249Y2xpY2tSZWRpcmVjdCZkb05vdExvZ0NsaWNrPXRydWU= |
| 48 | Amazon | flybold | https://www.amazon.com/Slackline-Obstacles-Adjustable-Protectors-Instruction/dp/B07VGX37T7/ref=sr_1_60?crid=3S5PRQ0ZH5NUT&keywords=ninja+warrior+obstacle+course+for+kids&qid=1665388038&qu=eyJxc2MiOiI2LjI4IiwicXNhIjoiNi40MSIsInFzcCI6IjYuMTcifQ%3D%3D&sprefix=ninja+warrior+%2Caps%2C377&sr=8-60 |
| 49 | Amazon | THUNDERBAY PRODUCTS | https://www.amazon.com/THUNDERBAY-Including-Obstacles-Adjustable-Protectors/dp/B089NMDQ2F/ref=sr_1_2?crid=1XS1HHSRKENQO&keywords=THUNDERBAY+40ft+Ninja+Slackline+Kit+Including+8+Hanging+Obstacles%2C&qid=1665389337&qu=eyJxc2MiOiIwLjU0IiwicXNhIjoiMC4wMCIsInFzcCI6IjAuMDAifQ%3D%3D&sprefix=adventurous+ninja+pulley+kit+for+kids+-+outdoor+fun+with+70+ft.%2Caps%2C509&sr=8-2 |
| 50 | Amazon | BELONET | https://www.amazon.com/Slackline-Adjustable-Obstacle-Including-Installation/dp/B097NSVY5X/ref=sr_1_4?crid=2IAZV84E9DVI3&keywords=BELONET+Ninja+Slackline+for+Kids+2x50+FT+-+34+Pieces+Adjustable+Hanging+Obstacle+Course+for+Children+Ages+5%2B%2C+Including+4.9+FT+Tree+Guard&qid=1665390912&qu=eyJxc2MiOiItMC4wMSIsInFzYSI6IjAuMDAiLCJxc3AiOiIwLjAwIn0%3D&sprefix=belonet+ninja+slackline+for+kids+2x50+ft+-+34+pieces+adjustable+hanging+obstacle+course+for+children+ages+5%2B%2C+including+4.9+ft+tree+guard%2Caps%2C281&sr=8-4 |
| 51 | Amazon | ZBPRESS | https://www.amazon.com/ZBPRESS-Obstacle-Slackline-Complete-Accessories/dp/B0B1VX4VK6/ref=zg_bs_16184244011_sccl_15/131-2891912-5752708?pd_rd_i=B0B1VX4VK6&psc=1 |
| 52 | Amazon | Elite Edu | https://www.amazon.com/Warrior-Obstacle-Slackline-Training-Accessories/dp/B0BH9GJB46/ref=sr_1_11?m=A2X0FWNCGLF8QP&marketplaceID=ATVPDKIKX0DER&qid=1665472312&s=merchant-items&sr=1-11 |
| 53 | Amazon | Avican | https://www.amazon.com/Sunnyglade-Warrior-Obstacle-Backyard-Accessories/dp/B091JTX72F/ref=zg_bs_16184244011_sccl_85/131-2891912-5752708?pd_rd_i=B091JTX72F&psc=1 |

| 54 | Amazon | Jasmin's Elite Store | https://www.amazon.com/Merrvey-Obstacle-Slackline-Accessories-Equipment/dp/B09FH3J5Q9/ref=sr_1_54?crid=3SOLRCN42TBFB&keywords=ninja+warrior+obstacle+course+for+kids&qid=1665393362&qu=eyJxc2MiOiI2LjI4IiwicXNhIjoiNi40MSIsInFzcCI6IjYuMTcifQ%3D%3D&sprefix=ninja+warrior%2Caps%2C312&sr=8-54 |
| --- | --- | --- | --- |
| 55 | Amazon | Cateam | https://www.amazon.com/Backyard-Obstacle-Training-Course-Slackline/dp/B084FFCF7D/ref=sr_1_5?crid=25HO0MK217JJ7&keywords=Cateam&qid=1665397556&qu=eyJxc2MiOiIxLjAwIiwicXNhIjoiMC45OSIsInFzcCI6IjAuMDAifQ%3D%3D&sprefix=cateam%2Caps%2C307&sr=8-5 |
| 56 | Amazon | Edostory | https://www.amazon.com/EDOSTORY-Obstacle-Complete-Slacklines-Climbing/dp/B0B45RSXM6/ref=sr_1_81?crid=3SOLRCN42TBFB&keywords=ninja+warrior+obstacle+course+for+kids&qid=1665395818&qu=eyJxc2MiOiI2LjI4IiwicXNhIjoiNi40MSIsInFzcCI6IjYuMTcifQ%3D%3D&sprefix=ninja+warrior%2Caps%2C312&sr=8-81 |
| 57 | Amazon | SELL BELOW COST | https://www.amazon.com/Sorbus-Warrior-Obstacle-Training-Slackline/dp/B08XC7H1BL/ref=sr_1_85?crid=3SOLRCN42TBFB&keywords=ninja+warrior+obstacle+course+for+kids&qid=1665395818&qu=eyJxc2MiOiI2LjI4IiwicXNhIjoiNi40MSIsInFzcCI6IjYuMTcifQ%3D%3D&sprefix=ninja+warrior%2Caps%2C312&sr=8-85 |
| 58 | Amazon | GOLDBRIX | https://www.amazon.com/GOLDBRIX-Kids-Ninja-Sackline-2x65/dp/B09DSBGQ86/ref=sr_1_89?crid=3SOLRCN42TBFB&keywords=ninja+warrior+obstacle+course+for+kids&qid=1665395818&qu=eyJxc2MiOiI2LjI4IiwicXNhIjoiNi40MSIsInFzcCI6IjYuMTcifQ%3D%3D&sprefix=ninja+warrior%2Caps%2C312&sr=8-89 |
