# IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JIANGSU HUARI WEBBING LEATHER CO., LTD., <br><br> Plaintiff, <br><br> v. <br><br> JOES IDENTIFIED IN SCHEDULE A, <br><br> Defendant. | Case No. 1:23-cv-02605-JLR |

## NINJASAFE LLC'S NOTICE OF MOTION FOR BOND DAMAGES, SANCTIONS, AND ATTORNEY FEES

**PLEASE TAKE NOTICE** that former Defendant NinjaSafe LLC ("NinjaSafe") by and through its undersigned counsel, will move this Court, before the Honorable Jennifer Louise Rochon in Courtroom 20B, Daniel Patrick Moynihan United States Courthouse, 500 Pearl St. New York, NY 10007-1312 on a date and at a time to be designated by the Court, if any, to seek injunction bond damages, sanctions, and attorneys' fees.

**PLEASE TAKE FURTHER NOTICE** that pursuant to the Court's Local Rule 6.1(b), Plaintiff's opposition papers must be filed by May 16, 2023, and NinjaSafe's reply must be filed within seven days thereafter.

Dated: May 2, 2023

                                                              Robert M. Isackson (RI 4303)
LEASON ELLIS LLP
One Barker Avenue
White Plains, NY 10601
T.914.821.9077
F.914.288.0023
isackson@leasonellis.com
lelitdocketing@leasonellis.com

*Attorneys for Defendant NinjaSafe LLC*