# IN THE UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JIANGSU HUARI WEBBING LEATHER CO., LTD., <br><br> Plaintiff, <br><br> v. <br><br> JOES IDENTIFIED IN SCHEDULE A, <br><br> Defendant. | Case No. 1:23-cv-02605-JLR |

### [PROPOSED] ORDER ON NINJASAFE LLC'S MOTION FOR BOND DAMAGES, SANCTIONS, AND ATTORNEY FEES

THIS MATTER having been brought before the Court by Leason Ellis LLP counsel for former defendant NinjaSafe LLC on NinjaSafe's Motion for Bond Damages, Sanctions, and Attorney Fees; and the Court having considered the submissions and arguments of the parties; and for good cause shown;

**IT IS** on this _____ day of _____, 2023;

**ORDERED** that NinjaSafe's Motion for Bond Damages, Sanctions, and Attorney Fees is hereby **GRANTED**.

Date: _____       _____

Hon. Jennifer L. Rochon
United States District Judge

{12285/620023-000/03345367.1}