# EXHIBIT 3

Total Costs: Litigation-Patent Infringement, All Varieties by Location

**Litigation-Patent Infringement, All Varieties <$1M Cost of mediation (000s) by Location (Q45Ad)**

| | Total | Boston CMSA | NYC CMSA | Phila CMSA | Wash, DC CMSA | Other East | Metro South-east | Other South-east | Chicago CMSA | Minne.- St. Paul PMSA | Other Central | Texas | L.A. CMSA | S.F. CMSA | Other West |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Number of Respondents | 43 | 2 | 5 | 1 | 3 | 3 | 5 | 2 | 1 | 1 | 7 | 4 | 3 | 2 | 4 |
| Mean (Average) | $48 | ISD | $82 | ISD | $33 | $58 | $23 | ISD | ISD | ISD | $39 | $14 | $50 | ISD | $41 |
| 10th Percentile 10% | $10 | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD |
| First Quartile 25% | $15 | ISD | $18 | ISD | ISD | ISD | $12 | ISD | ISD | ISD | $30 | $6 | ISD | ISD | $31 |
| Median (Midpoint) | $35 | ISD | $25 | ISD | $30 | $15 | $15 | ISD | ISD | ISD | $50 | $13 | $50 | ISD | $43 |
| Third Quartile 75% | $50 | ISD | $175 | ISD | ISD | ISD | $38 | ISD | ISD | ISD | $50 | $23 | ISD | ISD | $50 |
| 90th Percentile 90% | $120 | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD |

**Litigation-Patent Infringement, All Varieties $1-$10M Initial case management (000s) by Location (Q45Ae)**

| | Total | Boston CMSA | NYC CMSA | Phila CMSA | Wash, DC CMSA | Other East | Metro South-east | Other South-east | Chicago CMSA | Minne.- St. Paul PMSA | Other Central | Texas | L.A. CMSA | S.F. CMSA | Other West |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Number of Respondents | 45 | 2 | 5 | 1 | 3 | 3 | 5 | 2 | 1 | 2 | 6 | 4 | 5 | 3 | 3 |
| Mean (Average) | $122 | ISD | $54 | ISD | $122 | $70 | $85 | ISD | ISD | ISD | $59 | $88 | $265 | $280 | $160 |
| 10th Percentile 10% | $23 | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD |
| First Quartile 25% | $40 | ISD | $23 | ISD | ISD | ISD | $50 | ISD | ISD | ISD | $31 | $56 | $213 | ISD | ISD |
| Median (Midpoint) | $75 | ISD | $50 | ISD | $75 | $75 | $75 | ISD | ISD | ISD | $50 | $88 | $300 | $300 | $150 |
| Third Quartile 75% | $150 | ISD | $88 | ISD | ISD | ISD | $125 | ISD | ISD | ISD | $100 | $119 | $300 | ISD | ISD |
| 90th Percentile 90% | $300 | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD |

**Litigation-Patent Infringement, All Varieties $1-$10M Inclusive of discovery, motions, and claim construction (000s) by Location (Q45Af)**

| | Total | Boston CMSA | NYC CMSA | Phila CMSA | Wash, DC CMSA | Other East | Metro South-east | Other South-east | Chicago CMSA | Minne.- St. Paul PMSA | Other Central | Texas | L.A. CMSA | S.F. CMSA | Other West |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Number of Respondents | 45 | 2 | 5 | 1 | 3 | 3 | 5 | 3 | 1 | 2 | 6 | 4 | 5 | 2 | 3 |
| Mean (Average) | $1,033 | ISD | $1,020 | ISD | $963 | $508 | $1,730 | $434 | ISD | ISD | $692 | $400 | $2,200 | ISD | $1,392 |
| 10th Percentile 10% | $165 | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD |
| First Quartile 25% | $400 | ISD | $350 | ISD | ISD | ISD | $575 | ISD | ISD | ISD | $375 | $188 | $1,750 | ISD | ISD |
| Median (Midpoint) | $650 | ISD | $650 | ISD | $1,240 | $500 | $1,500 | $478 | ISD | ISD | $475 | $350 | $2,500 | ISD | $1,500 |
| Third Quartile 75% | $1,500 | ISD | $1,875 | ISD | ISD | ISD | $3,000 | ISD | ISD | ISD | $1,125 | $663 | $2,500 | ISD | ISD |
| 90th Percentile 90% | $2,500 | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD |

**Litigation-Patent Infringement, All Varieties $1-$10M Inclusive of pre-trial, trial, post-trial, and appeal (when applicable) (000s) by Location (Q45Ag)**

| | Total | Boston CMSA | NYC CMSA | Phila CMSA | Wash, DC CMSA | Other East | Metro South-east | Other South-east | Chicago CMSA | Minne.- St. Paul PMSA | Other Central | Texas | L.A. CMSA | S.F. CMSA | Other West |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Number of Respondents | 47 | 2 | 5 | 1 | 4 | 3 | 5 | 3 | 2 | 2 | 6 | 4 | 5 | 2 | 3 |
| Mean (Average) | $1,910 | ISD | $2,306 | ISD | $2,163 | $1,367 | $1,720 | $2,733 | ISD | ISD | $1,183 | $1,288 | $3,260 | ISD | $2,867 |
| 10th Percentile 10% | $340 | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD |
| First Quartile 25% | $650 | ISD | $765 | ISD | $613 | ISD | $1,000 | ISD | ISD | ISD | $800 | $313 | $2,150 | ISD | ISD |
| Median (Midpoint) | $1,000 | ISD | $1,000 | ISD | $2,500 | $1,500 | $1,500 | $450 | ISD | ISD | $950 | $675 | $4,000 | ISD | $3,800 |
| Third Quartile 75% | $3,000 | ISD | $4,500 | ISD | $3,375 | ISD | $2,550 | ISD | ISD | ISD | $1,525 | $2,875 | $4,000 | ISD | ISD |
| 90th Percentile 90% | $4,000 | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD |

