# EXHIBIT A

Case 1:23-cv-02605-JLR   Document 57-1   Filed 05/02/23   Page 1 of 3

| APRIL SALES 2022 | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Parameter/Date | 30/04/2022 | 29/04/2022 | 28/04/2022 | 27/04/2022 | 26/04/2022 | 25/04/2022 | 24/04/2022 | 23/04/2022 | 22/04/2022 | 21/04/2022 | 20/04/2022 | 19/04/2022 | 18/04/2022 | 17/04/2022 | 16/04/2022 | 15/04/2022 | 14/04/2022 | 13/04/2022 |
| Sales | 2659.05 | 3911.62 | 1959.3 | 3211.87 | 2659.05 | 3071.92 | 2246.81 | 2239.2 | 2246.12 | 2788.26 | 2099.25 | 3358.8 | 1819.35 | 1959.3 | 1499.5 | 1799.4 | 2247.25 | 3402.85 |
| Units sold | 19 | 28 | 14 | 23 | 19 | 22 | 16 | 16 | 16 | 20 | 15 | 24 | 13 | 14 | 10 | 12 | 15 | 23 |
| Advertising cost | -282.7 | -234.4 | -237.29 | -215.6 | -220.99 | -237.82 | -294.97 | -265.8 | -222.49 | -224.96 | -249.39 | -199.07 | -213.37 | -241.4 | -208.72 | -210.29 | -215.52 | -256.21 |
| Amazon fees | -212.04 | -312.48 | -156.24 | -253.5 | -202.5 | -233.86 | -172.44 | -170.08 | -172.38 | -212.6 | -159.45 | -255.12 | -138.19 | -148.82 | -106.3 | -127.56 | -159.45 | -244.49 |
| Cost of goods | -826.5 | -1218 | -609 | -1000.5 | -826.5 | -1261.5 | -696 | -696 | -696 | -870 | -652.5 | -1044 | -565.5 | -565.5 | -435 | -522 | -652.5 | -1000.5 |
| Profit | 1337.81 | 2146.74 | 956.77 | 1742.27 | 1409.06 | 1338.74 | 1083.4 | 1107.32 | 1155.25 | 1480.7 | 1037.91 | 1860.61 | 902.29 | 1003.58 | 749.48 | 939.55 | 1219.78 | 1901.65 |

| 12/04/2022 | 11/04/2022 | 10/04/2022 | 09/04/2022 | 08/04/2022 | 07/04/2022 | 06/04/2022 | 05/04/2022 | 04/04/2022 | 03/04/2022 | 02/04/2022 | 01/04/2022 |
|---:|---:|---:|---:|---:|---:|---:|---:|---:|---:|---:|---:|
| 2663.1 | 5859.98 | 4198.5 | 2361.23 | 2379.15 | 2799 | 2921.03 | 3498.75 | 3498.75 | 2519.1 | 4058.55 | 2239.2 |
| 18 | 42 | 30 | 17 | 17 | 20 | 21 | 25 | 25 | 18 | 29 | 16 |
| -219.02 | -342.88 | -377.93 | -350.01 | -225.3 | -219.15 | -244.37 | -221.53 | -315.74 | -345.61 | -321.77 | -306.57 |
| -191.34 | -446.46 | -318.9 | -180.71 | -180.71 | -212.6 | -223.23 | -265.75 | -265.75 | -191.34 | -308.27 | -170.08 |
| -739.5 | -1827 | -1305 | -739.5 | -739.5 | -870 | -913.5 | -1131 | -1087.5 | -783 | -1261.5 | -696 |
| 1513.24 | 3243.64 | 2196.67 | 1091.01 | 1233.64 | 1497.25 | 1539.93 | 1880.47 | 1829.76 | 1199.15 | 2167.01 | 1066.55 |