# EXHIBIT B

| Date | 27/04/2023 | 26/04/2023 | 25/04/2023 | 24/04/2023 | 23/04/2023 | 22/04/2023 | 21/04/2023 | 20/04/2023 | 19/04/2023 | 18/04/2023 | 17/04/2023 | 16/04/2023 | 15/04/2023 | 14/04/2023 | 13/04/2023 | 12/04/2023 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sales | 1,228.43 | 1,208.90 | 1,820.29 | 1,049.65 | 1,094.60 | 539.80 | 1,049.65 | 299.90 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Units sold | 9 | 9 | 13 | 7 | 8 | 4 | 7 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Advertising cost | -246.46 | -248.99 | -320.77 | -273.71 | -343.21 | -331.76 | -228.57 | -3.87 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Cost of Goods Sold | -396 | -396 | -572 | -308 | -352 | -176 | -308 | -88 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| FBA per unit fulfilment fee | -109.17 | -109.17 | -157.69 | -84.91 | -97.04 | -48.52 | -84.91 | -24.26 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Profit | 476.80 | 454.74 | 769.83 | 383.03 | 302.35 | -16.48 | 428.17 | 183.77 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

| | |
|---|---|
| **COGS / Unit** | 44 |
| | |
| **Average Sales before TRO set** | 2,152.78 |
| **Average Sales / Day after TRO unsealed** | 1,036.40 |
| | |
| **Advertising Cost before TRO set** | -144.48 |
| **Advertising Cost after TRO unsealed** | -284.78 |
| | |
| **Advertising Profit before TRO set** | 1,182.39 |
| **Advertising Profit after TRO unsealed** | 399.78 |

| 11/04/2023 | 10/04/2023 | 09/04/2023 | 08/04/2023 | 07/04/2023 | 06/04/2023 | 05/04/2023 | 04/04/2023 | 03/04/2023 | 02/04/2023 | 01/04/2023 | 31/03/2023 | 30/03/2023 | 29/03/2023 | 28/03/2023 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 449.85 | 1,049.65 | 2,099.30 | 1,359.55 | 1,783.28 | 3,126.71 | 1,949.35 | 2,233.13 | 1,933.23 | 2,709.10 | 2,444.15 | 3,129.32 | 2,472.97 | 2,519.15 | 1,330.02 |
| 3 | 7 | 14 | 9 | 12 | 21 | 13 | 15 | 13 | 18 | 17 | 23 | 18 | 17 | 9 |
| -106.06 | -250.43 | -247.33 | -154.87 | -155.85 | -153.70 | -157.03 | -156.30 | -150.58 | -144.61 | -152.51 | -151.07 | -150.84 | -147.57 | 149.95 |
| -132 | -308 | -616 | -396 | -528 | -924 | -572 | -660 | -572 | -792 | -748 | -1012 | -792 | -748 | -396 |
| -36.39 | -84.91 | -169.82 | -109.17 | -145.56 | -254.73 | -157.69 | -181.95 | -157.69 | -218.34 | -206.21 | -278.99 | -218.34 | -206.21 | -109.17 |
| 175.40 | 406.31 | 1,066.15 | 699.51 | 953.87 | 1,794.28 | 1,062.63 | 1,234.88 | 1,052.96 | 1,554.15 | 1,337.43 | 1,687.26 | 1,311.79 | 1,417.37 | 974.80 |