# EXHIBIT C

13-8459117-4353046

uyer name:

eorge

lfillment method: Amazon

les channel: Amazon.com

lling Country/Region: US

eller order ID: 113-8459117-4353046



Ninja Obstacle Course for Kids Backyard - 10 Durable Obstacles and 50' Slackline - Outdoor Playset Equipment for Girls & Boys with Climbing Net & Ladd

ASIN: **B08GV5R3QF**

SKU: Y1-1

Quantity: **1**

Item subtotal: $149.95

Order Item ID: 76249269372481

Expedited

---

13-3554869-8138666

uyer name:

aura

lfillment method: Amazon

les channel: Amazon.com

lling Country/Region: US

eller order ID: 113-3554869-8138666



Ninja Obstacle Course for Kids Backyard - 10 Durable Obstacles and 50' Slackline - Outdoor Playset Equipment for Girls & Boys with Climbing Net & Ladd

ASIN: **B08GV5R3QF**

SKU: Y1-1

Quantity: **1**

Item subtotal: $149.95

Order Item ID: 76249564010401

Expedited

---

13-6980531-2768261

uyer name:

enise

lfillment method: Amazon

les channel: Amazon.com

lling Country/Region: US

eller order ID: 113-6980531-2768261



Ninja Obstacle Course for Kids Backyard - 10 Durable Obstacles and 50' Slackline - Outdoor Playset Equipment for Girls & Boys with Climbing Net & Ladd

ASIN: **B08GV5R3QF**

SKU: Y1-1

Quantity: **1**

Item subtotal: $149.95

Expedited