IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| Jiangsu Huari Webbing Leather Co., Ltd. | ) ) ) | |
| Plaintiff | ) ) | Case No. 23-cv-2605 |
| v. | ) ) | |
| Joes Identified in Schedule "A" | ) ) ) | |
| Defendants. | ) | |

### DECLARATION OF JIYUAN ZHANG

I, Jiyuan Zhang, hereby declare as follows:

1. I am an attorney with the law firm of J. Zhang & Associates, P.C. located at 136-20 38th Avenue, Ste 11G, Flushing, NY 11354 and represents Jiangsu Huari Webbing Leather Co., Ltd in the above-referenced action. I make and submit this declaration in connection with Plaintiff's Opposition to Defendant, NinjaSafe's Motion for Attorney Fees, Bond Damages and Sanction.

2. **Exhibit A**: Results of a search conducted through Lexis CourtLink, narrowing down to "defendant-litigate" with the keyword "schedule A" and focusing on intellectual property cases. The search spanned from January 1, 2019, to December 31, 2023, resulting in a total of 2,870 cases.

3. **Exhibit B**: Results of a search conducted through Lexis CourtLink, specifically narrowed down to "defendant-litigate" using the keywords "schedule A" and "intellectual property" within the timeframe of January 1, 2019, to December 31, 2023, with a focus on cases in the state of New York. The search yielded a total of 45 cases.

4.       **Exhibit C**: A true and correct copy of the U.S. Patent 11,468,673, also known as the "'673 Patent."

5.       **Exhibit D**: A true and correct copy of the NinjaSafe's Amazon frontstore and its listings.

6.       **Exhibit E**: A true and correct copy of the documentation pertaining to NinjaSafe's registration from the state of Delaware (Delaware.gov).

7.       **Exhibit F**: A true and correct copy of believed to be NinjaSafe own operated webpage.

8.       **Exhibit G**: A true and correct copy of the search and verification for NinjaSafe's listed address at 2093 Philadelphia Pike #2340, Claymont, DE, 19703, US.

9.       **Exhibit H**: A true and correct copy of the service of complaint and claim chart served on the Defendant's counsel via email.

10.      **Exhibit I**: A true and correct copy of the email exchanges with the Defendant's counsel.

11.      **Exhibit J**: An article titled "When Is The Best Time To Buy Home Exercise Equipment?" published on the website https://the-home-gym.com/. This article listed several months

12.      **Exhibit K**: An article titled "When Is the Best Time to Buy Outdoor Gear?" published on nytimes.com.

I declare that the foregoing is true.

Dated: May 16, 2023
Queens, New York

                                                    */s/ Jiyuan Zhang*
                                                    Jiyuan Zhang