2093 Philadelphia Pike







### 2093 Philadelphia Pike

 Directions    Save    Nearby    Send to phone    Share

 2093 Philadelphia Pike, Claymont, DE 19703

 QGRG+55 Claymont, Delaware

**Photos**

Claymont, Delaware



Image capture: Mar 2020    © 2023 Google

2093 Philadelphia Pike

All     Street View & 360°



