IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT
OF NEW YORK

| | |
|---|---|
| Jiangsu Huari Webbing Leather Co., Ltd., | ) ) ) CASE NO. 23-cv-2605 |
| Plaintiff, | ) ) |
| v. | ) ) |
| Joes Identified in Schedule "A", | ) ) ) |
| Defendants. | ) ) |

**ORDER RELEASING FUNDS FROM COURT REGISTRY**

Per its Order, ECF No. 76, the Court ordered that NinjaSafe is entitled to recover $14,641.51 under the bond. The Clerk of Court shall release the funds to:

Rosenbaum & Segall, P.C.

780 Long Beach Blvd.,

Long Beach, NY 11561

**So ordered** this __13th__ day of May, 2024.

_____
Honorable Judge Jennifer L. Rochon