IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JIANGSU HUARI WEBBING LEATHER CO., LTD., <br><br> Plaintiff, <br><br> v. <br><br> JOES IDENTIFIED IN SCHEDULE A, <br><br> Defendant. | Case No. 1:23-cv-02605-JLR |

## ORDER RELEASING FUNDS FROM COURT REGISTRY

**THIS MATTER** having been brought before the Court by Leason Ellis LLP counsel for former defendant Hyponix Brands, Ltd. on their letter request for release of funds from the security bond in this case as awarded by the Court on January 2, 2024 (Dkt. 76);

**IT IS ORDERED** that the Clerk of Court shall release and disburse the following funds from the security bond:

| **Amount** | **Party** | **Method of Delivery** |
|---|---|---|
| $3,682.28 | Hyponix Brands, Ltd. | Via ETF / Wire Transfer – instructions to be provided to the Clerk of Court via telephone |

**IT IS SO ORDERED:**

Date: May 14, 2024

_____
Hon. Jennifer L. Rochon
United States District Judge

{12283/620017-000/03618878.1}