| 59 | Amazon | Kaspien | https://www.amazon.com/JumpOff-Jo-Ninja-Obstacle-Course/dp/B08RLQ964D/ref=sr_1_5?crid=27N3SPKDU2N4P&keywords=JumpOff+Jo+nina+warrior+obstacle&qid=1665398177&qu=eyJxc2MiOiIxLjU4IiwicXNhIjoiMC4wMCIsInFzcCI6IjAuMDAifQ%3D%3D&sprefix=jumpoff+jo+nina+warrior+obstacle%2Caps%2C1328&sr=8-5 |
| 60 | Amazon | Cuhom | https://www.amazon.com/Obstacle-Backyard-Slacklines-Obstacles-Equipment/dp/B096Z9NLN1/ref=sr_1_117?crid=3SOLRCN42TBFB&keywords=ninja+warrior+obstacle+course+for+kids&qid=1665397668&qu=eyJxc2MiOiI2LjI4IiwicXNhIjoiNi40MSIsInFzcCI6IjYuMTcifQ%3D%3D&sprefix=ninja+warrior%2Caps%2C312&sr=8-117 |
| 61 | Amazon | Aosom Direct | https://www.amazon.com/Outsunny-Obstacle-Slackline-Gymnastic-Equipment/dp/B093D9GBNJ/ref=sr_1_162?crid=32MTPUZV6ECXX&keywords=ninja+warrior+obstacle+course+for+kids&qid=1665454735&qu=eyJxc2MiOiI2LjI4IiwicXNhIjoiNi40MSIsInFzcCI6IjYuMTcifQ%3D%3D&sprefix=ninja+warrior+%2Caps%2C464&sr=8-162 |
| 62 | Amazon | Trailblaze Products | https://www.amazon.com/Ninja-Warrior-Hanging-Obstacle-Course/dp/B07KSDSSS1/ref=sr_1_3_sspa?crid=3S5PRQ0ZH5NUT&keywords=ninja+warrior+obstacle+course+for+kids&qid=1665386774&qu=eyJxc2MiOiI2LjI4IiwicXNhIjoiNi40MSIsInFzcCI6IjYuMTcifQ%3D%3D&sprefix=ninja+warrior+%2Caps%2C377&sr=8-3-spons&psc=1&spLa=ZW5jcnlwdGVkUXVhbGlmaWVyPUEzQ00wV1QwUzEzOFBNJmVuY3J5cHRlZElkPUEwODU4NTEzUU0xRUNaMFBNR1NVJmVuY3J5cHRlZEFkSWQ9QTA3ODQxNjMzNERSFozT0M1N0pGJndpZGdldE5hbWU9c3BfYX |

| | | | |
|---|---|---|---|
| | | | RmJmFjdGlvbj1jbGlja1JlZGlyZWN0JmRvTm90TG9nQ2xpY2s9dHJ1ZQ== |
| 63 | Amazon | Hyponix Brands. | https://www.amazon.com/Hyponix-Ninja-Warrior-Obstacle-Course/dp/B08XWH4YLV/ref=sr_1_2_sspa?crid=WDFTBPPSWX3U&keywords=ninja%2Bwarrior%2Bobstacle%2Bcourse%2Bfor%2Bkids&qid=1678429097&sprefix=ninja%2B%2Caps%2C529&sr=8-2-spons&spLa=ZW5jcnlwdGVkUXVhbGlmaWVyPUEyT00xNElIVFAzNTNTJmVuY3J5cHRlZElkPUEwNDIwNzE2TkxCN1M1VkpQQUxxFJmVuY3J5cHRlZEFkSWQ9QTAwMDk2OTUyRUl1UzRPMk5VVUxxXJndpZGdldE5hbWU9c3BfYXRmJmFjdGlvbj1jbGlja1JlZGlyZWN0JmRvTm90TG9nQ2xpY2s9dHJ1ZQ&th=1 |
| 64 | Amazon | TSJ ABC123 | https://www.amazon.com/Slackline-Weatherproof-Featuring-Adjustable-Obstacles/dp/B07JNJGPHS/ref=sr_1_98?crid=3U3H5MTXBQA5E&keywords=ninja+warrior+obstacle+course+for+kids&qid=1678429864&sprefix=ninja+%2Caps%2C371&sr=8-98 |
| 65 | Ebay | toyssale | https://www.ebay.com/itm/133948021716?hash=item1f2fec9bd4:g:t54AAOSwBbdho9Gs&amdata=enc%3AAQAHAAAA8CuNdNZHM2nY80E%2B9tpH95rJdKBdWNZSGZbjt6BJoBPjxBf4%2BA9n1TKAAH%2BjmjwSrL6r5sn2qiD6%2BXa98nQwSHH%2Fw%2Fnl%2FUNnf6xPWMivsF%2B%2BxDK8MiHM4TtLw2n4Pb4bT6ZCE3kswBXS7IQGLeM0qFpPMC3bJRuzvNxv43avsOLa5QqJk6N1QkixIbZWo4ESjs9zMQ08%2FpAJewnQLeObkkU83666soXa%2FDS1XyjiErA9Z8U0H6rMTOEnHOun6ncDjqNk%2BhN6mcNyJI0MPERjZDu4zYVxbg2758eFJa0qbx0zGVY%2B1XFReWoua6Y%2F0QgL2Q%3D%3D%7Ctkp%3ABk9SR7qyzrb5YA |
| 66 | Ebay | miocloset | https://www.ebay.com/itm/125526304236?hash=item1d39f365ec:g:F~gAAOSwzXxjLLD6&amdata=enc%3AAQAHAAAoBgPZSGtrTcBFgMDZO521EaAoNAIhnrjXSNpQ9d%2Ftu6NTzuqfixidx85RriSW3j3qY61s5EPwoyskiZv5zr07UD5Kmc6HxeQSSHn4Iw01Wr1wHa574ZHnSyfNZxrH4IE6FZHKFkCAY%2Fi7P4ypphbfoSTA0KjK4z3tH0UtK%2FmiaIbdYQq%2F%2B2yjRwZAjOimL2uLktPggHA71brXd2lqUOagBg%3D%7Ctkp%3ABk9SR7iyzrb5YA |
| 67 | Ebay | yaqinsale2021 | https://www.ebay.com/itm/194438253969?epid=7051231825&hash=item2d456c4d91:g:dZwAAOSwyNdhG4CH&amdata=enc%3AAQAHAAAAoGKn5632DECpWTvSbj9PkL6MsZ31LV2f2ZMmvc2H9eHEkeLSkFltIh53ZN%2BUV06CgGyP%2B2wzJhposXVXUawFP1fB2i%2Fcsbc7tXkRj8%2FDadDOfy8O015arjoQGNmhbUSpGHeHJF2hhL4qUx2DOrh9n8fzBW7PJh8pMT8PyVHLYVHwwFjmjuESD1g7hkJxHTM0s1dZlV4X3LDgxAbxROC3CM8%3D%7Ctkp%3ABk9SR7qyzrb5YA |