**Litigation-Patent Infringement, All Varieties $1-$10M Cost of mediation (000s) by Location (Q45Ah)**

| | Total | Boston CMSA | NYC CMSA | Phila CMSA | Wash, DC CMSA | Other East | Metro South-east | Other South-east | Chicago CMSA | Minne.- St. Paul PMSA | Other Central | Texas | L.A. CMSA | S.F. CMSA | Other West |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Number of Respondents | 42 | 2 | 5 | 1 | 3 | 3 | 5 | 2 | 1 | 1 | 5 | 4 | 5 | 2 | 3 |
| Mean (Average) | $85 | ISD | $109 | ISD | $43 | $75 | $65 | ISD | ISD | ISD | $66 | $26 | $85 | ISD | $65 |
| 10th Percentile 10% | $20 | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD |
| First Quartile 25% | $29 | ISD | $35 | ISD | ISD | ISD | $25 | ISD | ISD | ISD | $45 | $15 | $63 | ISD | ISD |
| Median (Midpoint) | $75 | ISD | $100 | ISD | $30 | $30 | $75 | ISD | ISD | ISD | $50 | $20 | $100 | ISD | $50 |
| Third Quartile 75% | $100 | ISD | $188 | ISD | ISD | ISD | $100 | ISD | ISD | ISD | $95 | $44 | $100 | ISD | ISD |
| 90th Percentile 90% | $175 | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD |

**Litigation-Patent Infringement, All Varieties $10-$25M Initial case management (000s) by Location (Q45Ai)**

| | Total | Boston CMSA | NYC CMSA | Phila CMSA | Wash, DC CMSA | Other East | Metro South-east | Other South-east | Chicago CMSA | Minne.- St. Paul PMSA | Other Central | Texas | L.A. CMSA | S.F. CMSA | Other West |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Number of Respondents | 46 | 2 | 5 | 2 | 3 | 3 | 4 | 2 | 1 | 3 | 6 | 5 | 4 | 4 | 2 |
| Mean (Average) | $421 | ISD | $556 | ISD | $187 | $125 | $94 | ISD | ISD | $163 | $123 | $170 | $2,325 | $514 | ISD |
| 10th Percentile 10% | $38 | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD |
| First Quartile 25% | $64 | ISD | $28 | ISD | ISD | ISD | $56 | ISD | ISD | ISD | $46 | $100 | $975 | $213 | ISD |
| Median (Midpoint) | $113 | ISD | $100 | ISD | $150 | $100 | $88 | ISD | ISD | $200 | $100 | $100 | $3,000 | $453 | ISD |
| Third Quartile 75% | $300 | ISD | $1,313 | ISD | ISD | ISD | $138 | ISD | ISD | ISD | $188 | $275 | $3,000 | $876 | ISD |
| 90th Percentile 90% | $1,450 | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD |

**Litigation-Patent Infringement, All Varieties $10-$25M Inclusive of discovery, motions, and claim construction (000s) by Location (Q45Aj)**

| | Total | Location | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Boston CMSA | NYC CMSA | Phila CMSA | Wash, DC CMSA | Other East | Metro South-east | Other South-east | Chicago CMSA | Minne.- St. Paul PMSA | Other Central | Texas | L.A. CMSA | S.F. CMSA | Other West |
| Number of Respondents | 43 | 2 | 5 | 1 | 3 | 3 | 4 | 1 | 1 | 3 | 6 | 5 | 4 | 3 | 2 |
| Mean (Average) | $1,621 | ISD | $1,660 | ISD | $1,453 | $700 | $1,875 | ISD | ISD | $1,617 | $738 | $930 | $4,000 | $2,000 | ISD |
| 10th Percentile 10% | $270 | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD |
| First Quartile 25% | $600 | ISD | $650 | ISD | ISD | ISD | $750 | ISD | ISD | ISD | $358 | $325 | $4,000 | ISD | ISD |
| Median (Midpoint) | $1,000 | ISD | $1,500 | ISD | $1,560 | $600 | $1,625 | ISD | ISD | $1,500 | $575 | $1,000 | $4,000 | $2,000 | ISD |
| Third Quartile 75% | $2,500 | ISD | $2,750 | ISD | ISD | ISD | $3,250 | ISD | ISD | ISD | $1,063 | $1,500 | $4,000 | ISD | ISD |
| 90th Percentile 90% | $4,000 | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD |

**Litigation-Patent Infringement, All Varieties $10-$25M Inclusive of pre-trial, trial, post-trial, and appeal (when applicable) (000s) by Location (Q45Ak)**

| | Total | Location | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Boston CMSA | NYC CMSA | Phila CMSA | Wash, DC CMSA | Other East | Metro South-east | Other South-east | Chicago CMSA | Minne.- St. Paul PMSA | Other Central | Texas | L.A. CMSA | S.F. CMSA | Other West |
| Number of Respondents | 47 | 2 | 5 | 1 | 4 | 3 | 4 | 2 | 2 | 3 | 6 | 5 | 4 | 4 | 2 |
| Mean (Average) | $3,728 | ISD | $3,580 | ISD | $3,175 | $1,800 | $2,925 | ISD | ISD | $3,000 | $1,608 | $2,460 | $7,000 | $7,626 | ISD |
| 10th Percentile 10% | $710 | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD |
| First Quartile 25% | $1,100 | ISD | $950 | ISD | $1,100 | ISD | $1,500 | ISD | ISD | ISD | $938 | $400 | $7,000 | $1,500 | ISD |
| Median (Midpoint) | $3,000 | ISD | $3,500 | ISD | $3,750 | $2,000 | $2,850 | ISD | ISD | $3,000 | $1,450 | $2,500 | $7,000 | $4,250 | ISD |
| Third Quartile 75% | $4,900 | ISD | $6,250 | ISD | $4,675 | ISD | $4,425 | ISD | ISD | ISD | $2,250 | $4,500 | $7,000 | $17,129 | ISD |
| 90th Percentile 90% | $7,000 | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD |

**Litigation-Patent Infringement, All Varieties $10-$25M Cost of mediation (000s) by Location (Q45Al)**

| | Total | Location | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Boston CMSA | NYC CMSA | Phila CMSA | Wash, DC CMSA | Other East | Metro South-east | Other South-east | Chicago CMSA | Minne.- St. Paul PMSA | Other Central | Texas | L.A. CMSA | S.F. CMSA | Other West |
| Number of Respondents | 43 | 2 | 5 | 2 | 3 | 3 | 4 | 1 | 1 | 2 | 5 | 5 | 4 | 4 | 2 |
| Mean (Average) | $235 | ISD | $146 | ISD | $73 | $92 | $68 | ISD | ISD | ISD | $105 | $629 | $150 | $609 | ISD |
| 10th Percentile 10% | $25 | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | $50 | ISD |
| First Quartile 25% | $40 | ISD | $40 | ISD | ISD | ISD | $28 | ISD | ISD | ISD | $50 | $23 | $150 | $58 | ISD |
| Median (Midpoint) | $80 | ISD | $150 | ISD | $40 | $50 | $60 | ISD | ISD | ISD | $75 | $25 | $150 | $128 | ISD |
| Third Quartile 75% | $150 | ISD | $250 | ISD | ISD | ISD | $115 | ISD | ISD | ISD | $175 | $1,538 | $150 | $1,641 | ISD |
| 90th Percentile 90% | $300 | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD |

Total Costs: Litigation-Patent Infringement, All Varieties by Location

## Litigation-Patent Infringement, All Varieties >$25M Initial case management (000s) by Location (Q45Am)

| | Total | Boston CMSA | NYC CMSA | Phila CMSA | Wash, DC CMSA | Other East | Metro South-east | Other South-east | Chicago CMSA | Minne.-St. Paul PMSA | Other Central | Texas | L.A. CMSA | S.F. CMSA | Other West |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Number of Respondents | 40 | 2 | 5 | 1 | 3 | 2 | 2 | 1 | 1 | 3 | 5 | 5 | 4 | 4 | 2 |
| Mean (Average) | $361 | ISD | $121 | ISD | $367 | ISD | ISD | ISD | ISD | $230 | $270 | $240 | $600 | $793 | ISD |
| 10th Percentile 10% | $50 | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD |
| First Quartile 25% | $100 | ISD | $40 | ISD | ISD | ISD | ISD | ISD | ISD | ISD | $100 | $100 | $600 | $363 | ISD |
| Median (Midpoint) | $250 | ISD | $100 | ISD | $500 | ISD | ISD | ISD | ISD | $250 | $200 | $150 | $600 | $710 | ISD |
| Third Quartile 75% | $500 | ISD | $213 | ISD | ISD | ISD | ISD | ISD | ISD | ISD | $475 | $425 | $600 | $1,305 | ISD |
| 90th Percentile 90% | $690 | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD |

## Litigation-Patent Infringement, All Varieties >$25M Inclusive of discovery, motions, and claim construction (000s) by Location (Q45An)

| | Total | Boston CMSA | NYC CMSA | Phila CMSA | Wash, DC CMSA | Other East | Metro South-east | Other South-east | Chicago CMSA | Minne.-St. Paul PMSA | Other Central | Texas | L.A. CMSA | S.F. CMSA | Other West |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Number of Respondents | 40 | 2 | 5 | 1 | 3 | 2 | 2 | 1 | 1 | 3 | 5 | 5 | 4 | 4 | 2 |
| Mean (Average) | $3,556 | ISD | $2,180 | ISD | $2,867 | ISD | ISD | ISD | ISD | $2,667 | $5,080 | $1,480 | $6,250 | $7,955 | ISD |
| 10th Percentile 10% | $750 | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD |
| First Quartile 25% | $1,000 | ISD | $950 | ISD | ISD | ISD | ISD | ISD | ISD | ISD | $850 | $450 | $6,000 | $2,125 | ISD |
| Median (Midpoint) | $2,125 | ISD | $2,000 | ISD | $3,500 | ISD | ISD | ISD | ISD | $2,500 | $1,200 | $2,000 | $6,000 | $4,250 | ISD |
| Third Quartile 75% | $4,175 | ISD | $3,500 | ISD | ISD | ISD | ISD | ISD | ISD | ISD | $11,250 | $2,250 | $6,750 | $17,490 | ISD |
| 90th Percentile 90% | $6,000 | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD |

## Litigation-Patent Infringement, All Varieties >$25M Inclusive of pre-trial, trial, post-trial, and appeal (when applicable) (000s) by Location (Q45Ao)

| | Total | Boston CMSA | NYC CMSA | Phila CMSA | Wash, DC CMSA | Other East | Metro South-east | Other South-east | Chicago CMSA | Minne.-St. Paul PMSA | Other Central | Texas | L.A. CMSA | S.F. CMSA | Other West |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Number of Respondents | 43 | 2 | 5 | 1 | 5 | 2 | 2 | 1 | 2 | 3 | 5 | 5 | 4 | 4 | 2 |
| Mean (Average) | $5,768 | ISD | $4,600 | ISD | $3,792 | ISD | ISD | ISD | ISD | $5,667 | $6,220 | $3,330 | $10,000 | $13,305 | ISD |
| 10th Percentile 10% | $820 | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD |
| First Quartile 25% | $2,100 | ISD | $1,500 | ISD | $531 | ISD | ISD | ISD | ISD | ISD | $2,300 | $575 | $10,000 | $3,875 | ISD |
| Median (Midpoint) | $4,000 | ISD | $4,000 | ISD | $5,000 | ISD | ISD | ISD | ISD | $6,000 | $3,000 | $4,000 | $10,000 | $7,000 | ISD |
| Third Quartile 75% | $8,000 | ISD | $8,000 | ISD | $6,450 | ISD | ISD | ISD | ISD | ISD | $11,750 | $5,750 | $10,000 | $29,040 | ISD |
| 90th Percentile 90% | $10,000 | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD |

**Litigation-Patent Infringement, All Varieties >$25M Cost of mediation (000s) by Location (Q45Ap)**

| | Total | Boston CMSA | NYC CMSA | Phila CMSA | Wash, DC CMSA | Other East | Metro South-east | Other South-east | Chicago CMSA | Minne.- St. Paul PMSA | Other Central | Texas | L.A. CMSA | S.F. CMSA | Other West |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | Location | | | |
| Number of Respondents | 38 | 2 | 5 | 1 | 3 | 2 | 2 | 1 | 1 | 2 | 4 | 5 | 4 | 4 | 2 |
| Mean (Average) | $399 | ISD | $211 | ISD | $200 | ISD | ISD | ISD | ISD | ISD | $138 | $784 | $238 | $1,027 | ISD |
| 10th Percentile 10% | $48 | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD |
| First Quartile 25% | $98 | ISD | $53 | ISD | ISD | ISD | ISD | ISD | ISD | ISD | $100 | $35 | $213 | $113 | ISD |
| Median (Midpoint) | $150 | ISD | $200 | ISD | $50 | ISD | ISD | ISD | ISD | ISD | $125 | $100 | $250 | $200 | ISD |
| Third Quartile 75% | $250 | ISD | $375 | ISD | ISD | ISD | ISD | ISD | ISD | ISD | $188 | $1,875 | $250 | $2,767 | ISD |
| 90th Percentile 90% | $740 | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD |

Total Costs: Litigation-Patent Infringement, All Varieties by Type of Practice

**Litigation-Patent Infringement, All Varieties <$1M Initial case management (000s) by Type of Practice (Q45Aa)**

|  | Total | 1-3 Attorneys | 4-15 Attorneys | 16-59 Attorneys | 60 or more Attorneys | All Corporate |
|---|---|---|---|---|---|---|
| Number of Respondents | 48 | 10 | 8 | 9 | 17 | 3 |
| Mean (Average) | $57 | $44 | $37 | $32 | $86 | $83 |
| 10th Percentile 10% | $6 | $7 | ISD | ISD | $19 | ISD |
| First Quartile 25% | $21 | $25 | $9 | $5 | $25 | ISD |
| Median (Midpoint) | $50 | $28 | $25 | $50 | $75 | $75 |
| Third Quartile 75% | $75 | $75 | $44 | $50 | $125 | ISD |
| 90th Percentile 90% | $150 | $98 | ISD | ISD | $194 | ISD |

**Litigation-Patent Infringement, All Varieties <$1M Inclusive of discovery, motions, and claim construction (000s) by Type of Practice (Q45Ab)**

|  | Total | 1-3 Attorneys | 4-15 Attorneys | 16-59 Attorneys | 60 or more Attorneys | All Corporate |
|---|---|---|---|---|---|---|
| Number of Respondents | 45 | 9 | 8 | 10 | 16 | 2 |
| Mean (Average) | $369 | $264 | $331 | $287 | $495 | ISD |
| 10th Percentile 10% | $100 | ISD | ISD | $23 | $220 | ISD |
| First Quartile 25% | $175 | $150 | $263 | $88 | $281 | ISD |
| Median (Midpoint) | $300 | $150 | $325 | $250 | $400 | ISD |
| Third Quartile 75% | $500 | $250 | $438 | $513 | $600 | ISD |
| 90th Percentile 90% | $690 | ISD | ISD | $640 | $1,045 | ISD |

**Litigation-Patent Infringement, All Varieties <$1M Inclusive of pre-trial, trial, post-trial, and appeal (when applicable) (000s) by Type of Practice (Q45Ac)**

|  | Total | 1-3 Attorneys | 4-15 Attorneys | 16-59 Attorneys | 60 or more Attorneys | All Corporate |
|---|---|---|---|---|---|---|
| Number of Respondents | 46 | 9 | 8 | 10 | 16 | 3 |
| Mean (Average) | $771 | $661 | $504 | $535 | $963 | $1,583 |
| 10th Percentile 10% | $193 | ISD | ISD | $36 | $235 | ISD |
| First Quartile 25% | $338 | $200 | $263 | $306 | $563 | ISD |
| Median (Midpoint) | $675 | $350 | $640 | $575 | $900 | $1,500 |
| Third Quartile 75% | $900 | $675 | $688 | $750 | $975 | ISD |
| 90th Percentile 90% | $1,650 | ISD | ISD | $975 | $2,210 | ISD |

**Litigation-Patent Infringement, All Varieties <$1M Cost of mediation (000s) by Type of Practice (Q45Ad)**

|  | Total | 1-3 Attorneys | 4-15 Attorneys | 16-59 Attorneys | 60 or more Attorneys | All Corporate |
|---|---|---|---|---|---|---|
| Number of Respondents | 43 | 9 | 8 | 9 | 15 | 2 |
| Mean (Average) | $48 | $31 | $57 | $24 | $60 | ISD |
| 10th Percentile 10% | $10 | ISD | ISD | ISD | $10 | ISD |
| First Quartile 25% | $15 | $20 | $10 | $15 | $20 | ISD |
| Median (Midpoint) | $35 | $30 | $50 | $25 | $50 | ISD |
| Third Quartile 75% | $50 | $45 | $69 | $33 | $75 | ISD |
| 90th Percentile 90% | $120 | ISD | ISD | ISD | $190 | ISD |