| 68 | Ebay | dairuirui122_3 | https://www.ebay.com/itm/185217903381?hash=item2b1fd8eb15:g:QBkAAOSwR0dhvAi6&amdata=enc%3AAQAHAAAA4Jo3YEH6pvWeUzSIKMK0mT2OYQWs1WjCAvzKoq3dUr4dWs2sFbM5WtGAesPjzRAvUskv75w7ADVLwuAfr3dZDP2GayyQ88bSmwLTPuOqMAdeuDrrhxF4514y%2B3axasffVpjS2IVFUSvNMOJiTKYWKHGgt3JGwHbbqSfvn898Twqckx7pbRWnvvRRs6hZCeUmlSXD4wrzy%2FzgFQ%2BhQvJID0QBQZBU7JIAfsqIPpNw7jNhJ2hE03sb4rRfDdpaHhKZdZ2lEYyBJhyd0Ml9rUcmKR%2F8a8zZzVN7RyYJDPgoXv1M%7Ctkp%3ABk9SR7qyzrb5YA |
| 69 | Ebay | blitz_sale_17 | https://www.ebay.com/itm/284991589702?hash=item425ad28d46:g:uBMAAOSwuGFjPbw5 |

| | | | |
|---|---|---|---|
| 70 | Ebay | ccmiller931 | https://www.ebay.com/itm/175155733305?hash=item28c8186339:g:iGYAAOSwyR9iCBtC&amdata=enc%3AAQAHAAAA4OkQ1UoLmWrlgYtpTNNxnR2YDKSgg3LAXihUWxDnI%2FC8dC5h9eMDVJZt9gqZAh%2FNItVb6PXA%2B%2FO%2B7PyNR%2BdsRH1Eox1X7yn24OI137WcgYW8cGk0HPY5rMpn8YiyEc8oaflAmZw2SgW35QQLWysh3t8BTZxt9pSsJ9VLyYmGLA2rq%2BjKiUQe5cezRJqwytiDQM1yVIrf189EpOchqheZGiKUhiCF8bWqYxxszzm7x9fQ%2FVEZutpLzf21nHKCso%2B9n%2Fta3TJtBA5KVEM0JABUMzHrpqKGHQwDRMkvonP3Dv3%2B%7Ctkp%3ABk9SR7ayzrb5YA |
| 71 | Ebay | musicman1a2a3a4 | https://www.ebay.com/itm/115421011665?hash=item1adfa0ded1:g:xFkAAOSwoDBipOqD&amdata=enc%3AAQAHAAAAoH2H8aVm4vmz2E0D9zXO%2B%2Flr7O9gkJByvHmJULklRB3bYRKxafVhIe%2FW6DX0nbVt0G1avqmAhdtJXB3TS%2BxrvWrouYB%2F0GIw6bxGHVIr4BG%2FMVoYi9kKfLXOPB%2FIxfghzK8O%2F2XsI8R7OXuDcR2g3UPxCpoigtP8avuvhdpgVTyux9LutX5p1YOcKnrXv3p7mDUbaCdpf2q26cKKS0gV35Y%3D%7Ctkp%3ABk9SR7iyzrb5YA |
| 72 | Ebay | ynbargain | https://www.ebay.com/itm/393893023161?hash=item5bb5da8db9:g:Aw4AAOSwcURh7HYB&amdata=enc%3AAQAHAAAAsPEcBJTPpXSsICGzGIS4hS%2FSvwZCSBLDB32HcV%2ByjAl03QxOmvVgz3vcjQPrcVV2xFcVLOZGAJ0zpiIibD8UkC3lnr%2BSEVLxR8iUtNdijq3gruRF9mXNfLD4mUJuyEIZWOaDnmXueSKwZ3D4faZ8pTsC2EnSpBLoAgaqdv1ZLMau%2BLSVAJasoI%2BRx%2F14r0rHpXri06Kx8D7e%2FH8IQ6wtdodF3NcbKN1pKV3Kb9j7wdKo%7Ctkp%3ABk9SR7iyzrb5YA |
| 73 | Ebay | dotandbo_us | https://www.ebay.com/itm/204117903160?hash=item2f86600738:g:6yMAAOSwYJBjRekL&amdata=enc%3AAQAHAAAA4D4sbYZ4G%2BtDYrm6oGDBYS0u1YfcK063neCAub8sRAdcao4q5l8gNzDx%2FkEb7dP9qvE5AbYDRd7Pyd6Pz6cc45MnJpw45YjeUpU8JERNWBpVpbC48Vy0lpQCrRuouOyWombNOwOKDF5cJBGFCqc%2Brd6Md1LHV%2FVYROBjCWVJhbk10iugJsz8W3AHkL9rQ2aSbtoJ6%2BMzbCJkFvBElkDS2gd1oUlM%2BtEHLy8%2BCB5qsmgFbxiPyCNxBEqyvX6WUSiq8zvZZrX97vb662BSDwqjVs9%2BJ1BrVB13IPQBjwRE89yZ%7Ctkp%3ABk9SR7qyzrb5YA |
| 74 | Ebay | productpier | https://www.ebay.com/itm/114866183028?hash=item1abe8edb74:g:SKYAAOSwOrdhhAUa&amdata=enc%3AAQAHAAAA4Pej6SmkbMmc211%2BHj4AmerReST5lq9v1bLc9vMLKH6EEdtdS9rhwtoegV7NT64x%2B92jNjkJJzogilx%2FILo9rMtbbKSX6NNAWTOdnI0prJSKnSTfWQCi5pxb2jdSA8zYFYteqKrv0zHe47XXZD%2FDvoTuALpG62TzIwjaNGY3GTGuen9EBqypWJC7pSP%2BPQLPcsqEUGLuKOC240QQNUxSOZELC5U55QWOnTPYRa%2B8QqPrBlC2uQbArpP46Kxg7OIaVk6qPl%2F7aElEUj3sD0aaA6lCGR4CDkkwreuF2bQhKGct%7Ctkp%3ABk9SR6TX67n5YA |
| 75 | Ebay | babymishkata | https://www.ebay.com/itm/265270137926?hash=item3dc3551446:g:QMQAAOSwHkVhGetr&amdata=enc%3AAQAHAAAA4DGcRiDPB5i2i9XpTRzwf2e4Kkk6JAuLA%2Bu5q5oExOadBFPj4WW0Pty9ZRHKeOyBuTBKykuZtfjSlC1thHat7ODPPnNTZ1Up5D3dsfJpekcNXsiwzxKBrAYQc1NOTK%2FSZcpC%2FRE64WavQw5Py42yPB%2BuiHPdJ67U8M1I5OmzlEw8mV%2B8D5BdBh9jIMfjK5kytKX%2BnBMoOO5i7QejXuzCsgi8xKDIvF7%2BefRMc0eUTowAuD6dCxTZIYyCkxk7X069m%2FvLJjiH |

| | | | |
|---|---|---|---|
| | | | 1UMOGwO8SfxXfb6LFJNhOkbdDgym88hKzn5E%7Ctkp%3ABFBMpNfruflg |