**Litigation-Patent Infringement, All Varieties $1-$10M Initial case management (000s) by Type of Practice (Q45Ae)**

|  | Total | 1-3 Attorneys | 4-15 Attorneys | 16-59 Attorneys | 60 or more Attorneys | All Corporate |
|---|---|---|---|---|---|---|
| Number of Respondents | 45 | 8 | 7 | 8 | 20 | 2 |
| Mean (Average) | $122 | $69 | $36 | $66 | $198 | ISD |
| 10th Percentile 10% | $23 | ISD | ISD | ISD | $36 | ISD |
| First Quartile 25% | $40 | $36 | $20 | $50 | $56 | ISD |
| Median (Midpoint) | $75 | $63 | $25 | $63 | $150 | ISD |
| Third Quartile 75% | $150 | $100 | $50 | $99 | $300 | ISD |
| 90th Percentile 90% | $300 | ISD | ISD | ISD | $480 | ISD |

**Litigation-Patent Infringement, All Varieties $1-$10M Inclusive of discovery, motions, and claim construction (000s) by Type of Practice (Q45Af)**

|  | Total | 1-3 Attorneys | 4-15 Attorneys | 16-59 Attorneys | 60 or more Attorneys | All Corporate |
|---|---|---|---|---|---|---|
| Number of Respondents | 45 | 8 | 8 | 8 | 19 | 2 |
| Mean (Average) | $1,033 | $383 | $485 | $953 | $1,629 | ISD |
| 10th Percentile 10% | $165 | ISD | ISD | ISD | $450 | ISD |
| First Quartile 25% | $400 | $156 | $457 | $231 | $750 | ISD |
| Median (Midpoint) | $650 | $300 | $500 | $750 | $1,500 | ISD |
| Third Quartile 75% | $1,500 | $400 | $575 | $1,500 | $2,500 | ISD |
| 90th Percentile 90% | $2,500 | ISD | ISD | ISD | $2,500 | ISD |

Total Costs-Litigation-Patent Infringement, All Varieties by Type of Practice

**Litigation-Patent Infringement, All Varieties $1-$10M Inclusive of pre-trial, trial, post-trial, and appeal (when applicable) (000s) by Type of Practice (Q45Ag)**

| | Total | 1-3 Attorneys | 4-15 Attorneys | 16-59 Attorneys | 60 or more Attorneys | All Corporate |
|---|---|---|---|---|---|---|
| Number of Respondents | 47 | 8 | 7 | 10 | 19 | 3 |
| Mean (Average) | $1,910 | $969 | $726 | $1,915 | $2,503 | $3,417 |
| 10th Percentile 10% | $340 | ISD | ISD | $310 | $500 | ISD |
| First Quartile 25% | $650 | $313 | $450 | $888 | $1,000 | ISD |
| Median (Midpoint) | $1,000 | $725 | $630 | $1,325 | $2,600 | $1,750 |
| Third Quartile 75% | $3,000 | $975 | $1,000 | $2,500 | $3,800 | ISD |
| 90th Percentile 90% | $4,000 | ISD | ISD | $6,100 | $4,000 | ISD |

**Litigation-Patent Infringement, All Varieties $1-$10M Cost of mediation (000s) by Type of Practice (Q45Ah)**

| | Total | 1-3 Attorneys | 4-15 Attorneys | 16-59 Attorneys | 60 or more Attorneys | All Corporate |
|---|---|---|---|---|---|---|
| Number of Respondents | 42 | 8 | 7 | 7 | 18 | 2 |
| Mean (Average) | $85 | $42 | $86 | $56 | $110 | ISD |
| 10th Percentile 10% | $20 | ISD | ISD | ISD | $20 | ISD |
| First Quartile 25% | $29 | $26 | $30 | $20 | $44 | ISD |
| Median (Midpoint) | $75 | $40 | $75 | $50 | $100 | ISD |
| Third Quartile 75% | $100 | $49 | $150 | $100 | $113 | ISD |
| 90th Percentile 90% | $175 | ISD | ISD | ISD | $230 | ISD |

**Litigation-Patent Infringement, All Varieties $10-$25M Initial case management (000s) by Type of Practice (Q45Ai)**

| | Total | 1-3 Attorneys | 4-15 Attorneys | 16-59 Attorneys | 60 or more Attorneys | All Corporate |
|---|---|---|---|---|---|---|
| Number of Respondents | 46 | 8 | 8 | 9 | 17 | 3 |
| Mean (Average) | $421 | $106 | $126 | $485 | $746 | $133 |
| 10th Percentile 10% | $38 | ISD | ISD | ISD | $33 | ISD |
| First Quartile 25% | $64 | $53 | $40 | $75 | $100 | ISD |
| Median (Midpoint) | $113 | $100 | $75 | $150 | $300 | $100 |
| Third Quartile 75% | $300 | $138 | $263 | $625 | $753 | ISD |
| 90th Percentile 90% | $1,450 | ISD | ISD | ISD | $3,000 | ISD |

Total Costs: Litigation-Patent Infringement, All Varieties by Type of Practice

**Litigation-Patent Infringement, All Varieties $10-$25M Inclusive of discovery, motions, and claim construction (000s) by Type of Practice (Q45Aj)**

|  | Total | 1-3 Attorneys | 4-15 Attorneys | 16-59 Attorneys | 60 or more Attorneys | All Corporate |
|---|---|---|---|---|---|---|
| Number of Respondents | 43 | 7 | 8 | 9 | 16 | 3 |
| Mean (Average) | $1,621 | $644 | $741 | $1,872 | $2,525 | $667 |
| 10th Percentile 10% | $270 | ISD | ISD | ISD | $585 | ISD |
| First Quartile 25% | $600 | $250 | $363 | $1,050 | $1,125 | ISD |
| Median (Midpoint) | $1,000 | $450 | $750 | $2,000 | $2,500 | $750 |
| Third Quartile 75% | $2,500 | $1,000 | $1,000 | $2,625 | $4,000 | ISD |
| 90th Percentile 90% | $4,000 | ISD | ISD | ISD | $4,000 | ISD |