| 76 | Ebay | jess_nr5 | https://www.ebay.com/itm/403928049724?hash=item5e0bfce83c:g:A~4AAOSwwAhjQNz3&amdata=enc%3AAQAHAAAA4BSl28l8Y2%2BsDFJCDD%2FS21%2BKjP7VA6hD5a6hZnIioyi7xAKHdU0ysyaSeSWlHDZb1ETm5XPNKXHhV%2BxawOCuv%2BbhUKftMPaoypDra%2FR8x%2FAkw00C8OroAugarReheatZWQN4uvqc5o8TVXeyZChtU6YZjVhxx%2BotatG6OzRkp6bsrM5MY1ycJbMHEGvaGlsr3XPBam4H4qtUA2nT7J3bbfQeAw1gGEbGukOgjazxMD57FTTPLmyEF4Gb795Mt9JOX3KJZvkpo6Bs%2F6KwY7pRv%2BZvslp8mtAUbE3rDatiDi4D%7Ctkp%3ABk9SR7ayzrb5YA |
| 77 | Walmart | INTEY | https://www.walmart.com/ip/SIMBR-Ninja-Warrior-Obstacle-Course-Kids-8-Accessories-Outdoor-Play-Equipment-50ft-Slackline-Have-Fun-Backyard-Train-American-Monkey-Bars/615546400 |
| 78 | Walmart | Jump Tastic Trampoline | https://www.walmart.com/ip/JumpTastic-50Ft-Ninja-Warrior-Obstacle-Course-Monkey-bars-Rope-Ladder-Swing-Accessories-Backyard-Outdoor-Training-Equipment-Kids/158270134 |
| 79 | Walmart | Aonuo Technology | https://www.walmart.com/ip/Dripex-50FT-Ninja-Warrior-Obstacle-Course-for-Kids-10-Obstacles-with-2-Slacklines-Gift-for-3-12-Girls-Boys/1767236671 |
| 80 | Walmart | KLOKICK | https://www.walmart.com/ip/KLOKICK-50FT-Ninja-Warrior-Obstacle-Course-with-Belt-Swing-for-Kids-Ninja-Slackline-with-10-Accessories-Double-Line-Design/537728975 |
| 81 | Walmart | Clover-US | https://www.walmart.com/ip/Gasky-55FT-Ninja-Warrior-Obstacle-Course-16-Accessories-Adjustable-Buckles-Tree-Protectors-Carry-Bag-Kids-Have-Fun-Capacity-1320-lbs-Backyards-Outdoo/292624204 |
| 82 | Walmart | Shanghai fanting jixieshebei youxiangongsi | https://www.walmart.com/ip/SHZOND-Ninja-Warrior-Obstacle-Course-Kids-50-Slackline-14-Most-Complete-Accessories-Fun-Strength-Balance-Training-Ninja-Kids-Outside/1806608135 |
| 83 | Walmart | Zeeyh | https://www.walmart.com/ip/Ninja-Warrior-Obstacle-Course-Kids-Slackline-Kit-50-with-8-Accessories-Monkey-Bars-Gymnastics-Rings-Bridge-Obstacle-Line-Training-Equipment-Backyard-/479809031 |
| 84 | Walmart | Shenzhenshi Haimanjie Keji Youuxiangongsi | https://www.walmart.com/ip/Catinbow-Kids-Slackline-Hanging-Obstacle-Course-Set-Warrior-Training-Equipment-for-Backyard-Outdoor-Playground/490576717 |
| 85 | Walmart | Joybuy | https://www.walmart.com/ip/Zeni-Slackline-kit-Outdoor-for-Kids-Warrior-Obstacle-Course-Tree-Hanging-Obstacles-Training-Equipment-Set-for-Backyard/971999555 |
| 86 | Walmart | BEST TOOL | https://www.walmart.com/ip/2X50Ft-Ninja-Warrior-Obstacle-Course-For-Kids-2-Slackline-17-Removable-Buckle-Loops-12-Attachments-Outside/1851156049 |
| 87 | Walmart | RANIPOBO TECH | https://www.walmart.com/ip/Tukinala-Ninja-Line-Warrior-Obstacle-Course-for-Kids-Outside-Tree-Hanging-Obstacles-Line-Play-Set-for-Backyard-Tree-Training-Equipment-Outdoor-Play/839329959 |
| 88 | Walmart | RRX | https://www.walmart.com/ip/Comie-Ninja-Warrior-Obstacle-Course-Kids-54FT-Slack-line-12-Accessories-Kids-Ladder-Gym-Rings-Monkey-Bars-Rope-Knots-Ninja-Line-Line/624240955 |

| | | | |
|---|---|---|---|
| 89 | Walmart | Kaprolife Ltd | https://www.walmart.com/ip/Ninja-Warrior-Obstacle-Course-Kit-Kids-52FT-Double-Lines-Most-Complete-Accessories-Kids-Horizontal-Bar-Gymnastics-Ring-Rope-Ladder/261531197 |
| 90 | Walmart | MEHOME STORE | https://www.walmart.com/ip/LOVECOM-Ninja-Warrior-Obstacle-Course-Kids-Backyard-Spy-Kit-Monkey-Bars-Climbing-Dome-Tree-Training-Equipment/707276871 |
| 91 | Walmart | SEAKOS | https://www.walmart.com/ip/Ninja-Warrior-Obstacle-Course-Kids-11-Durable-Obstacles-50ft-Slackline-Outdoor-Hanging-Play-Equipment-Train-American-Kids-Toys-480-lbs-Load/1863348573?athbdg=L1700 |