**Litigation-Patent Infringement, All Varieties $10-$25M Inclusive of pre-trial, trial, post-trial, and appeal (when applicable) (000s) by Type of Practice (Q45Ak)**

|  | Total | 1-3 Attorneys | 4-15 Attorneys | 16-59 Attorneys | 60 or more Attorneys | All Corporate |
|---|---|---|---|---|---|---|
| Number of Respondents | 47 | 7 | 8 | 11 | 17 | 4 |
| Mean (Average) | $3,728 | $1,671 | $1,444 | $3,536 | $5,489 | $4,938 |
| 10th Percentile 10% | $710 | ISD | ISD | $1,120 | $1,080 | ISD |
| First Quartile 25% | $1,100 | $400 | $613 | $2,000 | $2,500 | $938 |
| Median (Midpoint) | $3,000 | $1,000 | $1,200 | $3,000 | $5,000 | $2,000 |
| Third Quartile 75% | $4,900 | $2,500 | $1,875 | $4,500 | $7,000 | $11,875 |
| 90th Percentile 90% | $7,000 | ISD | ISD | $7,700 | $9,801 | ISD |

**Litigation-Patent Infringement, All Varieties $10-$25M Cost of mediation (000s) by Type of Practice (Q45Al)**

|  | Total | 1-3 Attorneys | 4-15 Attorneys | 16-59 Attorneys | 60 or more Attorneys | All Corporate |
|---|---|---|---|---|---|---|
| Number of Respondents | 43 | 8 | 8 | 8 | 17 | 2 |
| Mean (Average) | $235 | $57 | $498 | $78 | $279 | ISD |
| 10th Percentile 10% | $25 | ISD | ISD | ISD | $29 | ISD |
| First Quartile 25% | $40 | $26 | $56 | $28 | $50 | ISD |
| Median (Midpoint) | $80 | $40 | $115 | $50 | $150 | ISD |
| Third Quartile 75% | $150 | $79 | $300 | $138 | $163 | ISD |
| 90th Percentile 90% | $300 | ISD | ISD | ISD | $1,226 | ISD |

**Litigation-Patent Infringement, All Varieties >$25M Initial case management (000s) by Type of Practice (Q45Am)**

|  | Total | 1-3 Attorneys | 4-15 Attorneys | 16-59 Attorneys | 60 or more Attorneys | All Corporate |
|---|---|---|---|---|---|---|
| Number of Respondents | 40 | 6 | 7 | 7 | 17 | 3 |
| Mean (Average) | $361 | $217 | $226 | $389 | $460 | $333 |
| 10th Percentile 10% | $50 | ISD | ISD | ISD | $38 | ISD |
| First Quartile 25% | $100 | $100 | $50 | $100 | $100 | ISD |
| Median (Midpoint) | $250 | $175 | $100 | $250 | $500 | $350 |
| Third Quartile 75% | $500 | $313 | $450 | $400 | $600 | ISD |
| 90th Percentile 90% | $690 | ISD | ISD | ISD | $976 | ISD |

**Litigation-Patent Infringement, All Varieties >$25M Inclusive of discovery, motions, and claim construction (000s) by Type of Practice (Q45An)**

|  | Total | 1-3 Attorneys | 4-15 Attorneys | 16-59 Attorneys | 60 or more Attorneys | All Corporate |
|---|---|---|---|---|---|---|
| Number of Respondents | 40 | 6 | 7 | 7 | 17 | 3 |
| Mean (Average) | $3,556 | $1,617 | $1,429 | $2,664 | $4,834 | $7,233 |
| 10th Percentile 10% | $750 | ISD | ISD | ISD | $980 | ISD |
| First Quartile 25% | $1,000 | $563 | $1,000 | $2,000 | $2,125 | ISD |
| Median (Midpoint) | $2,125 | $1,375 | $1,200 | $2,500 | $3,500 | $950 |
| Third Quartile 75% | $4,175 | $2,525 | $2,000 | $4,000 | $6,000 | ISD |
| 90th Percentile 90% | $6,000 | ISD | ISD | ISD | $9,864 | ISD |

**Litigation-Patent Infringement, All Varieties >$25M Inclusive of pre-trial, trial, post-trial, and appeal (when applicable) (000s) by Type of Practice (Q45Ao)**

|  | Total | 1-3 Attorneys | 4-15 Attorneys | 16-59 Attorneys | 60 or more Attorneys | All Corporate |
|---|---|---|---|---|---|---|
| Number of Respondents | 43 | 7 | 7 | 9 | 17 | 3 |
| Mean (Average) | $5,768 | $2,944 | $2,243 | $5,444 | $8,042 | $8,667 |
| 10th Percentile 10% | $820 | ISD | ISD | ISD | $1,900 | ISD |
| First Quartile 25% | $2,100 | $450 | $1,000 | $3,500 | $3,250 | ISD |
| Median (Midpoint) | $4,000 | $2,500 | $2,000 | $5,000 | $6,500 | $4,000 |
| Third Quartile 75% | $8,000 | $5,000 | $3,500 | $7,250 | $10,000 | ISD |
| 90th Percentile 90% | $10,000 | ISD | ISD | ISD | $15,144 | ISD |