| 92 | Walmart | GoDecor | https://www.walmart.com/ip/GoDecor-40-Ninja-Obstacle-Course-Kit-for-Kids-28-PCS-Ninja-Warrior-Course-with-Storage-Bag/480253377 |
| 93 | Walmart | ANKB | https://www.walmart.com/ip/FSXUOLIPI-Ninja-Warrior-Obstacle-Course-Kids-2x55Ft-Slackline-Climbing-Net-Rope-Ladder-Trapeze-Swing-Monkey-Bars-Outside/1764509187 |
| 94 | Walmart | qingdaohuiyuanlifengshangmaoyouxiangongsi | https://www.walmart.com/ip/50FT-Ninja-Line-Kids-Ninja-Warrior-Obstacle-Course-Ninja-Slack-Line-with-Climbing-Rope-Swing-Set/1878513161?athbdg=L1700 |
| 95 | Walmart | Funnytoys | https://www.walmart.com/ip/Funnytoys-Warrior-Obstacle-Course-for-Kids-Slackline-kit-Outdoor-Ninja-Course-Tree-Hanging-Obstacles-Training-Equipment-Set-for-Backyard/770922507 |
| 96 | Walmart | Goorabbit | https://www.walmart.com/ip/Ninja-Warrior-Obstacle-Course-Kids-50ft-Slackline-w-Monkey-Bars-Bonus-Seat-Swing-Gym-Rings-More-Obstacles-Adjustable-Positions-Perfect-Training/515666874 |
| 97 | Walmart | Gouguhanshu Nice LLC | https://www.walmart.com/ip/Kepooman-Kids-Slackline-Hanging-Obstacle-Course-Kit-for-Backyard-Multi-color/762625262 |
| 98 | Walmart | Shen zhen shi de xing yang ke ji you xian gong si | https://www.walmart.com/ip/Senjay-Outdoor-Backyard-Ninja-Obstacle-Course-Line-Hanging-Obstacles-Adjustable-Buckles-Tree-Protectors-Carrying-Bag-Warrior-Training-Equipment-Kids-/1280239843 |
| 99 | Walmart | Fuhongda STORE | https://www.walmart.com/ip/Outdoor-Backyard-Ninja-Obstacle-Course-Line-Hanging-Obstacles-Adjustable-Buckles-Tree-Protectors-Carrying-Bag-Warrior-Training-Equipment-Kids-XH/812678714 |
| 100 | Walmart | WEIHUIZE STORE | https://www.walmart.com/ip/LHCER-Outdoor-Backyard-Ninja-Obstacle-Course-Line-Hanging-Obstacles-Adjustable-Buckles-Tree-Protectors-Carrying-Bag-Warrior-Training-Equipment-Kids/1290713512 |
| 101 | Walmart | Imere Mallet | https://www.walmart.com/ip/Clearance-Backyard-Obstacle-Training-Course-Hanging-Monkey-Bars-Swing-Wooden-Ladder-Climbing-Rope-Ninja-Warrior-Equipment-Gift-Set-Kids/1884163189 |
| 102 | Walmart | ChuHeDianZi | https://www.walmart.com/ip/Kid-Teen-Adult-Slackline-Bar-Kit-Tree-Hanging-Obstacles-Line-Accessories-Play-Set-Outdoor-Ninja-Warrior-Obstacle-Course-Training-Equipment-Backyard-A/561406186?athbdg=L1700 |
| 103 | Walmart | JSHHH | https://www.walmart.com/ip/JSHHH-Ninja-Warrior-Obstacle-Course-Kids-2-x-Slackline-50-with-12-Accessories-Kids-Including-Swings-Rope-ladders-Rings-etc/1523962820 |
| 104 | Walmart | Vonluxe Zone | https://www.walmart.com/ip/Costzon-Ninja-Warrior-Obstacle-Course-Kids-50-Slackline-Kit-w-7-Hanging-Obstacles-9-Adjustable-Buckles-330lbs-Capacity-Nylon-Training-Equipment-Backy/1540748195 |

| | | | |
|---|---|---|---|
| 105 | Walmart | BT DIRECT | https://www.walmart.com/ip/HISTOYE-Ninja-Warrior-Obstacle-Course-Kids-Backyard-Spy-Kit-Monkey-Bars-Climbing-Dome-Tree-Training-Equipment/644311073 |
| 106 | Walmart | haikoushipenghongmaoyiyouxiangongsi | https://www.walmart.com/ip/PENGZHOU-Ninja-Slackline-Warrior-Obstacle-Course-Kids-2x60ft-Swing-Rope-Ladder-Climbing-Net-Ring-Outdoor-Training-Equipment-Set-Backyard/1123562060 |
| 107 | Walmart | Shenzhenshi haiyao dianzishangwu youxingongsi | https://www.walmart.com/ip/MAXZER-Ninja-Warrior-Obstacle-Course-Kids-Slackline-52-11-Accessories-Kids-Includes-Swing-Net-Rope-Ladder-Slackline-Gymnastic-Bar-Become/1987930280 |
| 108 | Walmart | Siauction | https://www.walmart.com/ip/Ninja-Warrior-Obstacle-Course-For-Kids-50Ft-Slackline-With-12-Accessories-Kids-Fabulous-Training-Equipment-Outside-Backyard/1051615060 |