**Litigation-Patent Infringement, All Varieties >$25M Cost of mediation (000s) by Type of Practice (Q45Ap)**

| | Total | 1-3 Attorneys | 4-15 Attorneys | 16-59 Attorneys | 60 or more Attorneys | All Corporate |
|---|---|---|---|---|---|---|
| Number of Respondents | 38 | 6 | 7 | 6 | 17 | 2 |
| Mean (Average) | $399 | $87 | $770 | $118 | $482 | ISD |
| 10th Percentile 10% | $48 | ISD | ISD | ISD | $46 | ISD |
| First Quartile 25% | $98 | $43 | $100 | $60 | $100 | ISD |
| Median (Midpoint) | $150 | $75 | $500 | $110 | $250 | ISD |
| Third Quartile 75% | $250 | $150 | $600 | $200 | $250 | ISD |
| 90th Percentile 90% | $740 | ISD | ISD | ISD | $2,321 | ISD |

Private Firm, Equity Partner

## Average hourly billing rate in 2020 (Q33)

*Private Firm, Equity Partner*

| | | Average hourly billing rate in 2020 | | | | | |
|---|---|---|---|---|---|---|---|
| | | Number of Individuals | Mean (Average) | 10th Percentile 10% | First Quartile 25% | Median (Midpoint) | Third Quartile 75% | 90th Percentile 90% |
| All Individuals | | 253 | $558 | $344 | $400 | $500 | $650 | $887 |
| Years of IP Law Attorney Experience | 7-9 | 7 | $372 | ISD | $290 | $375 | $401 | ISD |
| | 10-14 | 31 | $545 | $341 | $395 | $480 | $625 | $889 |
| | 15-24 | 89 | $532 | $340 | $398 | $495 | $614 | $757 |
| | 25-34 | 82 | $577 | $377 | $424 | $530 | $680 | $899 |
| | 35 or More | 36 | $648 | $340 | $450 | $593 | $855 | $1,100 |
| Location | Boston CMSA | 6 | $637 | ISD | $464 | $600 | $831 | ISD |
| | NYC CMSA | 19 | $712 | $400 | $500 | $600 | $980 | $1,150 |
| | Philadelphia CMSA | 6 | $726 | ISD | $528 | $700 | $861 | ISD |
| | Washington, DC CMSA | 31 | $633 | $400 | $460 | $525 | $847 | $962 |
| | Other East | 12 | $523 | $315 | $385 | $488 | $528 | $1,046 |
| | Metro Southeast | 15 | $564 | $358 | $375 | $500 | $590 | $1,026 |
| | Other Southeast | 5 | $453 | ISD | $368 | $410 | $559 | ISD |
| | Chicago CMSA | 10 | $586 | $329 | $469 | $640 | $700 | $736 |
| | Minne.-St. Paul PMSA | 19 | $530 | $295 | $360 | $500 | $675 | $875 |
| | Other Central | 56 | $453 | $300 | $368 | $415 | $544 | $665 |
| | Texas | 23 | $549 | $339 | $415 | $498 | $700 | $900 |
| | Los Angeles CMSA | 14 | $657 | $372 | $443 | $613 | $780 | $1,200 |
| | San Francisco CMSA | 5 | $665 | ISD | $463 | $595 | $903 | ISD |
| | Other West | 32 | $513 | $308 | $356 | $470 | $613 | $787 |
| IP Technical Specialization (>=50%) | Biotechnology | 10 | $569 | $400 | $402 | $473 | $700 | $1,015 |
| | Chemical | 7 | $430 | ISD | $350 | $450 | $500 | ISD |
| | Computer Software | 27 | $546 | $320 | $375 | $450 | $560 | $1,004 |
| | Electrical | 21 | $603 | $302 | $398 | $498 | $838 | $1,073 |
| | Mechanical | 51 | $492 | $342 | $380 | $460 | $560 | $700 |
| | Medical/ Health Care | 15 | $541 | $298 | $400 | $600 | $685 | $702 |
| | Other areas | 4 | $481 | ISD | $406 | $463 | $575 | ISD |
| Age | Younger than 35 | 4 | $364 | ISD | $305 | $376 | $412 | ISD |
| | 35-39 | 13 | $498 | $366 | $385 | $425 | $553 | $900 |
| | 40-44 | 32 | $513 | $297 | $375 | $450 | $634 | $831 |
| | 45-49 | 29 | $616 | $350 | $400 | $520 | $750 | $1,100 |
| | 50-54 | 48 | $517 | $349 | $400 | $475 | $594 | $710 |
| | 55-59 | 57 | $546 | $350 | $400 | $500 | $617 | $806 |
| | 60 or Older | 64 | $614 | $308 | $429 | $528 | $748 | $1,100 |
| Gender | Male | 208 | $563 | $350 | $400 | $500 | $650 | $903 |
| | Female | 32 | $510 | $340 | $381 | $450 | $583 | $735 |
| | Prefer not to respond | 6 | $500 | ISD | $375 | $475 | $638 | ISD |
| Highest Non-Law Degree | Bachelor's Degree | 187 | $563 | $350 | $401 | $500 | $650 | $879 |
| | Master's Degree | 44 | $571 | $300 | $400 | $525 | $700 | $933 |
| | Doctorate Degree | 21 | $489 | $261 | $360 | $460 | $613 | $748 |
| Ethnicity | White/Caucasian | 200 | $548 | $350 | $400 | $500 | $642 | $873 |
| | Black/African American | 3 | $463 | ISD | ISD | $400 | ISD | ISD |
| | Hispanic/Latino | 4 | $570 | ISD | $424 | $558 | $729 | ISD |
| | Asian/Pacific Islander | 14 | $578 | $340 | $400 | $625 | $716 | $776 |
| | Blended | 4 | $681 | ISD | $469 | $600 | $975 | ISD |
| | Prefer not to respond | 19 | $612 | $300 | $400 | $510 | $750 | $1,250 |
| | Other | 3 | $412 | ISD | ISD | $350 | ISD | ISD |
| Full-time Intellectual Property lawyers and agents in the firm or corporation | 1-2 | 24 | $406 | $284 | $353 | $400 | $500 | $530 |
| | 3-5 | 29 | $441 | $340 | $383 | $420 | $483 | $625 |
| | 6-10 | 28 | $486 | $323 | $400 | $463 | $569 | $713 |
| | 11-25 | 57 | $508 | $340 | $380 | $435 | $598 | $750 |
| | 26-50 | 33 | $585 | $329 | $435 | $525 | $685 | $1,016 |
| | 51-100 | 47 | $686 | $415 | $520 | $600 | $850 | $1,100 |
| | 101-150 | 17 | $606 | $347 | $498 | $600 | $693 | $860 |
| | More than 150 | 15 | $822 | $441 | $560 | $795 | $1,100 | $1,240 |