| 109 | Walmart | FreshTop | https://www.walmart.com/ip/Mirabranlly-Slackline-Bar-Kit-Outdoor-Tree-Hanging-Obstacles-Training-Kit-with-Monkey-Bar-and-Swinging-Obstacles-Line-Accessories-for-Kids-Adults/381423526 |
| 110 | Walmart | BestCollection | https://www.walmart.com/ip/SHY-50FT-Ninja-Warrior-Obstacle-Course-for-Kids-with-Saucer-Swing-Colorful-Net-Climbing-Ladder-Ninja-Wheel-Monkey-Bars-Gym-Rings/1004836174?athbdg=L1700 |
| 111 | Walmart | YICHAOFAN STORE | https://www.walmart.com/ip/EOTVIA-Outdoor-Backyard-Ninja-Obstacle-Course-Line-Hanging-Obstacles-Adjustable-Buckles-Tree-Protectors-Carrying-Bag-Warrior-Training-Equipment-Kids-/933222320 |
| 112 | Walmart | GoGames | https://www.walmart.com/ip/50FT-Ninja-Obstacle-Course-Ninja-Course-with-Belt-Swing-for-Kids-Double-Line-Ninja-Slackline-with-10-Accessories-Clearance/716055497 |
| 113 | Walmart | BAYTOCARE | https://www.walmart.com/ip/BaytoCare-Ninja-Hanging-Obstacle-Course-for-Children-Adults-Backyard-Activities/283066035?athbdg=L1700 |
| 114 | Walmart | SalonMore | https://www.walmart.com/ip/SalonMore-Slackline-Kit-Ninja-Obstacle-Course-Line-Kit-Backyard-Activity-Blue/627918928 |
| 115 | Walmart | HomeDirect | https://www.walmart.com/ip/HomeDirect-Portable-52-5Ft-Ninja-Slackline-Monkey-Bar-Ladder-Kit-Kids-Gym-Swinging-Obstacle-Course-Set/424612916 |
| 116 | Walmart | SamyoHome | https://www.walmart.com/ip/SamyoHome-Ninja-Hanging-Obstacle-Course-for-Backyard-Family-Fun/695529400?athbdg=L1700 |
| 117 | Walmart | Elite Store | https://www.walmart.com/ip/Coreus-Ninja-Warrior-Obstacle-Course-for-Kids-Slackline-52-Ft/782851803 |
| 118 | Walmart | Taiga Marketing | https://www.walmart.com/ip/WonkaWoo-619629044687-Ninja-Warrior-Obstacle-Course-Rope-Set-for-Kids-42-ft-Line-with-Swing/813678214 |
| 119 | Walmart | Best Tech Discount | https://www.walmart.com/ip/Ninja-Obstacle-Course-Most-Complete-Warrior-Course-Kids-2X65FT-Slacklines-Climbing-Net-Swing-Ladder-Wheel-Monkey-Bars-Gym-Rings-Rope-Knots/1419910923 |
| 120 | Walmart | IM Beauty | https://www.walmart.com/ip/US-IN-STOCK-Warrior-Obstacle-Course-Kids-2X50FT-Double-Ninja-Slackline-Most-Complete-Accessories-Kids-Swing-Trapeze-Rope-Ladder-Arm-Trainer/747819271 |
| 121 | Walmart | Joybuy Express | https://www.walmart.com/ip/Ninja-Warrior-Obstacle-Course-for-Kids-Outdoor-Backyard-Course-Training-Set-2x56FT-Double-Ninja-Slackline-with-Adjustabl/1226319889 |

| | | | |
|---|---|---|---|
| 122 | Walmart | Aosom | https://www.walmart.com/ip/Outsunny-Ninja-Warrior-Obstacle-Course-Kids-46ft-Slackline-w-Monkey-Bar-Gymnastic-Ring-Fist-Holds-Ropes-Training-Equipment-Backyard-Outdoor/577905075?athbdg=L1700 |
| 123 | Walmart | Amanda Wallen LLC | https://www.walmart.com/ip/Ninja-Warrior-Obstacle-Course-for-Kids-54-Ninja-Slack-line/243254192 |
| 124 | Walmart | Joybuy Express | https://www.walmart.com/ip/Ninja-Warrior-Obstacle-Course-for-Kids-11-Durable-Obstacles-and-50ft-Slackline-Outdoor-Hanging-Play-Equipment-Train-a-A/1503942634 |
| 125 | Walmart | Joybuy Express | https://www.walmart.com/ip/Ninja-Warrior-Obstacle-Course-for-Kids-Outdoor-Backyard-Course-Training-Set-2x56FT-Double-Ninja-Slackline-with-Adjustabl/1278648413 |
| 126 | Walmart | GreatVista Inc | https://www.walmart.com/ip/Tukinala-Obstacle-Course-Ninja-Warrior-Kids-Zipline-Kits-Backyard-Most-Complete-Accessories-Portable-Slackline-Monkey-Bar-Ladder-Intro-Kit/845993259 |