## Average hourly billing rate in 2020 (Q33)

*Private Firm, Partner-Track Attorney*

| | | | | Average hourly billing rate in 2020 | | | | |
|---|---|---|---|---|---|---|---|---|
| | | Number of Individuals | Mean (Average) | 10th Percentile 10% | First Quartile 25% | Median (Midpoint) | Third Quartile 75% | 90th Percentile 90% |
| All Individuals | | 74 | $432 | $275 | $320 | $390 | $500 | $650 |
| Years of IP Law Attorney Experience | Fewer than 5 | 13 | $375 | $233 | $263 | $340 | $443 | $676 |
| | 5-6 | 6 | $338 | ISD | $267 | $308 | $421 | ISD |
| | 7-9 | 20 | $446 | $287 | $329 | $390 | $515 | $738 |
| | 10-14 | 19 | $490 | $300 | $320 | $425 | $550 | $950 |
| | 15-24 | 12 | $412 | $308 | $335 | $385 | $450 | $599 |
| Location | Boston CMSA | 6 | $540 | ISD | $366 | $508 | $728 | ISD |
| | NYC CMSA | 3 | $717 | ISD | ISD | $755 | ISD | ISD |
| | Philadelphia CMSA | 3 | $482 | ISD | ISD | $515 | ISD | ISD |
| | Washington, DC CMSA | 11 | $424 | $260 | $320 | $421 | $500 | $584 |
| | Other East | 4 | $325 | ISD | $284 | $320 | $371 | ISD |
| | Metro Southeast | 4 | $413 | ISD | $366 | $410 | $461 | ISD |
| | Other Southeast | 5 | $399 | ISD | $311 | $400 | $488 | ISD |
| | Minne.-St. Paul PMSA | 7 | $354 | ISD | $285 | $340 | $360 | ISD |
| | Other Central | 9 | $324 | ISD | $288 | $325 | $373 | ISD |
| | Texas | 6 | $486 | ISD | $354 | $450 | $593 | ISD |
| | San Francisco CMSA | 3 | $737 | ISD | ISD | $910 | ISD | ISD |
| | Other West | 10 | $376 | $227 | $267 | $350 | $508 | $547 |
| IP Technical Specialization (>=50%) | Chemical | 4 | $384 | ISD | $284 | $405 | $463 | ISD |
| | Computer Software | 13 | $419 | $240 | $315 | $450 | $503 | $624 |
| | Electrical | 7 | $458 | ISD | $300 | $365 | $595 | ISD |
| | Mechanical | 13 | $422 | $260 | $305 | $360 | $500 | $816 |
| | Pharmaceutical | 4 | $449 | ISD | $273 | $368 | $706 | ISD |
| Age | Younger than 35 | 13 | $381 | $243 | $263 | $325 | $450 | $684 |
| | 35-39 | 22 | $422 | $240 | $296 | $365 | $456 | $847 |
| | 40-44 | 14 | $546 | $358 | $399 | $488 | $653 | $905 |
| | 45-49 | 12 | $390 | $268 | $320 | $363 | $488 | $514 |
| | 50-54 | 6 | $414 | ISD | $330 | $405 | $511 | ISD |
| | 55-59 | 4 | $397 | ISD | $316 | $393 | $480 | ISD |
| Gender | Male | 57 | $450 | $289 | $335 | $400 | $513 | $711 |
| | Female | 16 | $373 | $218 | $256 | $330 | $414 | $641 |
| Highest Non-Law Degree | Bachelor's Degree | 41 | $433 | $275 | $309 | $395 | $500 | $724 |
| | Master's Degree | 15 | $428 | $247 | $310 | $377 | $510 | $784 |
| | Doctorate Degree | 17 | $434 | $290 | $333 | $400 | $515 | $638 |
| Ethnicity | White/Caucasian | 56 | $419 | $275 | $325 | $383 | $494 | $590 |
| | Black/African American | 3 | $497 | ISD | ISD | $400 | ISD | ISD |
| | Asian/Pacific Islander | 10 | $520 | $300 | $319 | $463 | $674 | $946 |
| Full-time Intellectual Property lawyers and agents in the firm or corporation | 1-2 | 3 | $265 | ISD | ISD | $275 | ISD | ISD |
| | 3-5 | 5 | $377 | ISD | $293 | $375 | $463 | ISD |
| | 6-10 | 3 | $350 | ISD | ISD | $375 | ISD | ISD |
| | 11-25 | 20 | $377 | $254 | $305 | $364 | $444 | $510 |
| | 26-50 | 12 | $397 | $256 | $300 | $363 | $408 | $808 |
| | 51-100 | 14 | $496 | $275 | $355 | $483 | $546 | $863 |
| | 101-150 | 7 | $428 | ISD | $340 | $380 | $400 | ISD |
| | More than 150 | 7 | $640 | ISD | $500 | $585 | $810 | ISD |