| 127 | Walmart | Joybuy Express | https://www.walmart.com/ip/Mgaxyff-Outdoor-Backyard-Ninja-Obstacle-Course-Line-Hanging-Obstacles-Adjustable-Buckles-Tree-Protectors-Carrying-Bag-Warrior-Training-Equipment-Kids/1124518133 |
| 128 | Walmart | Zimtown | https://www.walmart.com/ip/Zimtown-Ninja-Warrior-Obstacle-Course-Line-Kit-40-Slackline-7-Hanging-Obstacles/219224504 |
| 129 | Walmart | Breezy Goods LLC | https://www.walmart.com/ip/Backyard-Ninja-Warrior-Hanging-Obstacle-Course-Slackline-Monkey-Bars-Kit-59ft/226846920 |
| 130 | Walmart | Costway | https://www.walmart.com/ip/Ninja-Obstacle-Course-Line-Kit-for-Kids-50FT-Ninja-Slackline-Kit/910391330 |
| 131 | Walmart | NinjaSafe LLC | https://www.walmart.com/ip/NinjaSafe-Obstacle-Course-Kids-Outdoor-Toys-Ages-5-Includes-10-Obstacles-50ft-Slackline-Easy-Setup-Ninja-Durable-Safe-Materials/673578331 |
| 132 | Walmart | DreamsBe | https://www.walmart.com/ip/Ninja-Hanging-Obstacle-Course-Portable-40-Slackline-Monkey-Bar-Kit-8-Swinging-Obstacles-Climbing-Rope-4-Rings-3-Bars-250lb-Capacity-Backyard-Playgrou/983775631 |
| 133 | Walmart | UBesGoo | https://www.walmart.com/ip/UBesGoo-Ninja-Line-Jungle-Swing-Set-40-Hanging-Obstacle-Course-Slackline/303782955?athbdg=L1700 |
| 134 | Walmart | Ktaxon | https://www.walmart.com/ip/Ktaxon-Ninja-Hanging-Obstacle-Course-for-Backyard-Family-Fun/128911746?athbdg=L1700 |
| 135 | Walmart | HAPPY GIRL TRADING | https://www.walmart.com/ip/Winado-Ninja-Slackline-Kit-Obstacle-Course-Line-Jungle-Swing-Set-Family-Backyard-Game/785069643?athbdg=L1700 |
| 136 | Walmart | VIK TECH | https://www.walmart.com/ip/Piscis-Obstacle-Course-for-Kids-Obstacle-Training-Slackline-Kit-Ninja-Line-Training-Equipment-for-Backyard-Outdoor/587709908 |
| 137 | Walmart | Shop On Down | https://www.walmart.com/ip/50-Feet-Ninja-Obstacle-Course-Line-Kit-for-Kids/1887214736 |
| 138 | Wayfair | Klo Kick | https://www.wayfair.com/outdoor/pdp/klo-kick-50ft-ninja-warrior-obstacle-course-boki1020.html |
| 139 | Wayfair | PITRAPSETUP | https://www.wayfair.com/outdoor/pdp/pitrapsetup-ninja-warrior-obstacle-course-double-slackline-swing-set-htra1006.html |
| 140 | Wayfair | KODIAK STRAPS | https://www.wayfair.com/outdoor/pdp/kodiak-straps-ninja-warrior-obstacle-swing-set-kdia1001.html |

| | | | |
|---|---|---|---|
| 141 | Wayfair | c&g outdoors | https://www.wayfair.com/outdoor/pdp/c-g-outdoors-childrens-ninja-line-52-foot-ninja-warrior-obstacle-course-cbut1508.html |
| 142 | Wayfair | Winado | https://www.wayfair.com/outdoor/pdp/winado-ninja-hanging-obstacle-course-wiio3420.html |
| 143 | Wayfair | Ktaxon | https://www.wayfair.com/outdoor/pdp/ktaxon-slackline-bar-ktax5770.html |
| 144 | Wayfair | Ubesgoo | https://www.wayfair.com/outdoor/pdp/ubesgoo-30-piece-hanging-obstacle-course-for-kids-set-ubeo3089.html |
| 145 | Alibaba | Taizhou Kaikai Special Equipment Co., Ltd | https://www.alibaba.com/product-detail/Fun-Backyard-Outdoor-Kids-Monkey-Bar_1600271189068.html?spm=a2700.galleryofferlist.normal_offer.d_image.745e6018h6cJ9K |
| 146 | Alibaba | Taizhou Senkang Protective Products Factory | https://www.alibaba.com/product-detail/Outdoor-Slackline-ninja-warrior-Obstacle-Course_1600169603229.html?spm=a2700.shop_plgr.41413.34.258b5ee2qMYp4N |
| 147 | Alibaba | Taizhou Anerte Rope Net Belt Co., Ltd. | https://www.alibaba.com/product-detail/Kids-Swinging-Course-Set-Bars-Fists_62542836800.html?spm=a2700.galleryofferlist.normal_offer.d_title.609042d6FOZcB7 |
| 148 | Alibaba | Taizhou Harbor Security Technology Co., Ltd. | https://www.alibaba.com/product-detail/Kids-Outdoor-Slackline-Monkey-Bar-Kit_1600383760754.html?spm=a2700.galleryofferlist.normal_offer.d_title.609042d6FOZcB7 |
| 149 | Alibaba | Taizhou Zhengfeng Thread Belt Co., Ltd. | https://www.alibaba.com/product-detail/Double-Ninja-Slackline-Obstacle-Course-for_1600436674727.html?spm=a2700.shop_plser.41413.13.1aba66b7qO8zzx |
| 150 | Alibaba | Taizhou Intop Industry And Trading Co., Ltd. | https://www.alibaba.com/product-detail/Outdoor-Hanging-Rope-Training-Accessories-Ninja_1600086280510.html?spm=a2700.shop_pl.41413.15.45b52b5c8Pt3n5 |
| 151 | Alibaba | Taizhou Chuangke Rope Network Co., Ltd. | https://www.alibaba.com/product-detail/Hot-Sale-At-Low-Prices-Sports_1600263980574.html?spm=a2700.galleryofferlist.normal_offer.d_image.2fc942d7JgjrKG |
| 152 | Alibaba | Ningbo Dory Outdoors Co., Ltd. | https://www.alibaba.com/product-detail/Outdoor-ninja-slackline-ninja-warrior-obstacle_60830151575.html?spm=a2700.galleryofferlist.normal_offer.d_title.129a5a8cFodTBy |
| 153 | Alibaba | Suzhou Yifeite Sports Goods Co., Ltd | https://www.alibaba.com/product-detail/FLYFIT-Child-Playground-Backyard-Monkey-knot_1600341488353.html?spm=a2700.galleryofferlist.normal_offer.d_title.36205a8cLGRmMO |

| | | | |
|---|---|---|---|
| 154 | Alibaba | Qingdao Jinhuaxing Sports Products Co., Ltd. | https://www.alibaba.com/product-detail/Portable-Ninja-Warrior-obstacle-Course-hanging_1600382100641.html?spm=a2700.galleryofferlist.normal_offer.d_title.98847c3byGzbbM |
| 155 | Alibaba | Huzhou Weituo Toy Co., Ltd. | https://www.alibaba.com/product-detail/Warrior-Obstacle-Course-Training-Equipment-46_1600610042496.html?spm=a2700.shop_pl.41413.11.24d045dfIsKKTB |
| 156 | Alibaba | Eastony Industries (Ningbo) Co., Ltd. | https://www.alibaba.com/product-detail/Ninja-Slackline-Monkey-Bars-Kit-upto_1600095327945.html?spm=a2700.details.0.0.52856665KtwXmA |
| 157 | Alibaba | Procircle Fitness Training Products (suzhou) Co., Ltd. | https://www.alibaba.com/product-detail/Climbing-Rope-Ladder-Training-Line-Tree_1600265506943.html?spm=a2700.galleryofferlist.normal_offer.d_title.1ef36dc1geg0tX |
| 158 | Alibaba | Suzhou Nuoweisi Gifts Co., Ltd. | https://www.alibaba.com/product-detail/Swing-Ladder-Ninja-Wheel-Monkey-Bars_1600331695077.html?spm=a2700.galleryofferlist.normal_offer.d_title.2ca57c3b43HRtP |
| 159 | Alibaba | Zhejiang Zhongsheng Amusement Equipment Co., Ltd. | https://www.alibaba.com/product-detail/50ft-Ninja-slaceline-kit-training-obstacle_1600315020347.html?spm=a2700.galleryofferlist.normal_offer.d_title.1abd42d7rnIZ5h |
| 160 | Alibaba | Yiwu Feide Sports Goods Co., Ltd. | https://www.alibaba.com/product-detail/FDFIT-Ninja-Slackline-Warrior-Obstacle-Course_1600459390304.html?spm=a2700.galleryofferlist.normal_offer.d_title.47535a8cDQZyl9 |
| 161 | Alibaba | Ningbo Easy-Lifting Import & Export Co., Ltd. | https://www.alibaba.com/product-detail/New-Arrival-Outdoor-Sports-Slackline-Slackline_60517159991.html?spm=a2700.details.0.0.25c661bc5W52D4 |
| 162 | Alibaba | Ningbo Yibo Leisure Product Co., Ltd. | https://www.alibaba.com/product-detail/Ninja-Warrior-Obstacle-Training-Line-Course_1600595673786.html?spm=a2700.galleryofferlist.0.0.5f2916bc9IZaP2 |
| 163 | Alibaba | Shenzhen Lesterlighting Technology Company Limited | https://www.alibaba.com/product-detail/Obstacle-Course-Kit-Slack-line-Hanging_1700004360038.html?spm=a2700.galleryofferlist.0.0.5f2916bc9IZaP2 |